# AFFIDAVIT

Your Affiant, Nathan E. Schwartz Jr., deposes and states:

1. Your Affiant is a Special Agent ("SA") of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and has been so employed since May 2020. I was previously employed as a Police Officer ("PO") for the Columbus, Ohio Division of Police beginning in June 2013. I have completed the Peace Officer Training Academy at the Columbus, Ohio Division of Police Training Academy, the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia and the Special Agent Basic Training Program at the ATF National Academy in Glynco, Georgia. I have received training in the enforcement of the various criminal statutes enacted in the Gun Control Act of 1968 and in the National Firearms Act of 1934.
2. I am presently assigned as a Special Agent ("SA") for the ATF Columbus Field Division's Cleveland Group IV. As a PO and an SA, I have participated in federal and state investigations involving the sale, possession and trafficking of firearms and controlled substances and investigations, which involve Hobbs Act Robbery violations. Through my participation in these investigations, I have debriefed defendants, confidential informants, cooperating sources, and witnesses with personal knowledge regarding firearms or narcotics trafficking. I have also conducted physical and electronic surveillance, managed informants, and cooperating sources, seized evidence and contraband, executed search warrants, and arrested defendants.
3. This affidavit is being submitted for the limited purpose of establishing probable cause that Lawrence D. STURDIVANT has violated Title 18, United States Code Section

1951(a), Interference with Commerce by Robbery and Title 18, United States Code Section 924(c)(1)(A)(ii), the using or carrying, and furthermore brandishing a firearm during and in relation to a crime of violence with may be prosecuted in a court of the United States. The statements contained in this affidavit are derived from information provided to me by members of the Cleveland Police Department ("CPD") as well as my own investigation of this matter. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**BACKGROUND**

4. From December 5, 2021 to December 26, 2021, an armed suspect robbed ten retail stores by brandishing a firearm at store employees to take money from the stores' checkout cash registers. By taking property by force, the suspect threatened his victims with violence and created in them a fear of injury and death. Each of the robberies affected interstate commerce because each store, whether Walgreens, CVS, or Family Dollar, conducts business outside the state of Ohio. The suspect's taking of store money deprived these stores of cash to conduct their commercial activities.

5. Although all robberies known to affiant are discussed in this affidavit, at this time the affiant seeks only to charge STURDIVANT via criminal complaint with Hobbes Act violations for two robberies on December 5, 2021 and a third on December 11, 2021. Those incidents are listed as Robbery 1, Robbery 2, and Robbery 4 herein. The affiant further seeks to charge STURDIVANT with the using or carrying, and furthermore brandishing a firearm during and in relation to a crime of violence for Robbery 2 and

Robbery 4. This affidavit discusses evidence related to all robberies to the extent they show probable cause that STURDIVANT committed the crimes charged herein.

6. Evidence gathered in the course of the affiant's investigation demonstrate that the same individual, Lawrence STURDIVANT, committed each robbery. In summary, the evidence includes:

   a. Eyewitness accounts describing and video surveillance showing a person matching STURDIVANT's physical build and specific articles of clothing, including a black bubble jacket and Chipotle hat, that STURDIVANT wore in photos posted to his Instagram;

   b. Cell phone location information linked to STURDIVANT and showing him in locations near the stores when the robberies occurred;

   c. Video surveillance showing STURDIVANT's 2011 black Chevy Camaro driving to the robbery locations; and

   d. Similar methods of conducting the robberies.

The evidence is then combined with the other sources. For example, cell phone location data aligns with certain video surveillance of STURIDVANT driving his Chevy Camaro from location to location.

7. The consistencies between each robbery, including evidence showing modus operandi, witness descriptions, and video and cellphone evidence altogether lead the affiant to believe that the robberies were likely committed by STURIDVANT. STURDIVANT committed all of the offenses described herein in locations within the Northern District of Ohio Eastern Division.

## PROBABLE CAUSE

**Robbery 1 – Walgreens Store (16400 Chagrin Boulevard, Shaker Heights, Ohio 44120) December 5, 2021 – Report No. 21-001712[1]**

8. On December 5, 2021, at approximately 4:03 P.M., Shaker Heights Police Department ("SHPD") Officers responded to the Walgreens located at 16400 Chagrin Boulevard, Shaker Heights, Ohio 44120 for a report of an aggravated robbery. Responding Officers spoke with an elderly couple in the drive-through lane. The couple stated that they observed a male wearing all black clothing running towards Chelton Road. They stated that they saw the male get into a black sedan and drive away. The elderly couple stated that they both felt the male had recently stolen something based on his actions. SHPD Officers watched surveillance video from inside Walgreens and observed a tall slender build black male enter the store at approximately 3:56 P.M. The video depicts the male wearing a black and red winter hat, a black puffy jacket, dark colored utility pants, and black gloves. The suspect wandered around the candy section and went to the cash register behind another store patron who was checking out.

9. As the cashier opened the register, the suspect pulled out what the victim described as a dark colored gun with a light and pointed it at the cashier. The suspect took handfuls of bills out of the register while continuing to keep the gun pointed at the cashier then fled the scene. It was later determined that the likely amount of United States currency taken was approximately $200 in twenties (United States currency). The suspect left the store on foot and headed towards Chelton Road, then the Officers observed on the surveillance

[1] Unless otherwise specified, a reference to a "Report No." is to the CPD Report number for that given robbery.

video, a black colored sedan proceed west bound on Chagrin Boulevard, then left the camera frame.

**Robbery 2 – Walgreens Store (11401 Union Avenue, Cleveland, Ohio 44105)**
**December 5, 2021 – Report No. 21-369702**

10. On December 5, 2021, at approximately 4:29 P.M., Cleveland Police Department ("CPD") Officers responded to the Walgreens located at 11401 Union Avenue, Cleveland, Ohio 44105, for a report of an aggravated robbery. The Walgreens at 11401 Union Avenue, Cleveland, Ohio 44105 is approximately 2.3 miles from the Walgreens located at 16400 Chagrin Boulevard, Shaker Heights, Ohio 44120 that was robbed the same day approximately half an hour earlier.

11. Responding Officers spoke with the victim, who stated the suspect entered the store at approximately 4:25 P.M. The victim stated the suspect was a male wearing all black and looked suspicious because he continued to reach in his pocket. The victim stated the suspect grabbed candy and attempted to pay for it.

12. The victim informed CPD Officers that when they opened the cash register to check out the suspect, the suspect pulled out what the victim described as a tan firearm with a flashlight attached to it, reached over the counter, and grabbed the cash tray from the register. The suspect then stated "I'm not pointing the gun at you. I just want the money to feed my family." Video surveillance taken from the store show the suspect pointing the gun toward the victim.

13. The suspect took approximately $100 in United States currency and left the store traveling in an unknown direction. The responding Officers reviewed the surveillance video and observed a black male wearing a black or possibly gray bubble jacket, dark

pants or dickeys and black winter gloves. The suspect had on a full-face mask and dark colored shoes on.

14. Cell phone location data and video surveillance of nearby roads (described in more detail in ¶¶ 51–59 and ¶¶ 41–46, respectively) show STURDIVANT's phone and car moving from the Robbery 1 location to an Auto Zone located at 11414 Kinsman Road, Cleveland OH, 44104. STURDIVANT appears on Auto Zone video surveillance at approximately 4:16 P.M., where he is not wearing a mask but appears to be wearing the same black bubble jacket worn by the individual who committed Robberies 1 and 2. Once STURIDVANT left Auto Zone, he traveled to the next Walgreens to commit Robbery 2.

**Robbery 3 – Family Dollar Store (8404 Madison Avenue, Cleveland, Ohio 44102) December 11, 2021 – Report No. 21-375343[2]**

15. On December 11, 2021, at approximately 12:56 P.M., CPD Officers responded to the Family Dollar located at 8404 Madison Avenue, Cleveland, Ohio 44102, for a report of an aggravated robbery.

16. Responding Officers spoke with the victims who stated that they observed a black male, wearing a black facemask, a navy-blue jacket, gray sweatpants, and gloves enter the Family Dollar and approach the cash register.

17. The victim stated that the suspect then pulled out what the victim described as a tan colored pistol and began pointing it at the victim and stated, "open the register." The victim became nervous and was unable to open the register. A second victim responded to assist in opening the register but also could not open it. The suspect became impatient and left the store empty handed, fleeing east bound on Madison Avenue on foot.

[2] Affiant does not seek to charge STURDIVANT for this robbery in this criminal complaint, but provides this information as background to establish probable cause for the charged Robberies 1, 2, and 4.

18. Officers spoke with a witness who observed the suspect get out of what the witness believed was a new black Chevrolet Camaro with tinted windows and silver rims. The witness was in the back of the store when the attempted robbery first began. The witness then walked towards the front of the store, at which point they observed the suspect holding a firearm and engaging the victims. After watching the suspect leave the store eastbound on Madison, the witness remembered that he/she "had just saw this male exit the black Camaro in the area of W. 83rd / Madison."

**Robbery 4 – Family Dollar Store (16605 South Miles Road, Cleveland, Ohio 44128)**
**December 11, 2021 – Report No. 21-375400**

19. On December 11, 2021, at approximately 1:39 P.M., CPD Officers responded to the Family Dollar located at 16605 South Miles Road, Cleveland, Ohio 44128, for a report of an aggravated robbery. The Family Dollar located at 16605 South Miles Road, Cleveland, Ohio 44128 is approximately 12.2 miles from the Family Dollar located at 8404 Madison Avenue, Cleveland, Ohio 44102 that was robbed the same day approximately forty minutes earlier.

20. Responding Officers spoke with the victim, who stated the suspect was a black male, dark complected, approximately 6' tall, slim build, wearing a black ski mask and a gray Tommy Hilfiger puffy coat with a blue stripe on the hood.

21. The victim stated that the suspect placed items to be purchased on the counter and placed a $10 bill on the counter. The victim looked down to open the register and give the male change, when the suspect pulled out what the victim described as a black gun with a silver barrel. The suspect pointed the gun at the victim and stated, "let me get that." The victim stated the suspect took approximately $100 in United States currency from the register and exited the store.

22. Cell phone location information shows STURIDVANT in the areas of Robberies 3 and 4 on December 11, 2021 at the times these stores were robbed. Video surveillance from Robbery 4 also provides additional detail of STURIDVANT's clothing that the affiant compared to clothing from STURDIVANT's Instagram. *See* ¶¶60–67. Video from outside the store in Robbery 4 shows STURDIVANT's car leaving the scene.

**Robbery 5 – Walgreens Store (3415 Clark Avenue, Cleveland, Ohio 44109)**
**December 16, 2021 – Report No. 21-379840[3]**

23. On December 16, 2021, at approximately 7:23 A.M., CPD Officers responded to the Walgreens located at 3415 Clark Avenue, Cleveland, Ohio 44109, for a report of an aggravated robbery. Responding Officers spoke with the victim, who described the suspect as a black male, dark complected, approximately 6' tall, skinny, wearing a black "bubbly" coat, black jeans, black shoes, black mask and a black baseball cap with white "Chipotle" writing along the side.

24. The victim stated that the suspect entered the Walgreens, grabbed a bag of Kit Kats, and went to the register. The suspect placed the candy and $5 on the counter and the cashier opened the cash register. The suspect pulled out what the victim described as a tan handgun with a tactical light attachment, leaned over the counter, pointed the handgun at the victim and stated "be cool" approximately 5 times while the suspect started grabbing money. The suspect stole approximately $180 in United States currency and left the store heading southbound on Fulton Road.

25. A witness flagged down responding CPD Officers and stated that their car was parked in the parking lot of the Walgreens and that they had dash camera footage of the suspect.

---

[3] Affiant does not seek to charge STURDIVANT for this robbery in this criminal complaint, but provides this information as background to establish probable cause for the charged Robberies 1, 2, and 4.

The witness stated the suspect walked into the store coming from the west side of the Walgreens, and shortly after noticed the suspect run out of the store. The witness stated the suspect fled in a dark colored sedan that was parked on Fulton Road. CPD reviewed the footage, which shows that the suspect left the Marathon Gas Station located at 3106 Fulton Road and traveled southbound on Fulton Road where it parked close to the Walgreens described above. The video shows the suspect walked from that vehicle to the Walgreens, conducted the robbery, and then ran back to the vehicle.

26. CPD Detective Joshua Johnson reviewed the City of Cleveland crime camera located at Clark Avenue and Fulton Road. He observed the suspect enter the Walgreens at approximately 7:20 A.M., then exit the Walgreens at approximately 7:22 A.M. Detective Johnson contacted an analyst with the Cleveland Police Department's Real Time Crime Center ("RTCC") to request the video be captured, and to potentially follow the suspect's movements. Detective Johnson obtained RTCC and surveillance video of, among other locations, the Marathon Gas Station located at 3106 Fulton Road, Cleveland, Ohio, 44109 at approximately 7:16 AM.

27. After reviewing the video footage, Detective Johnson observed that the suspect vehicle was a black Chevrolet Camaro with a temporary license plate hanging in the rear window of the vehicle, but was unable to make out the license plate number. Detective Johnson observed that the suspect vehicle also had a black and white bumper sticker on the lower right side of the rear bumper.




**Robbery 6 – CVS Store (8000 Euclid Avenue, Cleveland, Ohio 44103)**
**December 16, 2021 – Report No. 21-379869[4]**

28. On December 16, 2021, at approximately 8:14 A.M., CPD Officers responded to the CVS located at 8000 Euclid Avenue, Cleveland, Ohio 44103, for a report of an aggravated robbery. The CVS located at 8000 Euclid Avenue, Cleveland, Ohio 44103 is

---

[4] Affiant understands that STURDIVANT was charged in Cuyahoga County Court of Common Pleas, Case No. 22-672106-A with charges of similar state law violations related to this Robbery. Affiant does not seek to charge STURDIVANT for this robbery in this criminal complaint, but provides this information as background to establish probable cause for the charged Robberies 1, 2, and 4.

approximately 6 miles from the Walgreens located at 3415 Clark Avenue, Cleveland, Ohio 44109 that was robbed the same day approximately fifty minutes earlier.

29. Responding Officers made contact with the victim, who stated that the suspect was a black male, approximately 6' tall and thin, wearing a black hat, black puffy jacket, black mask and black gloves. The victim stated the suspect walked up to the register to purchase Pringles. The victim opened the register, and the suspect pulled what the victim described as a pistol from his right jacket pocket. The suspect pointed the pistol at the victim and stated, "I don't want to shoot you." The victim stepped aside, and the suspect emptied the contents of the cash drawer. The suspect then fled the store and headed south bound on East 79th Street.

30. The CPD RTCC advised they had video footage of the suspect getting into a black Chevrolet Camaro, with no visible license plate, which was parked behind the church on the southwest corner of Euclid Avenue and East 79th Street. The suspect fled southbound on East 79th Street to Cedar Avenue, westbound on Cedar Avenue to East 78th Street, then southbound on East 78th Street.

**Robbery 7 – Family Dollar Store (3470 East 93rd Street, Cleveland, Ohio 44104) December 18, 2021 – Report No. 21-380938[5]**

31. On December 18, 2021, at approximately 8:58 A.M., CPD Officers responded to the Family Dollar located at 3470 East 93rd Street, Cleveland, Ohio 44104, for a report of an aggravated robbery.

32. Responding Officers made contact with the victims, who stated that they were approached by the suspect, a black male, approximately 6' tall, with a thin build, wearing

[5] Affiant does not seek to charge STURDIVANT for this robbery in this criminal complaint, but provides this information as background to establish probable cause for the charged Robberies 1, 2, and 4.

a black bubble jacket, black pants, black shoes, a black baseball cap with "Chipotle" stitched on the front, and a blue medical mask covering his face. The victims stated the suspect presented what they described as a green, black, and brown handgun with a laser attached. The suspect stated, "I don't want to hurt nobody, but I will," and demanded the money contained in the register.

33. The victims removed the money from the register and handed it to the male, who observed a stack of the $1.00 bills contained a tracker. The suspect removed the bills and tracker and placed it on the counter with the register. The second victim was having trouble with the second register drawer at which time the male suspect took the drawer from the victims' hands and left with the drawer and its contents through the store's front doors. The suspect left with approximately $170 in United States currency.

**Robbery 8 – Family Dollar Store 11511 Kinsman Avenue, Cleveland, Ohio 44104**
**December 26, 2021 – Report No. 21-388477[6]**

34. On December 26, 2021, at approximately 10:10 A.M., CPD Officers responded to the Family Dollar located at 11511 Kinsman Avenue, Cleveland, Ohio 44104, for a report of an aggravated robbery. Officers made contact with the victim, who stated the suspect was a black male, wearing a black jacket, black hat, black face mask, black shoes, a black glove on his right hand and gray joggers. The victim stated the suspect approached the cash register and pulled out what the victim described as a "camo designed handgun with a beam on it." The suspect demanded all the money in the register. The victim complied and the suspect leaned over the counter, without touching anything, and grabbed the money.

[6] Affiant does not seek to charge STURDIVANT for this robbery in this criminal complaint, but provides this information as background to establish probable cause for the charged Robberies 1, 2, and 4.

35. The victim stated the suspect exited the Family Dollar and went northbound on East 116th Street. The suspect left with approximately $84 in United States currency. Detectives reviewed RTCC video footage from the cameras located at East 116th Street and Union Avenue, which point toward the Family Dollar. Detectives observed a black Chevy Camaro with black custom rims driving up and down East 116th Street. They saw a male who matched the description of the suspect exit the vehicle and return to it right after the Family Dollar called in for being robbed.

**Robbery 9 – Family Dollar Store (4172 Pearl Road, Cleveland, Ohio 44109)**
**December 26, 2021 – Report No. 21-388500**

36. On December 26, 2021, at approximately 11:00 A.M., CPD Officers responded to the Family Dollar located at 4172 Pearl Road, Cleveland, Ohio 44109, for a report of an aggravated robbery. The Family Dollar located at 4172 Pearl Road, Cleveland, Ohio 44109 is approximately 7.4 miles from the Family Dollar located at 11511 Kinsman Avenue, Cleveland, Ohio 44104 that was robbed the same day approximately forty-five minutes earlier.

37. The Officers made contact with the victim, who stated that the suspect was a black male, wearing a black puffy winter jacket, gray sweatpants, black shoes, and a black face mask. The victim stated the suspect came in the store and put a bag of M&M's down on the counter and a $5 bill. The victim opened the cash register, then the suspect pulled out what the victim described as a "gold or metallic" 9mm handgun. The suspect demanded the money in the register. The victim stated the suspect took around $100-$150 in United States Currency, told all employees to go to the back of the store, then fled out the front door of the store.

38. CPD Officers reviewed the surveillance video for the store and observed the suspect walk in the store at approximately 10:51 A.M., pull out the gun at approximately 10:52 A.M., then leave the store at approximately 10:53 A.M. before fleeing westbound down Broadview Road on foot.

**Robbery 10 – Family Dollar Store 7301 Detroit Avenue, Cleveland, Ohio 44102**
**December 26, 2021 – Report No. 21-388534**

39. On December 26, 2021, at approximately 11:45 A.M., CPD Officers responded to the Family Dollar located at 7301 Detroit Avenue, Cleveland, Ohio, 44102, for a report of an aggravated robbery. The Family Dollar located at 7301 Detroit Avenue, Cleveland, Ohio, 44102 is approximately 4.3 miles from the Family Dollar located at 4172 Pearl Road, Cleveland, Ohio, 44109 that was robbed the same day approximately forty-five minutes earlier.

40. The Officers made contact with the victims, who stated that they were working the cash register when the suspect approached them. The victims described the suspect as a black male, approximately 5'11" tall, thin build, wearing a dark blue puffy coat, a black face mask, black shoes, a black glove on his right hand, gray Nike jogger pants and black shoes. The victims stated the suspect pulled out what they described as a tan colored semi-automatic handgun with a black weapon light on it. The suspect demanded all the money in the register. The victims complied and the suspect leaned over the counter, without touching anything, and grabbed the money with his left gloved hand. The victims stated the suspect then told them to walk towards the back of the store while the suspect then ran out the front door of the store and headed northbound on West 73rd Street.

**Confirming STURDIVANT As the Prime Robbery Suspect by Identifying Personal and Vehicle Information**

41. On or about December 20th, 2021, SA Schwartz began investigating the series of commercial robberies described above. SA Schwartz requested that ATF Industry Operation Intelligence Specialist ("IOIS") Michael Thrush assist in querying several law enforcement databases in an attempt to locate the suspect vehicle. IOIS Thrush was able to query the Flock Safety ("Flock") License Plate Reader ("LPR") system, which is a license plate reader that is attached on a fixed location, such as a telephone pole or a light pole and has the ability to capture images of passing vehicle license plates travelling up to 100 miles per hour, up to 75 feet away, during the day or night. The system matches license plates against the National Crime Information Center database used by law enforcement to keep track of people with warrants, stolen cars, other crimes and in some cases missing people.

42. The query identified, based on information from the robberies described above, a black Chevrolet Camaro, bearing Ohio temporary license plate number N472040. CPD Detectives obtained a photograph of the suspect vehicle that was taken after Robbery 5 at the Walgreen's located at 3415 Clark Avenue. (*See* ¶ 27, above). That vehicle is believed to be a black Chevrolet Camaro, bearing a temporary license plate on the rear window of the vehicle, along with a black and white bumper sticker on the lower right side of the bumper. That picture was compared to a picture that was taken from the Flock LPR system of the black Chevrolet Camaro, bearing Ohio temporary license plate number N472040, December 16, 2021 at 11:02 AM on Harvard Avenue in Newburgh Heights, Ohio. Both photographs depict the same make and model car with a similarly-

placed temporary tag in the rear window and a black and white bumper sticker on the rear right bumper.



Zoomed-in Photograph from RTCC footage on December 16, 2022 near the Walgreens store targeted in Robbery 5 (*see* ¶ 26).




Photograph from Flock LPD footage on December 16, 2021 on Harvard Ave. in Newburg Heights.

43. OIS Thrush queried the National Crime Information Center ("NCIC") system for Ohio temporary license plate number N472040. He learned that that vehicle was a 2011 black Chevrolet Camaro, with a Vehicle Identification Number (VIN) of 2G1FC1ED7B9146366. The vehicle is registered to STURDIVANT at an address in Garfield Heights, Ohio, 44105. Per the Ohio Law Enforcement Gateway ("OHLEG") STURDIVANT is further described as a black male, 5'11" 190 pounds.

44. SA Schwartz saw that STURDIVANT is a convicted felon and is prohibited from possessing firearms from a previous conviction of Aggravated Robbery (CR-14-585424) in 2014. SA Schwartz saw that STURDIVANT is on active parole for Aggravated Robbery, which began on 05/07/2021, and that he is supervised by Ohio Adult Parole Authority (APA) Parole Officer Troy Miglets.

45. SA Schwartz relayed this information to CPD Detective Johnson, who reviewed the photos of the suspect vehicle and believed it was the same car seen in proximity to Robbery 5 (December 16, 2021, at the Walgreens located at 3415 Clark Avenue, Cleveland, Ohio, 44109 (report no. 21-379840)). Detective Johnson noted that the temporary license plate placement in the back window of the vehicle, the vehicles tint, and the vehicle's silver rims were similar.

46. Detective Johnson contacted PO Miglets. PO Miglets stated that, on October 28, 2021, he met STURDIVANT at his approved APA address in Garfield Heights, Ohio (which is the same address as what SA Schwartz identified on the black Chevy Camaro's registration. On November 24, 2021, PO Miglets again met with STURDIVANT, who stated that he is now working at the Chipotle located at 6267 Wilson Mills Road, Unit A,

Highland Heights, Ohio. On December 9, 2021, PO Miglets met with STURDIVANT, who stated that he bought a newer body style black Chevrolet Camaro.

**STURDIVANT Reports Vehicle Stolen**

47. On December 27, 2021, at approximately 10:06 PM, STURDIVANT contacted the CPD to report that his vehicle was stolen earlier in the morning around East 55th Street and Cedar Avenue. STURDIVANT stated that the suspect was a black male, wearing a "puffy jacket" and weighed approximately 240 pounds. STURDIVANT state the male was armed with a gold gun with stars on it and hit him with the gun. STURDIVANT stated he didn't call in the morning because he wanted to "handle it in the streets."

48. The responding Officers toured the area and were unable to locate STURDIVANT, so a report was never taken. SA Schwartz also learned, after speaking with other CPD officers, that CPD Officers attempted to conduct a traffic stop on what they believed was STURDIVANT's black Camaro before he reported the car as stolen. Officers informed SA Schwartz that the driver of the car was not fully identified and fled, so a report was never taken.

**Recovery of Suspect Vehicle and Review of Video of STURDIVANT Cleaning and Planting the Car Before Reporting It Stolen**

49. On December 27, 2021, at approximately 12:45 AM, CPD Officers located the 2011 Black Chevrolet Camaro, bearing OH temporary license plate # N472040, unoccupied in the area of East 53rd Street and Fleet Avenue. Officers noticed that the vehicle was parked in front of 3736 East 53rd Street. Officers ran the plate number and confirmed that the VIN number on the vehicle matched the VIN number attached to the plate number. While on scene, a witness approached the Officers and stated that about two hours before they arrived, he observed a black male, 5'11" with a thin build and wearing a black jacket

park the vehicle. The witness stated after the male parked the vehicle, he walked southbound on East 53rd Street, then eastbound on Fleet Avenue. The vehicle was processed towed to Lot #2 by Kufner Towing Company.

50. SA Schwartz obtained surveillance video from 5401 Fleet Avenue which showed that STURDIVANT pulled his vehicle in the driveway at 3728 East 54th Street, which appeared to be vacant. SA Schwartz obtained video in the area because he learned that STURDIVANT's girlfriend lived on East 54th Street. SA Schwartz reviewed the video and, together with the witness report, concluded that STURDIVANT cleaned his car, drove it approximately one block away from the abandoned house's driveway, left the car on the street, walked back to his girlfriend's house on East 54th Street, and reported the car as stolen.

**STURDIVANT's Cell Phone Location Proximity to Robberies**

51. SA Schwartz received information from APA Officer Miglets that STURDIVANT had been using the telephone number 216-924-3847 to communicate with APA Officer Miglets. On December 29, 2021, STURDIVANT was arrested on state-issued warrants. SA Schwartz acquired a black Apple iPhone that was in STURDIVANT's possession when he was arrested, and he asked APA Officer Miglets to call 216-924-3847. When Officer Miglets did so, the phone recovered from STURDIVANT began to ring. SA Schwartz therefore concluded that STURDIVANT's phone number at the time was 216-924-3847.

52. SA Schwartz applied for and was issued a search warrant to T-Mobile for information associated with STURDIVANT's phone number of 216-924-3847, including names, addresses, subscriber information, call detail records and timing advance data. On

January 11, 2022, that search warrant was signed by Magistrate Judge Thomas M. Parker (case no. 1:22-mj-3020-TMP). T-Mobile produced documents in response to the search warrant. In those documents, SA Schwartz saw that the subscriber's name for the phone number was Paul L Facey and the address for Facey is the same address where STURDIVANT lives in Garfield Heights, Ohio. SA Schwartz believes Facey to be STURDIVANT's stepfather. Facey was present in the house when STURIDVANT was arrested on December 29, 2021.

53. SA Schwartz received the information and contacted ATF SA Mark Sonnendecker from the Denver Field Division, who is temporarily detailed to ATF's Special Operations Division, specifically ATF's cellular analytics program. SA Sonnendecker analyzed the information and provided SA Schwartz with a report that summarizes the methodologies used by SA Sonnendecker in his cellular record and geospatial data analysis.

54. SA Sonnendecker was advised of the details of the case, including that STURDIVANT was known to drive a black Chevy Camaro that was caught on a number of traffic/surveillance cameras and License Plate Readers (LPR) throughout the greater Cleveland, OH area. SA Sonnendecker used a program called GeoTime to format and standardize the data. He has used the GeoTime program on thousands of occasions and is experienced with the program's functionality.

55. SA Sonnendecker conducted a cell site frequency analysis and noted the most accessed cell site/sector was 0.3 miles away from STURDIVANT's residence on E. 54th Street in Cleveland, Ohio. SA Sonnendecker used other location information and data from T-Mobile to corroborate and confirm GeoTime's location mapping was accurate.

56. SA Sonnendecker analyzed the cell phone location data and compared that to the robbery times, video of STURDIVANT's vehicle from surveillance video, real time crime camera video and license plate readers.[7] Using his expertise in cell phone location, which includes using programs like GeoTime, Google Earth, Zetx, Nighthawk LEOVision on thousands of occasions, SA Sonnendecker was able to map STURIDVANT's cell phone location to areas near each robbery described above, including Robberies 1, 2, and 4. For example, data shows that on December 5, 2021 at approximately 3:37 P.M., the cell phone user was near the location of Robbery 1, which occurred at approximately 4:03 P.M. At approximately 4:14 P.M., the cell phone user was closer to the location of Robbery 2 and Auto Zone (those locations are less than half a mile apart). At approximately 4:16 P.M., street video surveillance shows a black Camaro matching STURDIVANT's car driving toward Auto Zone, where he's seen entering the store. At approximately 4:29 P.M., Robbery 2 occurred. The available cell phone data is consistent with video surveillance and witness testimony that align with STURDIVANT committing Robbery 1, traveling to Auto Zone, and committing Robbery 2.

57. SA Sonnendecker's analysis showed the handset attributed to STURDIVANT was consistently in the general areas of the robberies during the relevant time frames. He noted a pattern of movement into the general area of the robberies before the reported robbery time and then a pattern of movement away from the robbery scene immediately afterwards.

[7] Because the records from T-Mobile were provided in UTC, the times needed to be adjusted to reflect localized time. GeoTime adjusted the time zones as appropriate (UTC-5 in December of 2021). Within the GeoTime program, SA Sonnendecker conducted manual data verification. He looked at the adjusted times and compared them to the original data. He noted all times were adjusted appropriately.

58. SA Sonnendecker also identified a clear relationship between the user of the T-Mobile device and the driver of the Chevy Camaro vehicle. There were numerous instances where the suspect vehicle was captured on camera or by an LPR and where geolocation data from the T-Mobile datasets showed being in the same general area. This information led SA Sonnendecker to conclude the regular driver of the Chevy Camaro and the user of the T-Mobile device were likely one-in-the-same.

59. ATF Intelligence Research Specialist Julie Miller is an expert in the area of call detail record and cell site analysis. She peer-reviewed this report for accuracy. These validation efforts show the data referenced in this report is accurate and can be replicated using other programs.

**Instagram Search Warrant and Photographs of STURDIVANT**

60. On April 21, 2022, ATF SA Nathan Schwartz obtained a Federal Search Warrant through the United States District Court Northern District of Ohio for the Instagram account "chasing_a_bagggg" which SA Schwartz has learned belongs to Lawrence STURDIVANT. The search warrant was signed and issued by Magistrate Judge Thomas M. Parker (case no. 22-mj-3094).

61. SA Schwartz reviewed photographs from video surveillance taken from Robbery 4 on December 11, 2021. He obtained the below photographs of the suspect:


12/11/2021 13:31:55


12/11/2021 13:35:03


12/11/2021 13:35:11







62. SA Schwartz reviewed the results from the Instagram search warrant for STURDIVANT and noticed a video of STURDIVANT wearing what SA Schwartz believes is the same "Chipotle" hat and "Tommy Hillfiger" jacket as seen in the surveillance video from the robbery. Below is a screenshot from the Instagram video:



63. Comparing the photos side by side, there are four (4) similarities between the two (2) pictures: #1 appears to be a "Chipotle" hat; #2 appears to be show a light-colored portion of the hood of the jacket; #3 appears to be the "Tommy Hilfiger" logo; #4 appears to be a light-colored zipper. The placement of the "Chipotle" on the hat and the "Tommy Hilfiger" logo on the jacket appear to be in opposite sides of STURIDVANT's body in both pictures. Through training and experience, SA Schwartz is aware that when using the Instagram application and making a "story," "reel," or "live," photo or video, and using the cell phone's rear facing camera, Instagram will "mirror" the photo or image of the user, which would explain the opposite placement the logos in each photo.





64. SA Schwartz utilized a program called "PLX" to analyze the Instagram download and observed that the file name for this particular "Instagram Story" is "archived_stories_18185035081159878.mp4." SA Schwartz reviewed the Portable Document Format (PDF) version of the Instagram download and saw that the timestamp for "Story ID 18185035081159878" was "2021-12-09 00:38:00 UTC". SA Schwartz is aware that Coordinated Universal Time (UTC) is five (5) hours ahead of Eastern Standard Time (EST), meaning that the actual date and time that the video was taken was December 8, 2021 at 7:38 PM.

65. In May 2022, ATF SA Schwartz received information about the dates and times when STURDIVANT was working at the Chipotle located at 6267 Wilson Mills Road, Unit A, Highland Heights, Ohio, 44143. SA Schwartz reviewed the dates and times STURDIVANT worked and compared those to the dates and times of the suspected robberies and noticed that STURDIVANT was never working at Chipotle during the robbery times. SA Schwartz also reviewed video files from the Chipotle. SA Schwartz reviewed the surveillance video and compared them to previous information from this investigation. SA Schwartz determined that the photo from the Instagram search warrant referenced in paragraph 63 was taken on December 8, 2021 at approximately 7:38 PM. After reviewing the Chipotle surveillance video, SA Schwartz believes the photograph referenced in paragraph 63 was taken in the backroom of the Chipotle and is seen pictured below:




66. SA Schwartz compared the above photograph to one of the photographs obtained from Robbery 4 of the Family Dollar located at 16605 South Miles Road, Cleveland, Ohio, 44128 that took place on December 11, 2021:



67. SA Schwartz observed that in the photograph from the Chipotle surveillance video, STURDIVANT is wearing a jacket which appears to say "HILFIGER" on the hood, and that in the photograph from the Family Dollar surveillance video, the suspect is also observed wearing a jacket that says "HILFIGER" on the hood.

**Interview of Tamika Carter**

68. On July 11, 2022, ATF SA's Nathan Schwartz and Gerrod Briggs conducted an interview with Tamika CARTER (B/F, DOB: 10/15/19XX) who SA Schwartz believes to be the girlfriend of Lawrence STURDIVANT. The interview took place in front of CARTER's residence, located at 3736 East 54th Street, Cleveland, Ohio, 44105. The following is a brief synopsis of the interview and not to be considered a transcript.

69. SA Schwartz advised CARTER that she was not under arrest and provided CARTER with a written copy of her constitutional rights, which she read, signed, and stated she understood and agreed to speak with Agents. CARTER stated that a few days after she was originally interviewed by Agents, she went on the "Cleveland Remembrance Page" and saw that there was a picture of STURDIVANT on there and that she thought he already got arrested. CARTER's sister told her "Girl it's him."

70. SA Schwartz then showed CARTER pictures in connection with the investigation and positively identified the following photos:

- Bureau of Motor Vehicles photograph of Lawrence STURDIVANT (1);
- Photograph of STURDIVANT's 2011 Black Chevrolet Camaro, OH #N472040 (2);
- Photograph of STURDIVANT and his vehicle in front of 3736 East 54th Street (3);
- Photograph of STURDIVANT's vehicle near East 116th Street and Kinsman Road (12);

- Photograph of STURDIVANT entering the Auto Zone at 11414 Kinsman Road (13);
- Photograph of STURDIVANT's vehicle near East 116th Street and Kinsman Road (14);
- Photograph of STURDIVANT in Chipotle (15);
- Photograph of STURDIVANT entering Family Dollar at 16605 Miles Road (16);
- Photograph of STURDIVANT standing to checkout from Family Dollar at 16605 Miles Road (17);
- Photograph of STURDIVANT entering Walgreens at 16400 Chagrin Boulevard (18); and
- Photograph of STURDIVANT's vehicle at East 79th Street & Cedar Avenue (19).

71. CARTER placed her initials and the date on each photograph that she positively identified.

72. CARTER stated that STURDIVANT never mentioned doing any robberies, and always told her that he played dice and gambled, which she thought explained the money that he often had. CARTER stated STURDIVANT never said, "that he was robbin' Family Dollars." CARTER stated "y'all all know he did it. You know what I'm sayin', but I don't know to how many he did. But he never told me that he was fuckin' robbin Family Dollar stores and shit like that."

73. SA Schwartz showed CARTER photo number 19 and she identified that this was STURDIVANT's vehicle and noticed that the window was "busted out." CARTER stated that one morning STURDIVANT locked his keys in his car, and busted the window out to be able to get into his vehicle. CARTER couldn't believe that

STURDIVANT busted both windows out. CARTER went with STURDIVANT to get the windows fixed, to a window place on the west side.

74. SA Schwartz asked CARTER about the events that took place on December 26, 2021. STURDIVANT bought a "jumpsuit" for his new job and a bottle of liquor, and they drank together. STURDIVANT stated someone stole his car and CARTER didn't believe it was actually stolen, but that it was repossessed. CARTER said STURDIVANT left in the daytime, between 10:00 AM and 12:00 PM and that it was still daylight. SA Schwartz showed CARTER pictures of surveillance video showing that STURDIVANT left in his vehicle at 6:52 AM. SA Schwartz confronted CARTER with this information and the fact that STURDIVANT did not come back until later in the afternoon and she replied, "maybe he did leave at 6:52."

75. SA Schwartz showed CARTER another picture of STURDIVANT pulling his vehicle into the driveway of a vacant house that's three houses north of hers and a female walks from the back of CARTER's house and up to STURDIVANTS' vehicle. CARTER stated, "it wasn't me cleaning the car out with him." SA Briggs asked CARTER who came out of the house and CARTER replied, "it probably was me." SA Briggs asked CARTER what they cleaned out of the car, and she replied, "I had some mail, but I didn't take nothing and clean out, I wasn't cleaning out his car." SA Schwartz asked CARTER why STURDIVANT would park in this driveway to clean out his car, and not on the street and CARTER replied "cuz probably he robbed the Family Dollar store, and he didn't want nobody to know." CARTER stated "if you want to ask me, I think he did it. You know what I'm saying, I mean, he didn't come out and tell me, but I just think he did it and then a lot of shit, like now, makes sense."

76. SA Schwartz explained the pertinent facts of the case to CARTER:

- That CARTER called STURDIVANT either before or after six of the ten robberies.
- That CARTER was untruthful about the time when STURDIVANT left on December 26th.
- That CARTER appeared to assist STURDIVANT in cleaning out his vehicle, which he normally parks in front of her house, but was now parked in the driveway of a vacant house.
- That STURDIVANT then parked the vehicle one block over, walked back and in CARTER's house, then reports the car stolen.

77. SA Schwartz asked CARTER "imagine we present it to a grand jury" and "what are they going to think?" CARTER replied, "that I assisted him." CARTER stated, "he called me one day and he sounded like he was running." CARTER asked STURDIVANT "why do you sound like that?" STURDIVANT replied, "I might be about to go to jail for the rest of my life." CARTER told SA Schwartz "now do I think he did it? Yes, I do think he did it. At the time, I didn't think that he was robbing no banks, but now that the facts came out, I do think that he did the thing." CARTER stated, "he never came out and told me that he robbed the Family Dollar" and "I just think he did it."

**Interstate Commerce**

78. SA Schwartz reached out to Family Dollar, Walgreens and CVS and obtained a letter verifying that all of the businesses in this investigation regularly receive products during the normal course of business that are from outside the state of Ohio and are affected by

interstate commerce. The robberies described herein obstructed, delayed, and affected the commerce conducted in and by these stores.

**CONCLUSION**

79. This affidavit discusses all ten robberies occurring from December 5 to December 26, 2021, at this time the affiant requests that STURDIVANT be charged only with violations of 18 U.S.C. § 1951(a) for Robberies 1, 2, and 4, and with violations of 18 U.S.C. § 924(c) for Robberies 2 and 4. Based on the above listed facts and circumstances, your affiant affirms there is probable cause to believe that on or about the time period of December 5, 2021 to December 26, 2021, STUDIVANT obstructed, delayed, or affected commerce or the movement of any article or commodity in commerce, by robbery or attempt, or committed or threatened physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of Title 18 U.S.C. § 1951(a). There is probable cause to believe that STURDIVANT also carried, and furthermore brandished a firearm during and in relation to a crime of violence which may be prosecuted in a court of the United States, that is Interfere with Commerce by Robbery, in violation of Title 18, U.S.C., § 924(c)(1)(A)(ii). Your affiant requests that an arrest warrant be issued for Lawrence D. STURDIVANT.

Nathan E. Schwartz, Jr.
Special Agent
ATF

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Crim. R. 41(d)(3), on this 21st day of September, 2022 at 10:01 a.m.

JENNIFER DOWDELL ARMSTRONG
UNITED STATES MAGISTRATE JUDGE