**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 1:22CR615 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Lawrence Sturdivant | Personal Service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Flock Safety, c/o Mark Smith

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1170 Howell Mill Rd NW, Ste 210, Atlanta, GA 30318

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Dee Krupp, Paralegal - dkrupp@flannerygeorgalis.com
Flannery Georgalis, LLC
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FILED
JAN 30 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT

**Paul M. Flannery** Digitally signed by Paul M. Flannery
Date: 2024.01.02 15:56:08 -05'00'

TELEPHONE NUMBER: 216-367-2094
DATE: 1/2/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
*Elizabeth Benefiel*

Address *(complete only different than shown above)*

Date: 1/16/24
Time: 1360 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Mrs. Benefiel accepted process on behalf of Flock Safety and attorney Mark Smith.

Form USM-285
Rev. 03/21

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

Case No. 1:22 CR 615

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Flock Safety
was received by me on *(date)* .

☒ I served the subpoena by delivering a copy to the named person as follows:
Elizabeth Beaufiel (Spaces Specialist) (864-915-6892)
on *(date)* 1/16/2024 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ ~~$75.00~~ $4.29 for travel and $ $65.00 for services, for a total of $ $69.29 ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: 1/16/2024

Server's signature

Cameron D. Smith - DUSM
Printed name and title

75 Ted Turner Dr, Atlanta, GA, 30303
Server's address

Additional information regarding attempted service, etc.: