Sheet 1

| Name | Retention Period (Days) | Number Cameras Owned | Number Accounts | Contracted Date | Sharing With |
|------|------|------|------|------|------|
| Bay Village OH PD | 30 | 8 | 33 | 1/11/2023 | Grandview Heights OH PD, Howland Township OH PD, Altoona IA PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Sterling Heights MI PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Butler Township OH PD, North Olmsted OH PD, Portage MI PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Grafton OH PD, West Carrollton OH PD, Montgomery County OH SO, Napoleon OH PD, Lebanon OH PD, Wadsworth OH PD, Fulton County OH SO, Shelby OH PD, Marion OH PD, Sheffield Village OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Olmsted Falls OH PD, Rossford OH PD, Medina OH PD, Newburgh Heights OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, New London OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Conneaut OH PD, Gallia County OH SO, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Amberley Village OH PD, Alliance OH PD, Hinckley OH PD, New Lexington OH PD, Cleveland State University OH PD, Preble County OH SO, London OH PD, Hebron OH PD, Ohio Bureau of Workers' Compensation (LE), Bryan OH PD, Middleburg Heights OH PD, Willoughby Hills OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Streetsboro OH PD, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Springdale OH PD, Pepper |

DEFENDANT'S EXHIBIT

1

1:22-cr-00615

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Pike OH PD, US Postal Inspection Service, North Royalton OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Fairview Park OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Eastlake OH PD, Adrian MI PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Lima OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Lakewood OH PD, Lodi CA PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Troy OH PD, Wyoming OH PD, Cuyahoga Heights OH PD, Oberlin OH PD, New Bremen OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Springfield OH PD, Westerville OH PD, Windham OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Fairfield OH PD, Parma OH PD, Norwood OH PD, Sharonville OH PD, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Cleveland OH Division of Police, Columbus OH PD, Wellington OH PD, Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Mansfield OH PD, Blendon Township OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Beachwood OH PD | | 0 | 58 | 11/22/2021 | |
| Bedford OH PD | 30 | 16 | 34 | 12/31/2022 | Grandview Heights OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce |

Sheet 1

- OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, USMS (Inactive), Montgomery County OH SO, Napoleon OH PD, Lebanon OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Fulton County OH SO, Shelby OH PD, Marion OH PD, Independence OH PD, Sheffield Village OH PD, Union OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, University of Akron OH PD, Newark OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Olmsted Falls OH PD, Rossford OH PD, Austintown Township OH PD, Richmond Heights OH PD, Medina OH PD, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, New London OH PD, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Cleveland State University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, OH - Chester Township PD, Streetsboro OH PD, Detroit MI PD, South Euclid OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Eastlake OH PD, Adrian MI PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Solon OH PD, Lima OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Brook Park OH PD, Lakewood OH PD, Chagrin Valley Dispatch, Northfield OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Bellville OH PD, Troy OH PD, Wyoming OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Oberlin OH PD, Canton OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Westerville OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Xenia OH PD, Cleveland OH Division of Police, Columbus OH PD, Wellington OH PD, Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn PD, Evendale OH PD, Mansfield OH PD, Arcanum OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Berea OH PD | 30 | 7 | 32 | 11/1/2023 | Mayfield Heights OH PD, Cleveland Heights OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Brunswick OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - |

Sheet 1

OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Grafton OH PD, Cortland OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Independence OH PD, Lake MetroParks OH Rangers, Sheffield Village OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, University of Akron OH PD, Portage County OH SO, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Cleveland OH Metropolitan Schools Dept. of Safety and Security, Medina OH PD, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, New London OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Amberley Village OH PD, Alliance OH PD, Hinckley OH PD, Mentor OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Perrysburg Twp OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Southwest Emergency Dispatch Center (OH), Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD,

Sheet 1

|  |  |  |  |  | Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Greater Cleveland Regional Transit Authority OH PD, Kent OH PD, Chesapeake VA PD, Sidney OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Eastlake OH PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Wyoming OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Oberlin OH PD, Canton OH PD, New Bremen OH PD, Westfield Center OH PD, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Windham OH PD, Belpre OH PD, Seven Hills OH PD, Toledo OH PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Akron OH PD, Avon Lake OH PD, Cleveland OH Division of Police, Wellington OH PD, Westlake OH PD, German Township OH PD, Summit County OH SO, Blue Ash OH PD, Brooklyn OH PD, Stow OH PD, Mayfield Village OH PD, Middlefield OH PD, Willowick OH PD |
|---|---|---|---|---|---|
| Bratenahl OH PD | 30 | 10 | 15 | 3/23/2023 | Grandview Heights OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Poland Village OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Grafton OH |

Sheet 1

PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), Lebanon OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Marion OH PD, Independence OH PD, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Portage County OH SO, Mahoning County OH SO, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Medina OH PD, Newburgh Heights OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, New London OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Amberley Village OH PD, Alliance OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Fairview Park OH PD, Greater Cleveland Regional Transit Authority OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Eastlake OH PD, Adrian MI PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Solon OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Troy OH PD, Wyoming OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Oberlin OH PD, Madison Village OH PD, New Bremen OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Westerville OH PD, Windham OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Wellington OH PD, Westlake OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Mansfield OH PD, Blendon Township OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Tipp City OH PD, Willowick OH PD |
| Brecksville OH PD | 30 | 19 | 31 | 12/30/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain |

Sheet 1

OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County
OH PD, Highland Heights OH PD, Perkins Township OH PD,
Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD,
Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH
PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD,
Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor
Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West
Carrollton OH PD, Bay Village OH PD, Copley Township OH PD,
Brimfield Township OH PD, University of Toledo OH PD, Oregon OH
PD, USMS (Inactive), Montgomery County OH SO, Lake County
Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD,
Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD,
Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD,
Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH
PD, Marion OH PD, Independence OH PD, Lake MetroParks OH
Rangers, New York State Police NY, Sheffield Village OH PD, Union
OH PD, Kettering OH PD, Holland OH PD, Hudson OH PD, Delaware
County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH
PD, University of Akron OH PD, Newark OH PD, Loveland OH PD,
Portage County OH SO, Mahoning County OH SO, Campbell OH PD,
Trotwood OH PD, Heath OH PD, West Chester OH PD, Ontario OH
PD, Broward County FL SO, Olmsted Falls OH PD, Rossford OH PD,
Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS,
Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD,
Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD
(CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce
Township OH PD, Medina County OH SO, New London OH PD,
Pataskala OH PD, North Canton OH PD, Oakwood Village OH PD
(Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH
PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO,
Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD,
Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH
PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD,
Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Moreland
Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State
University OH PD, Case Western Reserve University OH PD, Preble

Sheet 1

County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, Streetsboro OH PD, Miami Township OH PD (Clermont), Monroe OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Miamisburg OH PD, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Mt. Healthy OH

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Broadview Heights OH PD | 30 | 8 | 32 | 2/24/2022 | Sedgwick KS PD, Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, University of North Texas at Denton PD (TX), McHenry County IL SO, Madison TWP (Franklin CO) OH PD, Sterling Heights MI PD, Franklin Township OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Woodville OH PD, Cleveland Clinic OH PD, Struthers PD OH, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, South Sioux City NE PD, SLED - South Carolina Law Enforcement Division, MetroParks of Butler County OH PD, Navajo |

Sheet 1

County AZ SO, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Clearwater FL PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Middlebury IN PD, Perry Township OH PD, Ulysses KS PD, Indian Hill OH PD, Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Baytown TX PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, Boulder CO PD, Paulding County OH SO, University of Toledo OH PD, Butler Village OH PD, Oregon OH PD, Fairfield County OH SO, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, St. Clairsville OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Anderson PD IN, Riverside OH PD, Mason OH PD, Springport Twp MI PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New Castle County DE PD, New York State Police NY, Sheffield Village OH PD, Union OH PD, Kettering OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Swanton OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Trotwood OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Pickaway County OH SO, Austintown Township OH PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Promedica OH PD, Maple Heights OH PD, Hazel Park MI PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Fort Worth TX PD, Bainbridge Township OH PD, Wickliffe OH PD, Houston Metro Transit Authority (TX), Pierce Township OH PD, Medina County OH SO, Louisville Metro KY PD, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Collier County FL SO, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH

Sheet 1

PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Poland Township OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Union City IN PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Peotone IL PD, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Cobb County GA PD, Willoughby Hills OH PD, Bellbrook OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Sturthers OH PD, Glencoe AL PD, Miami Township OH PD (Clermont), Monroe OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Scott County KY SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Worthington OH PD, Wichita Falls TX PD, Elmore OH PD, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Salem OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, FBI, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Miami County OH SO, Marysville OH PD, Fulshear TX PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Sarasota FL PD, Fairview Park OH PD, Niles OH PD, Monroe County MI SO, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Bowling Green OH PD, Ottawa Hills OH PD, Union City OH PD, North Ridgeville OH PD, Calhoun County AL SO, Oxford OH PD, Cuyahoga County OH SO, Sarasota County FL SO, Miamisburg OH PD, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster

Sheet 1

OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Minerva Park OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Titusville FL PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Fremont OH PD, Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Fairmount IN PD, Metro Police Authority of Genesee County MI, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Carpentersville IL PD, OH - Prairie Township (Franklin County), Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Helena AL PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Irondale AL PD, Denison University Campus OH PD, North College Hill OH PD, Mercer County OH SO, Hillside IL PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Pickerington OH PD, Mt. Healthy OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Baldwin County GA SO, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, Matteson IL PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Bloomfield NM PD, Chagrin Falls OH PD, Springfield OH PD, Five Rivers MetroParks OH PD, Norwalk OH PD, Henry County OH SO, Middletown OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Kokomo IN PD, North Hampton OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Avon IN PD, Fairfield OH PD, Parma OH PD, Lexington SC PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Sycamore Township OH,

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wichita KS PD, Ogden Dunes IN PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Summit County OH SO, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Richland Co SC Sheriff's Department, Tifton GA PD, Greene County OH SO, Mansfield OH PD, Thornton CO PD, Arcanum OH PD, Fort Loramie OH PD, Blendon Township OH PD, Stow OH PD, Mahoning Twp PA PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Brooklyn Heights OH PD | 30 | 8 | 17 | 8/11/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, Butler Township OH PD, North Olmsted OH PD, North Olmsted OH PD, Walton Hills OH PD, Lucas County OH SO, Lucas County OH SO, Houston TX PD, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Montgomery County OH SO, Montgomery County OH SO, Lake County Prosecutor's Office (OH), |

Sheet 1

Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Marion OH PD, Independence OH PD, Independence OH PD, Lake MetroParks OH Rangers, Sheffield Village OH PD, Holland OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, Heath OH PD, West Chester OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Rossford OH PD, Richmond Heights OH PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg Heights OH PD, Middleburg Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Dublin OH PD, Montville

Sheet 1

Township OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, Streetsboro OH PD, Tuscarawas County OH SO, Granville OH PD, South Euclid OH PD, South Euclid OH PD, Wyandot County OH SO, Wyandot County OH SO, Cuyahoga Falls OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Marysville OH PD, Summit Metro Parks PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Kent OH PD, Groveport OH PD, Groveport OH PD, Chesapeake VA PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Hamilton County OH SO, Mahoning Valley Law Enforcement TF (OH), Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Northeast Ohio Regional Fusion Center, Irondale AL PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Cuyahoga Heights

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | OH PD, Milton GA PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, New Bremen OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Seven Hills OH PD, Toledo OH PD, Toledo OH PD, Hamilton Township OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, Westlake OH PD, West Milton OH PD, German Township OH PD, German Township OH PD, Blue Ash OH PD, Blue Ash OH PD, Brooklyn OH PD, Brooklyn OH PD, Evendale OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Brooklyn OH PD | 30 | 17 | 37 | 7/26/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, McHenry County IL SO, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Blackman/Leoni Public Safety MI, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Poland Village OH PD, Sylvania OH PD, Harrison OH PD, |

Sheet 1

Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Trotwood OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Houston Metro Transit Authority (TX), Pierce Township OH PD, Medina County OH SO, Louisville Metro KY PD, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Sumner County TN SO, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brookhaven GA PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO,

Sheet 1

Golf Manor OH PD, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, Streetsboro OH PD, Tuscarawas County OH SO, Granville OH PD, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Delphos OH, Ohio State University OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Fulshear TX PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Louisville Metro KY Arson Bureau, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Milton GA PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, New Bremen OH PD, Westfield Center OH PD,

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Bloomfield NM PD, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, WI Department of Justice, Avon IN PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Ogden Dunes IN PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Evendale OH PD, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Brook Park OH PD | | 0 | 9 | 6/7/2021 | |
| Case Western Reserve University OH PD | | 0 | 2 | 6/7/2023 | |
| Cleveland Heights OH PD | 30 | 20 | 72 | 9/30/2022 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Mayfield Heights OH PD, Madison TWP (Franklin CO) OH PD, Franklin Township OH PD, South Russell OH PD, Oakland County MI SO, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Woodville OH PD, Cleveland Clinic OH PD, Struthers PD OH, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH |

Sheet 1

PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Auburn Hills MI PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, Paulding County OH SO, University of Toledo OH PD, Butler Village OH PD, Oregon OH PD, Fairfield County OH SO, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, St. Clairsville OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Riverside OH PD, Mason OH PD, Washington County PA SO, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Kettering OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Swanton OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, Queen Creek AZ PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Pickaway County OH SO, Austintown Township OH PD, Richmond Heights OH PD, Galion OH PD, Cleveland OH Metropolitan Schools Dept. of Safety and Security, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Promedica OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Johnstown CO PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Trumbull County

Sheet 1

OH 911 Center, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Allegan County SO MI, Waite Hill OH PD, Poland Township OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Flint MI PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Bellbrook OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Detroit MI PD, Tuscarawas County OH SO, Sturthers OH PD, Monroe OH PD, Allen Park PD MI, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Worthington OH PD, Elmore OH PD, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Salem OH PD, Michigan State Police, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, FBI, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Miami County OH SO, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Bowling Green OH PD, Ottawa Hills OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, New Castle PA PD, Cuyahoga County OH SO, Miamisburg OH PD, Hardin County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Union Township OH PD, Minerva Park OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Fremont OH PD,

Sheet 1

Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Grand Traverse County MI SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Denison University Campus OH PD, North College Hill OH PD, Mercer County OH SO, ATF Louisville KY, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Pickerington OH PD, Mt. Healthy OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Roscommon County MI SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Five Rivers MetroParks OH PD, Norwalk OH PD, Henry County OH SO, Middletown OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Sycamore Township OH, Avon Lake OH PD, Farmington Hills MI PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Summit County OH SO, Scioto County OH SO, University of Pittsburgh PA PD, Texas City TX PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD,

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Arcanum OH PD, Fort Loramie OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Cleveland Metro Parks OH PD | | 0 | 5 | 3/22/2021 | |
| Cleveland OH Division of Police | 30 | 100 | 227 | 6/29/2023 | Grandview Heights OH PD, Salem Township PA PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Sterling Heights MI PD, Franklin Township OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Port Huron MI PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Kent County MI SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Scarborough ME PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Stevens Point WI PD, Blount County Commission (AL), Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Butler Village OH PD, Oregon OH PD, Vacaville CA PD, Fairfield County OH SO, Mount Vernon IN PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Riverside OH PD, Clayton |

Sheet 1

County GA PD, Rochester IL PD, Floyd County IN SO, York County VA SO, Mason OH PD, Branson MO PD, Missouri State Highway Patrol, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Kettering OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Carmel IN PD, Lake County OH SO, Trenton OH PD, Canfield OH PD, Avon CO PD, University of Akron OH PD, Swanton OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Saint Croix Falls WI PD, Pokagon Tribal MI PD, Austintown Township OH PD, Richmond Heights OH PD, Madeira OH PD, Galion OH PD, Cleveland OH Metropolitan Schools Dept. of Safety and Security, Medina OH PD, Buncombe County NC SO, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hazel Park MI PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, Venice FL PD, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Fulton County GA SO, Warrensville Heights OH PD, Elizabethtown KY PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Troy MI PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Plymouth MI PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Poland Township OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Tulsa County OK SO, Cleveland State University OH PD, Jasper AL PD, Case Western Reserve University OH PD, Oxford MS PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Republic MO PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Chesterton IN PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH

Sheet 1

PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, Ferndale MI PD, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Monroe OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Wichita Falls TX PD, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Salem OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Miami County OH SO, Marysville OH PD, Tarpon Springs FL PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Sarasota FL PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Richmond KY PD, Oxford OH PD, Chesterfield County VA PD, New Castle PA PD, Cuyahoga County OH SO, Miamisburg OH PD, Hardin County OH SO, De Pere WI PD, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Minerva Park OH PD, Marion IN PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Anna TX PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Rensselaer NY PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, AZ - Department of Public Safety, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Metro Police Authority of Genesee County MI, Vandalia OH PD, Woodmere OH PD, Garden City MI PD, Highland Hills OH PD, OH - Prairie Township (Franklin County), Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation,

Sheet 1

Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Ottawa IL PD, Coffeyville KS PD, Hunting Valley OH PD, Denison University Campus OH PD, North College Hill OH PD, Mercer County OH SO, Medway MA PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Mt. Healthy OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Midlothian IL PD, Cuyahoga Heights OH PD, Grant County IN SO, Euclid OH PD, Clinton Township OH PD, Escambia County FL SO, Oberlin OH PD, Canton OH PD, Overland Park KS PD, Suffolk County NY SO, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, Rock County WI SO, Westfield Center OH PD, Highland Heights KY PD, Buckeye Lake OH PD, South Bend IN PD, Sauk Prairie WI PD, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Five Rivers MetroParks OH PD, Norwalk OH PD, Henry County OH SO, Middletown OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, Avon IN PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Sycamore Township OH, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, Fulton County GA PD, West Milton OH PD, German Township OH PD, Summit County OH SO, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Arcanum OH PD, Richmond VA PD, Fort Loramie OH PD, Blendon Township OH PD, Stow PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD

Sheet 1

| | | | | |
|---|---|---|---|---|
| Cleveland OH Metropolitan Schools Dept. of Safety and Security | 0 | 17 | 8/29/2023 | |
| Cleveland State University OH PD | 0 | 13 | 8/3/2023 | |
| Cuyahoga County OH SO | 0 | 1 | 12/25/2021 | |
| Cuyahoga Emergency Communications Systems OH (CECOMS) | 0 | 6 | 2/17/2023 | |
| Cuyahoga Heights OH PD  30 | 14 | 13 | 3/25/2022 | Grandview Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Madison County OH SO, Parma Heights OH PD, Seville OH PD, North Olmsted OH PD, Tallmadge OH PD, Walton Hills OH PD, Lorain OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Lyndhurst OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Broadview Heights OH PD, Grafton OH PD, Cortland OH PD, Bay Village OH PD, Lebanon OH PD, Wadsworth OH PD, Liberty Township OH PD, New York State Police NY, Sheffield Village OH PD, Lake County OH SO, Canfield OH PD, Portage County OH SO, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Medina OH PD, Newburgh Heights OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, New London OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Conneaut OH PD, Amherst OH PD, Amberley Village OH PD, Alliance OH PD, Hinckley OH PD, Mentor OH PD, Cleveland State University OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Ohio Bureau of Workers' Compensation (LE), Bryan OH PD, Middleburg Heights OH |

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Lodi OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Cuyahoga Falls OH PD, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, Groveport OH PD, Union City OH PD, North Ridgeville OH PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Solon OH PD, Jackson Township OH PD (Stark County), Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Lakewood OH PD, Ashland County OH SO, Chagrin Valley Dispatch, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Ohio Bureau of Criminal Investigation, Northeast Ohio Regional Fusion Center, Brecksville OH PD, Bellville OH PD, Troy OH PD, Euclid OH PD, Oberlin OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Louisville OH PD, Norwood OH PD, Akron OH PD, Avon Lake OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, West Milton OH PD, Brooklyn OH PD, Mansfield OH PD, Blendon Township OH PD, Mayfield Village OH PD, Willowick OH PD |
| Cuyahoga Metro Housing Authority OH PD (CMHA) | | 0 | 35 | 2/9/2022 | |
| East Cleveland OH PD | 30 | 25 | 29 | 3/10/2022 | Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Brunswick OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, Highland Heights OH PD, Lyndhurst OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Harrison OH PD, Broadview Heights OH PD, Indian |

Sheet 1

Hill OH PD, Grafton OH PD, Cortland OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Shelby OH PD, Lawrence IN PD, Mason OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Ontario OH PD, Olmsted Falls OH PD, Richmond Heights OH PD, Cleveland OH Metropolitan Schools Dept. of Safety and Security, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Montville Township OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Franklin OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Summit Metro Parks PD, Garfield Heights OH

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Richfield OH PD, Bratenahl OH PD, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH PD, Ohio Attorney General's Office - OOCIC, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Madison Village OH PD, Westfield Center OH PD, South Bend IN PD, Geauga County OH SO, Chagrin Falls OH PD, Windham OH PD, Seven Hills OH PD, Hamilton Township OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, Summit County OH SO, Brooklyn OH PD, Evendale OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Middlefield OH PD, Willowick OH PD |
| Euclid OH PD | 30 | 21 | 99 | 5/6/2022 | Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Parma Heights OH PD, Seville OH PD, Moraine OH PD, Butler Township OH PD, North Olmsted OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Whitehall OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, |

Sheet 1

Montgomery County OH SO, Mentor on the Lake OH PD, Wadsworth OH PD, Marion OH PD, Independence OH PD, New York State Police NY, Holland OH PD, Delaware County OH SO, Lake County OH SO, Mahoning County OH SO, Heath OH PD, West Chester OH PD, Rossford OH PD, Richmond Heights OH PD, Medina OH PD, Newburgh Heights OH PD, Maple Heights OH PD, Hazel Park MI PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, Louisville Metro KY PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Amberley Village OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Moreland Hills OH PD (Custom Hotlist), Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brookhaven GA PD, Ohio Bureau of Workers' Compensation (LE), Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, East Cleveland OH PD, OH - Chester Township PD, Streetsboro OH PD, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Eastlake OH PD, Adrian MI PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Willoughby OH PD, Solon OH PD, Bedford OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Vandalia OH PD, Brook Park OH PD, Lakewood OH PD, Chagrin Valley Dispatch, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Hamilton County OH SO, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Irondale AL PD, Mercer County OH SO, Brecksville

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | OH PD, Marion County OH SO, Wyoming OH PD, Cuyahoga Heights OH PD, Milton GA PD, New Bremen OH PD, Geauga County OH SO, Springfield OH PD, Westerville OH PD, Windham OH PD, Belpre OH PD, Seven Hills OH PD, Toledo OH PD, WI Department of Justice, Onondaga County NY SO, Avon IN PD, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Akron OH PD, Avon Lake OH PD, Cleveland OH Division of Police, Wichita KS PD, Westlake OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Tipp City OH PD, Willowick OH PD |
| Fairview Park OH PD | 30 | 5 | 26 | 3/23/2023 | Grandview Heights OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Franklin Township OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Portage MI PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, Butler Village OH PD, Fairfield County OH SO, Montgomery County OH SO, Lebanon OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Canfield OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West |

Sheet 1

Chester OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Galion OH PD, Cleveland OH Metropolitan Schools Dept. of Safety and Security, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, New London OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Detroit MI PD, Tuscarawas County OH SO, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Southwest Emergency Dispatch Center (OH), Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Greater Cleveland Regional Transit Authority OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Bowling Green OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD,

Sheet 1

| | | | | | Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Madison Village OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Henry County OH SO, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Hilliard OH PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Butler Township PA PD, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Cleveland OH Division of Police, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, German Township OH PD, Summit County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Arcanum OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Garfield Heights OH PD | 30 | 20 | 64 | 5/19/2023 | Grandview Heights OH PD, Grandview Heights OH PD, Ross Township OH PD, Ross Township OH PD, Howland Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, |

Sheet 1

Mayfield Heights OH PD, Cleveland Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Madison TWP (Franklin CO) OH PD, Sterling Heights MI PD, Sterling Heights MI PD, Franklin Township OH PD, Franklin Township OH PD, South Russell OH PD, South Russell OH PD, Shaker Heights OH PD, Shaker Heights OH PD, Beavercreek OH PD, Beavercreek OH PD, Rocky River OH PD, Rocky River OH PD, Aurora OH PD, Aurora OH PD, Ohio State Highway Patrol, Ohio State Highway Patrol, Madison County OH SO, Madison County OH SO, Parma Heights OH PD, Parma Heights OH PD, Cleveland Clinic OH PD, Cleveland Clinic OH PD, Seville OH PD, Seville OH PD, Moraine OH PD, Moraine OH PD, Brunswick OH PD, Brunswick OH PD, Butler Township OH PD, Butler Township OH PD, North Olmsted OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Lucas County OH SO, Houston TX PD, Houston TX PD, Lorain OH PD, Lorain OH PD, WEB Drug Taskforce - OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, MetroParks of Butler County OH PD, Navajo County AZ SO, Highland Heights OH PD, Highland Heights OH PD, Perkins Township OH PD, Perkins Township OH PD, Lyndhurst OH PD, Lyndhurst OH PD, Maumee OH PD, Maumee OH PD, Medina Township OH PD, Medina Township OH PD, Franklin County OH SO, Franklin County OH SO, Whitehall OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Zanesville OH PD, Sylvania OH PD, Sylvania OH PD, Harrison OH PD, Harrison OH PD, Broadview Heights OH PD, Broadview Heights OH PD, Perry Township OH PD, Perry Township OH PD, Indian Hill OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Greenhills OH Police Department, Grafton OH PD, Grafton OH PD, Cortland OH PD, Cortland OH PD, West Carrollton OH PD, West Carrollton OH PD, Blount County Commission (AL), Blount County Commission (AL), Mount Vernon OH PD, Bay Village OH PD, Bay Village OH PD, Copley Township OH PD, Copley Township OH PD, Brimfield Township OH PD, Brimfield Township OH PD, University of Toledo

Sheet 1

OH PD, University of Toledo OH PD, Butler Village OH PD, Butler Village OH PD, Oregon OH PD, Oregon OH PD, Vacaville CA PD, Vacaville CA PD, Fairfield County OH SO, Fairfield County OH SO, Montgomery County OH SO, Montgomery County OH SO, Lake County Prosecutor's Office (OH), Lake County Prosecutor's Office (OH), New Albany OH PD, New Albany OH PD, Napoleon OH PD, Napoleon OH PD, Lebanon OH PD, Lebanon OH PD, Lexington OH PD, Lexington OH PD, Mentor on the Lake OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Bentleyville OH PD, Wadsworth OH PD, Wadsworth OH PD, Liberty Township OH PD, Liberty Township OH PD, Fulton County OH SO, Fulton County OH SO, Shelby OH PD, Shelby OH PD, Riverside OH PD, Riverside OH PD, Mason OH PD, Mason OH PD, Missouri State Highway Patrol, Missouri State Highway Patrol, Marion OH PD, Marion OH PD, Independence OH PD, Independence OH PD, Lake MetroParks OH Rangers, Lake MetroParks OH Rangers, New York State Police NY, New York State Police NY, Sheffield Village OH PD, Sheffield Village OH PD, Union OH PD, Union OH PD, Kettering OH PD, Kettering OH PD, Holland OH PD, Holland OH PD, Hudson OH PD, Hudson OH PD, Delaware County OH SO, Delaware County OH SO, Lake County OH SO, Lake County OH SO, Trenton OH PD, Trenton OH PD, Canfield OH PD, Canfield OH PD, University of Akron OH PD, University of Akron OH PD, Swanton OH PD, Swanton OH PD, Newark OH PD, Newark OH PD, Loveland OH PD, Loveland OH PD, Portage County OH SO, Portage County OH SO, Mahoning County OH SO, Mahoning County OH SO, Campbell OH PD, Campbell OH PD, Olmsted Township OH PD, Olmsted Township OH PD, Heath OH PD, Heath OH PD, West Chester OH PD, West Chester OH PD, Ontario OH PD, Ontario OH PD, Olmsted Falls OH PD, Olmsted Falls OH PD, Rossford OH PD, Austintown Township OH PD, Austintown Township OH PD, Richmond Heights OH PD, Richmond Heights OH PD, Galion OH PD, Galion OH PD, Medina OH PD, Medina OH PD, Ohio DPS, Ohio DPS, Newburgh Heights OH PD, Newburgh Heights OH PD, Norton OH PD, Norton OH PD, Maple Heights OH PD, Maple Heights OH PD, Hazel Park MI PD, Hazel Park MI PD, Hamilton OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD

Sheet 1

(CMHA), Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Bainbridge Township OH PD, Wickliffe OH PD, Wickliffe OH PD, Pierce Township OH PD, Pierce Township OH PD, Medina County OH SO, Medina County OH SO, New London OH PD, New London OH PD, Pataskala OH PD, Pataskala OH PD, North Canton OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Port Clinton OH PD, Barberton OH PD, Barberton OH PD, Reynoldsburg OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Moreland Hills OH PD, Conneaut OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Warrensville Heights OH PD, Amherst OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Perrysburg OH PD, Fairlawn OH PD, Fairlawn OH PD, Dayton OH PD, Dayton OH PD, Enon OH PD, Enon OH PD, Amberley Village OH PD, Amberley Village OH PD, Alliance OH PD, Alliance OH PD, Bazetta Township OH PD, Bazetta Township OH PD, Hinckley OH PD, Hinckley OH PD, Mentor OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Waite Hill OH PD, Poland Township OH PD, Poland Township OH PD, Moreland Hills OH PD (Custom Hotlist), Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Lordstown OH PD, Cleveland State University OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Preble County OH SO, Berea OH PD, Berea OH PD, Perrysburg Twp OH PD, London OH PD, London OH PD, Hebron OH PD, Hebron OH PD, Brunswick Hills OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Licking County OH SO, Golf Manor OH PD, Golf Manor OH PD, Warren County OH SO, Warren County OH SO, Bryan OH PD, Bryan OH PD, Middleburg Heights OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Willoughby Hills OH PD, Kirtland OH PD, Kirtland OH PD, Lodi OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Montville Township

Sheet 1

OH PD, Jackson Center OH PD, Jackson Center OH PD, East
Cleveland OH PD, East Cleveland OH PD, Richland County OH SO,
Richland County OH SO, OH - Chester Township PD, OH - Chester
Township PD, Streetsboro OH PD, Streetsboro OH PD, Tuscarawas
County OH SO, Monroe OH PD, Monroe OH PD, Granville OH PD,
Granville OH PD, South Euclid OH PD, South Euclid OH PD, Madison
Township OH PD, Madison Township OH PD, Wyandot County OH
SO, Cuyahoga Falls OH PD, Cuyahoga Falls OH PD, South Central OH
Major Crimes Unit, South Central OH Major Crimes Unit, New Vienna
OH PD, New Vienna OH PD, Southwest Emergency Dispatch Center
(OH), Southwest Emergency Dispatch Center (OH), Delphos OH PD,
Delphos OH PD, Salem OH PD, Salem OH PD, Ohio State University
OH PD, Ohio State University OH PD, Franklin OH PD, Franklin OH
PD, Butler County OH SO, Butler County OH SO, Macedonia OH PD,
Macedonia OH PD, Springdale OH PD, Springdale OH PD, Pepper
Pike OH PD, Pepper Pike OH PD, US Postal Inspection Service, North
Royalton OH PD, North Royalton OH PD, Chardon OH PD, Chardon
OH PD, Fayette OH PD, Fayette OH PD, University Circle OH PD,
University Circle OH PD, Orange Village OH PD, Orange Village OH
PD, Miami County OH SO, Miami County OH SO, Marysville OH PD,
Marysville OH PD, Tarpon Springs FL PD, Tarpon Springs FL PD,
Summit Metro Parks PD, Garfield Heights OH PD, Garfield Heights
OH PD, Creston OH PD, Creston OH PD, Fairview Park OH PD,
Fairview Park OH PD, Niles OH PD, Niles OH PD, Greater Cleveland
Regional Transit Authority OH PD, Greater Cleveland Regional Transit
Authority OH PD, Springboro OH PD, Springboro OH PD, Kent OH
PD, Kent OH PD, Groveport OH PD, Groveport OH PD, Chesapeake
VA PD, Sidney OH PD, Sidney OH PD, Union City OH PD, Union
City OH PD, North Ridgeville OH PD, North Ridgeville OH PD,
Oxford OH PD, Oxford OH PD, New Castle PA PD, New Castle PA
PD, Cuyahoga County OH SO, Cuyahoga County OH SO, Miamisburg
OH PD, Miamisburg OH PD, Hardin County OH SO, Hardin County
OH SO, Eastlake OH PD, Eastlake OH PD, Adrian MI PD, Lancaster
OH PD, Lancaster OH PD, Twinsburg OH PD, Twinsburg OH PD,
Justice IL PD, Justice IL PD, Union Township OH PD, Minerva Park
OH PD, Minerva Park OH PD, Marion IN PD, Marion IN PD,

Sheet 1

Willoughby OH PD, Willoughby OH PD, Bath Township OH PD, Bath Township OH PD, Genoa Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Upper Arlington OH PD, Centerville OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Green Township OH PD, Bedford OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Jackson Township OH PD (Stark County), Lima OH PD, Lima OH PD, Englewood OH PD, Englewood OH PD, Miami County Park District OH Rangers, Miami County Park District OH Rangers, Fairborn OH PD, Fairborn OH PD, AZ - Department of Public Safety, AZ - Department of Public Safety, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Hubbard OH PD, Vandalia OH PD, Vandalia OH PD, Woodmere OH PD, Woodmere OH PD, Highland Hills OH PD, Highland Hills OH PD, OH - Prairie Township (Franklin County), OH - Prairie Township (Franklin County), Brook Park OH PD, Brook Park OH PD, Lakewood OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Chagrin Valley Dispatch, Northfield OH PD, Northfield OH PD, Huber Heights OH PD, Huber Heights OH PD, Richfield OH PD, Richfield OH PD, Bratenahl OH PD, Bratenahl OH PD, Huron OH PD, Huron OH PD, Sugarcreek Township OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Northeast Ohio Regional Fusion Center, Ottawa IL PD, Ottawa IL PD, Hunting Valley OH PD, Hunting Valley OH PD, Denison University Campus OH PD, Denison University Campus OH PD, North College Hill OH PD, North College Hill OH PD, Mercer County OH SO, Brecksville OH PD, Brecksville OH PD, Marion County OH SO, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Bellville OH PD, Mt. Healthy OH PD, Mt. Healthy OH PD, Obetz OH PD, Grove City OH PD, Grove City OH PD, Troy OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Cuyahoga Heights OH PD, Euclid OH

Sheet 1

PD, Euclid OH PD, Clinton Township OH PD, Clinton Township OH PD, Oberlin OH PD, Oberlin OH PD, Canton OH PD, Canton OH PD, Overland Park KS PD, Overland Park KS PD, Sunbury OH PD, Sunbury OH PD, Madison Village OH PD, Madison Village OH PD, New Bremen OH PD, Westfield Center OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Geauga County OH SO, Strongsville OH PD, Strongsville OH PD, Chagrin Falls OH PD, Chagrin Falls OH PD, Springfield OH PD, Springfield OH PD, Five Rivers MetroParks OH PD, Five Rivers MetroParks OH PD, Norwalk OH PD, Norwalk OH PD, Henry County OH SO, Henry County OH SO, Middletown OH PD, Middletown OH PD, Westerville OH PD, Westerville OH PD, Windham OH PD, Windham OH PD, Goshen TWP OH PD, Goshen TWP OH PD, Belpre OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Seven Hills OH PD, Toledo OH PD, Toledo OH PD, Hamilton Township OH PD, Hamilton Township OH PD, North Hampton OH PD, North Hampton OH PD, Hilliard OH PD, Hilliard OH PD, Avon IN PD, Avon IN PD, Fairfield OH PD, Fairfield OH PD, Parma OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Norwood OH PD, Sharonville OH PD, Sharonville OH PD, Trumbull County OH SO, Trumbull County OH SO, Akron OH PD, Akron OH PD, Delhi Twp OH PD, Delhi Twp OH PD, Sycamore Township OH, Sycamore Township OH, Avon Lake OH PD, Avon Lake OH PD, Forest Park OH PD, Forest Park OH PD, Xenia OH PD, Xenia OH PD, Cleveland OH Division of Police, Cleveland OH Division of Police, Montgomery OH PD, Montgomery OH PD, Fairfax OH PD, Fairfax OH PD, Crestline OH PD, Crestline OH PD, Muskingum County OH SO, Muskingum County OH SO, Gahanna OH PD, Gahanna OH PD, Great Parks of Hamilton County OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Columbus OH PD, Wellington OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Jackson Township OH PD (Mahoning County), Westlake OH PD, Westlake OH PD, Fulton County GA PD, Fulton County GA PD, West Milton OH PD, West Milton OH PD, German Township OH PD,

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Summit County OH SO, Summit County OH SO, Scioto County OH SO, Scioto County OH SO, Blue Ash OH PD, Blue Ash OH PD, Brooklyn OH PD, Brooklyn OH PD, Evendale OH PD, Evendale OH PD, Greene County OH SO, Greene County OH SO, Mansfield OH PD, Mansfield OH PD, Arcanum OH PD, Arcanum OH PD, Richmond VA PD, Richmond VA PD, Fort Loramie OH PD, Fort Loramie OH PD, Blendon Township OH PD, Blendon Township OH PD, Stow OH PD, Stow OH PD, Fairfield Township OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Miami Township OH PD (Dayton), Middlefield OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Tipp City OH PD, Willowick OH PD, Willowick OH PD |
| Gates Mills Village OH PD | 30 | 5 | 17 | 12/9/2020 | Grandview Heights OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Cleveland Clinic OH PD, Brunswick OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lorain OH PD, WEB Drug Taskforce - OH PD, Highland Heights OH PD, Lyndhurst OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, University of Toledo OH PD, USMS (Inactive), Napoleon OH PD, Lebanon OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Fulton County OH SO, Shelby OH PD, Independence OH PD, Sheffield Village OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, West Chester OH PD, Olmsted Falls OH PD, Rossford OH PD, Austintown Township OH PD, Richmond Heights OH PD, Medina OH PD, Newburgh Heights OH PD, Norton |

Sheet 1

OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Warrensville Heights OH PD, Amherst OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, Allegan County SO MI, Waite Hill OH PD, Lordstown OH PD, Cleveland State University OH PD, Preble County OH SO, London OH PD, Hebron OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Montville Township OH PD, OH - Chester Township PD, Streetsboro OH PD, Monroe OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Ohio State University OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Miami County OH SO, Marysville OH PD, Groveport OH PD, Union City OH PD, Oxford OH PD, Cuyahoga County OH SO, Eastlake OH PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Chagrin Valley Dispatch, Northfield OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Bellville OH PD, Troy OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Madison Village OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Westerville OH

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PD, Windham OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Sycamore Township OH, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Blue Ash OH PD, Brooklyn OH PD, Arcanum OH PD, Blendon Township OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Willowick OH PD |
| Glenwillow OH PD | 30 | 3 | 0 | 1/31/2024 | Twinsburg OH PD |
| Greater Cleveland Regional Transit Authority OH PD | 30 | 3 | 46 | 12/19/2022 | Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, Highland Heights OH PD, Lyndhurst OH PD, Whitehall OH PD, Broadview Heights OH PD, West Carrollton OH PD, Bay Village OH PD, Lake County Prosecutor's Office (OH), Bentleyville OH PD, Wadsworth OH PD, Marion OH PD, Independence OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Mahoning County OH SO, Heath OH PD, West Chester OH PD, Richmond Heights OH PD, Medina OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Gallia County OH SO, Amherst OH PD, Perrysburg OH PD, Hinckley OH PD, New Lexington OH PD, Waite Hill OH PD, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Dublin OH PD, East Cleveland OH PD, Cuyahoga Falls OH PD, Springdale OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, |

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | FBI, University Circle OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Fairview Park OH PD, Groveport OH PD, Sidney OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Eastlake OH PD, Adrian MI PD, Twinsburg OH PD, Willoughby OH PD, Bedford OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Vandalia OH PD, Highland Hills OH PD, Brook Park OH PD, Bratenahl OH PD, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Brigham City UT PD, Wyoming OH PD, Euclid OH PD, Canton OH PD, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Westerville OH PD, Belpre OH PD, Parma OH PD, Norwood OH PD, Akron PD, Avon Lake OH PD, Cleveland OH Division of Police, Westlake OH PD, Brooklyn OH PD, Evendale OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Tipp City OH PD, Willowick OH PD |
| Highland Heights OH PD | 30 | 6 | 33 | 12/21/2020 | Grandview Heights OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Brunswick OH PD, North Olmsted OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, Lyndhurst OH PD, Medina Township OH PD, Sugarloaf Twp PA PD, Broadview Heights OH PD, Cortland OH PD, Mount Vernon OH PD, Bay Village OH PD, USMS (Inactive), Montgomery County OH SO, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Independence OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Canfield OH PD, Loveland OH PD, Mahoning County OH SO, Austintown Township OH PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Fairlawn OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Whitehall Borough |

Sheet 1

PA PD, Cleveland State University OH PD, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Philadelphia PD MS, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, Ohio State University OH PD, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Kent OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Eastlake OH PD, Twinsburg OH PD, West Hazleton PA PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Solon OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Harrisburg Bureau PA PD, Marion County OH SO, Bellville OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Canton OH PD, Madison Village OH PD, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Trumbull County OH SO, Akron OH PD, Avon Lake OH PD, Cleveland OH Division of Police, Columbus OH PD, Westlake OH PD, Blue Ash OH PD, Brooklyn OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Middlefield OH PD, Willowick OH PD

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| Hunting Valley OH PD | 30 | 27 | 15 | 10/12/2020 | Grandview Heights OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Brunswick OH PD, North Olmsted OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, Highland Heights OH PD, Lyndhurst OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Independence OH PD, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Medina OH PD, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, Louisville Metro KY PD, New London OH PD, North Canton OH PD, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Moreland Hills OH PD, Conneaut OH PD, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Hinckley OH PD, Mentor OH PD, Lordstown OH PD, Cleveland State University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Lodi OH PD, |

Sheet 1

Montville Township OH PD, Richland County OH SO, OH - Chester
Township PD, Streetsboro OH PD, Granville OH PD, South Euclid OH
PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central
OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH),
Ohio State University OH PD, Butler County OH SO, Macedonia OH
PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton
OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange
Village OH PD, Marysville OH PD, Fairview Park OH PD, Niles OH
PD, Greater Cleveland Regional Transit Authority OH PD, Springboro
OH PD, Groveport OH PD, Union City OH PD, North Ridgeville OH
PD, Oxford OH PD, Cuyahoga County OH SO, Eastlake OH PD,
Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Willoughby OH
PD, Bath Township OH PD, Solon OH PD, Green Township OH PD,
Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH
PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA /
Moreland Hills OH PD), Hubbard OH PD, Woodmere OH PD,
Highland Hills OH PD, Lakewood OH PD, Gates Mills Village OH PD,
Chagrin Valley Dispatch, Northfield OH PD, Richfield OH PD,
Bratenahl OH PD, Huron OH PD, Ohio Bureau of Criminal
Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast
Ohio Regional Fusion Center, Brecksville OH PD, Marion County OH
SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Troy
OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township
OH PD, Oberlin OH PD, Westfield Center OH PD, Buckeye Lake OH
PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH
SO, Chagrin Falls OH PD, Westerville OH PD, Goshen TWP OH PD,
Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven
Hills OH PD, Hamilton Township OH PD, WI Department of Justice,
Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Cleveland
Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull
County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD,
Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police,
Muskingum County OH SO, Columbus OH PD, Wichita KS PD,
Wellington OH PD, Jackson Township OH PD (Mahoning County),
Westlake OH PD, West Milton OH PD, Brooklyn OH PD, Evendale
OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | OH PD, Mayfield Village OH PD, Dept. of Natural Resources OH PD, Willowick OH PD |
| Independence OH PD | 30 | 31 | 47 | 11/30/2020 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Mason OH PD, Marion OH PD, Lake MetroParks OH Rangers, Sheffield Village OH PD, Union OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, Louisville Metro KY PD, New London OH PD, Pataskala OH PD, North Canton |

Sheet 1

OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, Streetsboro OH PD, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Ohio State University OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Fairfield OH PD, Parma OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Lakewood OH PD | 30 | 50 | 115 | 4/20/2021 | Mayfield Heights OH PD, Cleveland Heights OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Brunswick OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Lorain OH PD, WEB Drug Taskforce - OH PD, Highland Heights OH PD, Lyndhurst OH PD, Broadview Heights OH PD, Perry Township OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, West Carrollton OH PD, Bay Village OH PD, Montgomery County OH SO, New Albany OH PD, Mentor on the Lake OH PD, Fulton County OH SO, Lawrence IN PD, Marion OH PD, Independence OH PD, New |

Sheet 1

York State Police NY, Kettering OH PD, Hudson OH PD, Lake County OH SO, Swanton OH PD, Loveland OH PD, Trotwood OH PD, West Des Moines IA PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, Cuyahoga Emergency Communications Systems OH (CECOMS), Alcoa TN PD, Oakwood Village OH PD (Cuyahoga), Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Warrensville Heights OH PD, Amherst OH PD, Fairlawn OH PD, Dayton OH PD, Hinckley OH PD, Mentor OH PD, Waite Hill OH PD, Case Western Reserve University OH PD, Berea OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Warren County OH SO, Lawrenceville GA PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, East Cleveland OH PD, OH - Chester Township PD, Streetsboro OH PD, South Euclid OH PD, Madison Township OH PD, Ohio State University OH PD, Franklin OH PD, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Fairview Park OH PD, Greater Cleveland Regional Transit Authority OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Miamisburg OH PD, Eastlake OH PD, Twinsburg OH PD, Minerva Park OH PD, Willoughby OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Ohio Drug TF (HIDTA / Moreland Hills OH PD), Woodmere OH PD, Kalamazoo MI PD, Brook Park OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Bratenahl OH PD, Dearborn MI PD, Ohio Bureau of Criminal Investigation, Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Ohio Attorney General's Office - OOCIC, NYS Crime Analysis Center NY, Mt. Healthy OH PD, Euclid OH PD, Madison Village OH PD, Arlington TX PD, South Bend IN PD, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Five Rivers MetroParks OH PD, Seven Hills OH PD, Toledo OH PD, North Hampton OH PD,

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Hilliard OH PD, WI Department of Justice, Parma OH PD, Cleveland Metro Parks OH PD, Lawrence County IN SO, Akron OH PD, Avon Lake OH PD, Xenia OH PD, Cleveland OH Division of Police, Crestline OH PD, Gahanna OH PD, Wichita KS PD, Westlake OH PD, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Mansfield OH PD, Stow OH PD, Mayfield Village OH PD, Miami Township OH PD (Dayton), Willowick OH PD |
| Lyndhurst OH PD | 30 | 7 | 36 | 3/21/2022 | Grandview Heights OH PD, Salem Township PA PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Sterling Heights MI PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Orange County FL SO, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, USMS (Inactive), Montgomery County OH SO, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Missouri State Highway Patrol, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH |

Sheet 1

SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Saint Croix Falls WI PD, Richmond Heights OH PD, Cleveland OH Metropolitan Schools Dept. of Safety and Security, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, Venice FL PD, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Fulton County GA SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Troy MI PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Chesterton IN PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Granville OH PD, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Wichita Falls TX PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Tarpon Springs FL PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH

Sheet 1

PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Richmond KY PD, Oxford OH PD, Chesterfield County VA PD, New Castle PA PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, AZ - Department of Public Safety, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Metro Police Authority of Genesee County MI, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Midlothian IL PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Sauk Prairie WI PD, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, WI Department of Justice, Onondaga County NY SO, Avon IN PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Mansfield OH PD, Richmond VA PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Maple Heights OH PD | 30 | 32 | 32 | 9/24/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Brunswick OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, SLED - South Carolina Law Enforcement Division, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lexington OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Hazel Park MI PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, |

Sheet 1

Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, Louisville Metro KY PD, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, Streetsboro OH PD, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Groveport OH PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Hardin County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Willoughby OH PD, Bath Township OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Huber Heights OH PD, Richfield OH PD, Bratenahl

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | OH PD, Huron OH PD, Sugarcreek Township OH PD, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Grove City OH PD, Troy OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Norwalk OH PD, Westerville OH PD, Goshen TWP OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Lawrence County IN SO, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Mayfield Heights OH PD | | 0 | 45 | 8/26/2020 | |
| Mayfield Village OH PD | 30 | 4 | 35 | 6/30/2022 | Grandview Heights OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, North Olmsted OH PD, Walton Hills OH PD, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill |

Sheet 1

OH PD, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Napoleon OH PD, Lebanon OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Fulton County OH SO, Shelby OH PD, Marion OH PD, Independence OH PD, New York State Police NY, Sheffield Village OH PD, Delaware County OH SO, Lake County OH SO, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, West Chester OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, New London OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Amberley Village OH PD, Alliance OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Lordstown OH PD, Cleveland State University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Bryan OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, East Cleveland OH PD, OH - Chester Township PD, Streetsboro OH PD, South Euclid OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Michigan State Police, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Groveport OH PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Eastlake OH PD, Adrian MI PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA /

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Troy OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Sunbury OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Westerville OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Hamilton Township OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Brooklyn OH PD, Evendale OH PD, Blendon Township OH PD, Fairfield Township OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Middleburg Heights OH PD | 30 | 21 | 35 | 6/30/2022 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Madison TWP (Franklin CO) OH PD, Franklin Township OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Rocky River OH PD, Aurora OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Woodville OH PD, Cleveland Clinic OH PD, Struthers PD OH, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Houston TX PD, Lorain OH PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, |

Sheet 1

Lyndhurst OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Poland Village OH PD, West Jefferson OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, Paulding County OH SO, University of Toledo OH PD, Butler Village OH PD, Oregon OH PD, Vacaville CA PD, Vacaville CA PD, Fairfield County OH SO, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Wadsworth OH PD, St. Clairsville OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Riverside OH PD, Mason OH PD, Marion OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Kettering OH PD, Holland OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Swanton OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, Heath OH PD, West Chester OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Pickaway County OH SO, Austintown Township OH PD, Richmond Heights OH PD, Richmond Heights OH PD, Madeira OH PD, Galion OH PD, Cleveland OH Metropolitan Schools Dept. of Safety and Security, Medina OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Newburgh Heights OH PD, Norton OH PD, Promedica OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Bainbridge Township OH PD, Wickliffe OH PD, Woodlawn OH PD, Pierce Township OH PD, Medina County OH SO, Medina County OH SO, Louisville Metro KY PD, New London OH

Sheet 1

PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Perrysburg OH PD, Fairlawn OH PD, Trumbull County OH 911 Center, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, New Lexington OH PD, Waite Hill OH PD, Poland Township OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Bryan OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Bellbrook OH PD, Kirtland OH PD, Lodi OH PD, Lodi OH PD, Dublin OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Sturthers OH PD, Monroe OH PD, Granville OH PD, South Euclid OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Worthington OH PD, Elmore OH PD, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Salem OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, FBI, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Miami County OH SO, Marysville OH PD, Marysville OH PD, Summit Metro Parks PD, Summit Metro Parks PD, Garfield Heights OH PD, Garfield Heights OH PD, Creston OH PD, Sarasota FL PD, Sarasota FL PD, Fairview Park OH PD, Fairview Park OH PD, Niles

Sheet 1

OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Kent OH PD, Groveport OH PD, Groveport OH PD, Chesapeake VA PD, Chesapeake VA PD, Sidney OH PD, Sidney OH PD, Bowling Green OH PD, Ottawa Hills OH PD, Union City OH PD, North Ridgeville OH PD, North Ridgeville OH PD, Oxford OH PD, Chesterfield County VA PD, Chesterfield County VA PD, Cuyahoga County OH SO, Miamisburg OH PD, Hardin County OH SO, Eastlake OH PD, Eastlake OH PD, Adrian MI PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Minerva Park OH PD, Willoughby OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Fremont OH PD, Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, OH - Prairie Township (Franklin County), Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Richfield OH PD, Bratenahl OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Denison University Campus OH PD, North College Hill OH PD, Mercer County OH SO, Mercer County OH SO, Brecksville OH PD, Brecksville OH PD, Marion County OH SO, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Pickerington OH PD, Mt. Healthy OH PD, Obetz OH PD, Brigham City UT PD, Grove City OH PD, Troy OH PD, Troy OH PD, Wyoming OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Springfield OH PD, Five

Sheet 1

| | | | | |
|---|---|---|---|---|
| | | | | Rivers MetroParks OH PD, Norwalk OH PD, Henry County OH SO, Middletown OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Akron OH PD, Delhi Twp OH PD, Sycamore Township OH, Avon Lake OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Cleveland OH Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, Westlake OH PD, West Milton OH PD, German Township OH PD, Summit County OH SO, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Arcanum OH PD, Fort Loramie OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Tipp City OH PD, Willowick OH PD |
| Moorland Hills OH PD | 0 | 0 | 9/3/2021 | |
| Moreland Hills OH PD | 30 | 6 | 16 | 9/3/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County |

Sheet 1

OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation

Sheet 1

(LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Bellbrook OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Moreland Hills OH PD (Custom Hotlist) | 0 | 0 | 9/3/2021 | | |
| Newburgh Heights OH PD | 30 | 8 | 14 | 5/10/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, |

Sheet 1

Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Winter Park FL PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, USMS (Inactive), Lake County Prosecutor's Office (OH), Tampa FL PD, New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD,

Sheet 1

Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Atlanta GA PD, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Altamonte Springs FL PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Pinellas County FL SO, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD,

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Goshen IN PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Northeast Ohio Regional Fusion Center | 0 | 9 | 8/4/2021 | |
| North Olmsted OH PD | 30 | 15 | 42 | 6/10/2022 | Grandview Heights OH PD, Howland Township OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, SLED - South Carolina Law Enforcement Division, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Grafton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Bentleyville OH PD, Wadsworth OH PD, Fulton |

Sheet 1

County OH SO, Shelby OH PD, Mason OH PD, Independence OH PD, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Medina OH PD, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Conneaut OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Hinckley OH PD, Mentor OH PD, Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Lodi OH PD, Montville Township OH PD, Richland County OH SO, Streetsboro OH PD, Granville OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Franklin OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Marysville OH PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Groveport OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Highland Hills OH PD, Kalamazoo MI PD, Brook Park OH PD, Lakewood OH

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Troy OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Sunbury OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Westerville OH PD, Goshen TWP OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Hamilton Township OH PD, WI Department of Justice, Onondaga County NY SO, Parma OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Brooklyn OH PD, Evendale OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Dept. of Natural Resources OH PD, Willowick OH PD |
| North Royalton OH PD | 30 | 10 | 40 | 12/21/2022 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Sterling Heights MI PD, Franklin Township OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Monroe GA PD, Moraine OH PD, Brunswick OH PD, Orange County FL SO, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Clearwater FL PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, |

Sheet 1

West Carrollton OH PD, Baytown TX PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Butler Village OH PD, Oregon OH PD, Fairfield County OH SO, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Anderson PD IN, Riverside OH PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Kettering OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Swanton OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Trotwood OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Austintown Township OH PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hazel Park MI PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Alcoa TN PD, Collier County FL SO, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Sumner County TN SO, Waite Hill OH PD, Poland Township OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD,

Sheet 1

Peetone IL PD, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Cobb County GA PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Monroe OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Salem OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, North Royalton OH PD, Chardon OH PD, Fayette OH PD, University Circle OH PD, Orange Village OH PD, Miami County OH SO, Marysville OH PD, Summit Metro Parks PD, Jasper County GA SO, Garfield Heights OH PD, Creston OH PD, Sarasota FL PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Jasper County IN SO, Oxford OH PD, Cuyahoga County OH SO, Miamisburg OH PD, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Union Township OH PD, Dougherty County GA PD, Minerva Park OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Titusville FL PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, OH - Prairie Township (Franklin County), Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Bullitt County KY SO, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Denison University Campus OH PD, North College Hill OH PD, Brecksville OH PD, Marion County OH

Sheet 1

| | | | | | SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Mt. Healthy OH PD, Brigham City UT PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Baldwin County GA SO, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Geauga County OH SO, Bloomfield NM PD, Chagrin Falls OH PD, Springfield OH PD, Five Rivers MetroParks OH PD, Norwalk OH PD, Henry County OH SO, Middletown OH PD, Westerville OH PD, Goshen IN PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Kokomo IN PD, North Hampton OH PD, Hilliard OH PD, Avon IN PD, Fairfield OH PD, Parma OH PD, Monroe County GA SO, Cleveland Metro Parks OH PD, Norwood OH PD, Pittsboro IN PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Sycamore Township OH, Avon Lake OH PD, ATF Nashville TN, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Summit County OH SO, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Orange Beach AL PD, Greene County OH SO, Mansfield OH PD, Thornton CO PD, Arcanum OH PD, Fort Loramie OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
|---|---|---|---|---|---|
| Oakwood Village OH PD (Cuyahoga) | 30 | 6 | 19 | 3/28/2022 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, |

Sheet 1

Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Austintown Township OH PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State

Sheet 1

University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Salem OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Summit County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Ohio Bureau of Workers' Compensation (LE) | 30 | 0 | 83 | 8/25/2022 | Altoona IA PD, Rocky River OH PD, Moraine OH PD, Butler Township OH PD, Lucas County OH SO, Houston TX PD, Lyndhurst OH PD, Whitehall OH PD, Harrison OH PD, Indian Hill OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Wadsworth OH PD, Marion OH PD, Holland OH PD, Delaware County OH SO, Mahoning County OH SO, Heath OH PD, West Chester OH PD, Rossford OH PD, Hamilton OH PD, Medina County OH SO, Port Clinton OH PD, Gallia County OH SO, Powell OH PD, Perrysburg OH PD, Amberley Village OH PD, New Lexington OH PD, Preble County OH SO, London OH PD, Hebron OH PD, Licking County OH SO, Middleburg Heights OH PD, Dublin OH PD, Montville Township OH PD, Tuscarawas County OH SO, Wyandot County OH SO, Cuyahoga Falls OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, US Postal Inspection Service, Marysville OH PD, Summit Metro Parks PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, North Ridgeville OH PD, Eastlake OH PD, Twinsburg OH PD, Union Township OH PD, Bath Township OH PD, Vandalia OH PD, Huber Heights OH PD, Bratenahl OH PD, Hamilton County OH SO, Mahoning Valley Law Enforcement TF (OH), Mercer County OH SO, Marion County OH SO, Bellville OH PD, Obetz OH PD, Wyoming OH PD, New Bremen OH PD, Geauga County OH SO, |

Sheet 1

| | | | | |
|---|---|---|---|---|
| | | | | Springfield OH PD, Westerville OH PD, Windham OH PD, Belpre OH PD, Toledo OH PD, Fairfield OH PD, Louisville OH PD, Norwood OH PD, Delhi Twp OH PD, Westlake OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Fairfield Township OH PD, Tipp City OH PD |
| Ohio Drug TF (HIDTA / Moreland Hills OH PD) | | 0 | 8 | 9/3/2021 |
| Olmsted Falls OH PD | 30 | 3 | 19 | 4/19/2023 | Grandview Heights OH PD, Cleveland Heights OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Parma Heights OH PD, Seville OH PD, North Olmsted OH PD, Walton Hills OH PD, Lorain OH PD, Lyndhurst OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Bay Village OH PD, Lebanon OH PD, Fulton County OH SO, New York State Police NY, Sheffield Village OH PD, Lake County OH SO, Olmsted Township OH PD, Heath OH PD, Rossford OH PD, Medina OH PD, Newburgh Heights OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, New London OH PD, Oakwood Village OH PD (Cuyahoga), Alliance OH PD, Mentor OH PD, Cleveland State University OH PD, Berea OH PD, Ohio Bureau of Workers' Compensation (LE), Bryan OH PD, Middleburg Heights OH PD, Willoughby Hills OH PD, Lodi OH PD, Richland County OH SO, Macedonia OH PD, North Royalton OH PD, University Circle OH PD, Vermilion OH PD, Marysville OH PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, North Ridgeville OH PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Jackson Township OH PD (Stark County), Ohio Drug TF (HIDTA / Moreland Hills OH PD), Lakewood OH PD, Bratenahl OH PD, Northeast Ohio Regional Fusion Center, Brecksville OH PD, Bellville OH PD, Troy OH PD, Euclid OH PD, Ottawa County OH SO, Geauga County OH SO, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Avon Lake OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Wellington OH PD, Brooklyn OH PD |

Sheet 1

| Orange Village OH PD | 30 | 9 | 25 | 4/29/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Orange County FL SO, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Clearwater FL PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, New York City NY PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Trotwood OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford PD, West Des Moines IA PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, |

Sheet 1

Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Lawrenceville GA PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Miamisburg OH PD, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green

Sheet 1

Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Avon IN PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Largo FL PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD

Sheet 1

| Parma Heights OH PD | 30 | 11 | 59 | 12/30/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Orange County FL SO, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton |
|---|---|---|---|---|---|

Sheet 1

OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, Sumner County TN SO, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Cobb County GA PD, Kirtland OH PD, Lodi OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Creston OH PD, Sarasota FL PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Groveport OH PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Hardin County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Centerville OH PD, Solon OH PD, Titusville FL PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Highland Hills OH PD, Kalamazoo MI PD, Brook Park OH PD, Lakewood OH PD, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Brecksville OH PD, Marion County OH SO, Ohio Attorney

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | General's Office - OOCIC, Bellville OH PD, Grove City OH PD, Troy OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Bloomfield NM PD, Norwalk OH PD, Westerville OH PD, Goshen TWP OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Parma OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Pepper Pike OH PD | 30 | 10 | 17 | 1/19/2020 | Mayfield Heights OH PD, Cleveland Heights OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Parma Heights OH PD, Seville OH PD, Brunswick OH PD, North Olmsted OH PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Lyndhurst OH PD, Medina Township OH PD, Broadview Heights OH PD, Perry Township OH PD, Cortland OH PD, Bay Village OH PD, Mentor on the Lake OH PD, Independence OH PD, New York State Police NY, Hudson OH PD, Lake County OH SO, Loveland OH PD, West Chester OH PD, West Des Moines IA PD, Richmond Heights OH PD, Medina OH PD, Newburgh Heights OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, Oakwood Village OH PD (Cuyahoga), Barberton OH PD, Moreland Hills OH PD, Warrensville Heights OH PD, Fairlawn OH PD, Hinckley OH PD, Mentor OH PD, Ohio Bureau of Workers' |

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Compensation (LE), Warren County OH SO, Middleburg Heights OH PD, Brooklyn Heights OH PD, Lodi OH PD, East Cleveland OH PD, OH - Chester Township PD, Streetsboro OH PD, South Euclid OH PD, Ohio State University OH PD, Macedonia OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Eastlake OH PD, Twinsburg OH PD, Willoughby OH PD, Solon OH PD, Bedford OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Richfield OH PD, Bratenahl OH PD, Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Geauga County OH SO, Chagrin Falls OH PD, Belpre OH PD, Seven Hills OH PD, Hamilton Township OH PD, WI Department of Justice, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Avon Lake OH PD, Xenia OH PD, Cleveland OH Division of Police, Westlake OH PD, Brooklyn OH PD, Stow OH PD, Mayfield Village OH PD, Middlefield OH PD |
| Richmond Heights OH PD | 30 | 7 | 19 | 5/20/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Brunswick OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Grafton OH PD, Cortland OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Montgomery County OH SO, Lake County |

Sheet 1

Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Medina OH PD, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Warrensville Heights OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Waite Hill OH PD, Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Montville Township OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Granville OH PD, South Euclid OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Groveport OH PD,

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Grove City OH PD, Troy OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Sunbury OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Norwalk OH PD, Westerville OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Hamilton Township OH PD, WI Department of Justice, Onondaga County NY SO, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Brooklyn OH PD, Evendale OH PD, Orange Beach AL PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Rocky River OH PD | 30 | 13 | 38 | 3/7/2023 | Grandview Heights OH PD, Salem Township PA PD, Altoona IA PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Sterling Heights MI PD, Franklin Township OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, |

Sheet 1

Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Portage MI PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Stevens Point WI PD, Blount County Commission (AL), Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, Butler Village OH PD, Vacaville CA PD, Fairfield County OH SO, Mount Vernon IN PD, Montgomery County OH SO, Lebanon OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, York County VA SO, Missouri State Highway Patrol, Marion OH PD, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Canfield OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Olmsted Falls OH PD, Rossford OH PD, Saint Croix Falls WI PD, Austintown Township OH PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Newburgh Heights OH PD, Maple Heights OH PD, Hazel Park MI PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, Venice FL PD, New London OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Conneaut OH PD, Gallia County OH SO, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Troy MI PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Mentor OH PD, New Lexington OH PD, Tulsa County OK SO, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg

Sheet 1

Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, East Cleveland OH PD, Richland County OH SO, Ferndale MI PD, OH - Chester Township PD, Tuscarawas County OH SO, Granville OH PD, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Delphos OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, University Circle OH PD, Vermilion OH PD, Marysville OH PD, Tarpon Springs FL PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Richmond KY PD, Chesterfield County VA PD, New Castle PA PD, Cuyahoga County OH SO, Hardin County OH SO, De Pere WI PD, Eastlake OH PD, Adrian MI PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Marion IN PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Fairborn OH PD, AZ - Department of Public Safety, Hubbard OH PD, Metro Police Authority of Genesee County MI, Vandalia OH PD, Woodmere OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Denison University Campus OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Grant County IN SO, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Overland Park KS PD, New Bremen OH PD, Houston Arson Bureau TX, Highland Heights KY PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Sauk Prairie WI PD, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PD, Springfield OH PD, Five Rivers MetroParks OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Avon IN PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wellington OH PD, Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Arcanum OH PD, Richmond VA PD, Fort Loramie OH PD, Blendon Township OH PD, Fairfield Township OH PD, Bellefontaine OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD |
| Seven Hills OH PD | 30 | 0 | 14 | 10/25/2023 | Twinsburg OH PD |
| Shaker Heights OH PD | 30 | 7 | 60 | 3/30/2022 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Butler Township OH PD, North Olmsted OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Butler Village OH PD, Oregon OH PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, |

Sheet 1

Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Anderson PD IN, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, 18th Judicial District DA's Office- LA PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg Heights OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Granville OH PD, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD,

Sheet 1

Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Chagrin Valley Dispatch, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Brigham City UT PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Sunbury OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH

Sheet 1

| | | | | | PD, Mayfield Village OH PD, Bellefontaine OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
|---|---|---|---|---|---|
| South Euclid OH PD | 30 | 15 | 38 | 7/28/2023 | Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Parma Heights OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Whitehall OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Montgomery County OH SO, Mentor on the Lake OH PD, Wadsworth OH PD, Liberty Township OH PD, Marion OH PD, Independence OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Canfield OH PD, Mahoning County OH SO, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, North Canton OH PD, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Moreland Hills OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Amberley Village OH PD, Mentor OH PD, New Lexington OH PD, Cleveland State University OH PD, Preble County OH SO, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Dublin OH PD, Montville Township OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, |

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Fairview Park OH PD, Niles OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Eastlake OH PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Solon OH PD, Bedford OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Lakewood OH PD, Ashland County OH SO, Chagrin Valley Dispatch, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Wyoming OH PD, Cuyahoga Heights OH PD, Euclid OH PD, New Bremen OH PD, Geauga County OH SO, Strongsville OH PD, Springfield OH PD, Westerville OH PD, Windham OH PD, Belpre OH PD, Toledo OH PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Norwood OH PD, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Cleveland OH Division of Police, Westlake OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Tipp City OH PD, Willowick OH PD |
| South Russell OH PD | 30 | 12 | 15 | 4/7/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Franklin Township OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, |

Sheet 1

Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS),
Greenhills OH Police Department, Grafton OH PD, Cortland OH PD,
West Carrollton OH PD, Bay Village OH PD, Copley Township OH
PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon
OH PD, Fairfield County OH SO, Montgomery County OH SO, Lake
County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH
PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD,
Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD,
Fulton County OH SO, Shelby OH PD, Mason OH PD, Marion OH PD,
Independence OH PD, Lake MetroParks OH Rangers, Sheffield Village
OH PD, Union OH PD, Kettering OH PD, Holland OH PD, Hudson OH
PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD,
Canfield OH PD, University of Akron OH PD, Swanton OH PD,
Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning
County OH SO, Campbell OH PD, Trotwood OH PD, Heath OH PD,
West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford
OH PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD,
Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights
OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD
(CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce
Township OH PD, Medina County OH SO, New London OH PD,
Pataskala OH PD, North Canton OH PD, Oakwood Village OH PD
(Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH
PD, Moreland Hills OH PD, Conneaut OH PD, Warrensville Heights
OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton
OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD,
Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, Waite
Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH
PD, Cleveland State University OH PD, Case Western Reserve
University OH PD, Preble County OH SO, Berea OH PD, London OH
PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers'
Compensation (LE), Licking County OH SO, Golf Manor OH PD,
Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD,
Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD,
Lodi OH PD, Montville Township OH PD, Jackson Center OH PD, East
Cleveland OH PD, Richland County OH SO, OH - Chester Township

Sheet 1

PD, Streetsboro OH PD, Miami Township OH PD (Clermont), Monroe OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Salem OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Groveport OH PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Miamisburg OH PD, Hardin County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Minerva Park OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, OH - Prairie Township (Franklin County), Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Ohio Township PA PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Denison University Campus OH PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Mt. Healthy OH PD, Grove City OH PD, Troy OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD,

Sheet 1

| | | | | | Five Rivers MetroParks OH PD, Norwalk OH PD, Middletown OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, WI Department of Justice, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Cohoes NY PD, Greene County OH SO, Mansfield OH PD, Arcanum OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
|---|---|---|---|---|---|
| Strongsville OH PD | 30 | 1 | 2 | 1/18/2024 | Twinsburg OH PD |
| University Circle OH PD | | 0 | 19 | 9/24/2021 | |
| Warrensville Heights OH PD | 30 | 23 | 30 | 1/1/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Maumee OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West |

Sheet 1

Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Mason OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Franklin OH PD, Butler County OH SO,

Sheet 1

Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Groveport OH PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Hardin County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Highland Hills OH PD, Brook Park OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Brecksville OH PD, Marion County OH SO, Bellville OH PD, Grove City OH PD, Troy OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Norwalk OH PD, Westerville OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Parma OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD,

Sheet 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Westlake OH PD | 30 | 24 | 68 | 12/28/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Portage MI PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH |

Sheet 1

PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland

Sheet 1

Hills OH PD), Hubbard OH PD, Vandalia OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD

Sheet 2

| Name | Retention Period (Days) | Number Cameras Owned | Number Accounts | Contracted Date | Sharing With |
|------|------------------------|---------------------|-----------------|-----------------|--------------|
| Amherst OH PD | 30 | 12 | 35 | 9/30/2022 | Grandview Heights OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Brimfield Township OH PD, Montgomery County OH SO, Napoleon OH PD, Lebanon OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Marion OH PD, Independence OH PD, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Canfield OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Madeira OH PD, Medina OH PD, Newburgh Heights OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Medina County OH SO, New London OH PD, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Conneaut OH PD, Gallia County OH SO, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, New Lexington OH PD, Cleveland State University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Lodi OH PD, Dublin OH PD, Montville |

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Township OH PD, Richland County OH SO, Tuscarawas County OH SO, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Vermilion OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Fairview Park OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Eastlake OH PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Solon OH PD, Bedford OH PD, Lima OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Troy OH PD, Wyoming OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Oberlin OH PD, Canton OH PD, New Bremen OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Toledo OH PD, Hilliard OH PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Cleveland OH Division of Police, Gahanna OH PD, Columbus OH PD, Wellington OH PD, Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Mansfield OH PD, Arcanum OH PD, Blendon Township OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD |
| Avon Lake OH PD | 30 | 11 | 44 | 7/27/2021 | Lucas County OH SO, Lorain OH PD, Highland Heights OH PD, Lyndhurst OH PD, Indian Hill OH PD, Montgomery County OH SO, Wadsworth OH PD, Delaware County OH SO, West Chester OH PD, |

Sheet 2

Rossford OH PD, Richmond Heights OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Preble County OH SO, Montville Township OH PD, Tuscarawas County OH SO, Wyandot County OH SO, Cuyahoga Falls OH PD, Butler County OH SO, US Postal Inspection Service, Fairview Park OH PD, Kent OH PD, Sidney OH PD, North Ridgeville OH PD, Union Township OH PD, Huber Heights OH PD, Hamilton County OH SO, Strongsville OH PD, Windham OH PD, Toledo OH PD, Norwood OH PD, Delhi Twp OH PD, Westlake OH PD, German Township OH PD, Blue Ash OH PD, Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS,

Sheet 2

Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, Streetsboro OH PD, Tuscarawas County OH SO, Granville OH PD, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD |
| Bainbridge Township OH PD | 30 | 2 | 24 | 4/21/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Marysville MI PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug |

Sheet 2

Taskforce - OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights

Sheet 2

OH PD, Willoughby Hills OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Hermitage PA PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD,

Sheet 2

|  |  |  |  |  | Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, ATF Nashville TN, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
|---|---|---|---|---|---|
| Brunswick OH PD | 30 | 10 | 41 | 9/20/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Franklin Township OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, |

Sheet 2

Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Galion OH PD, Cleveland OH Metropolitan Schools Dept. of Safety and Security, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, Westfield IN PD, Louisville Metro KY PD, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Wyandot County OH SO,

Sheet 2

Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Brigham City UT PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Summit County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Chagrin Falls OH PD | 30 | 0 | 4 | 2/1/2021 | |
| Chardon OH PD | 30 | 0 | 24 | 2/8/2022 | |
| Creston OH PD | 30 | 0 | 3 | 5/6/2022 | |
| Eastlake OH PD | 30 | 11 | 40 | 1/16/2020 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Franklin Township OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Monroe GA PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Butler Village OH PD, Oregon OH PD, Fairfield County OH SO, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lexington OH PD, Mentor on the Lake OH |

Sheet 2

PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH
PD, Fulton County OH SO, BNSF IL PD, Shelby OH PD, Riverside OH
PD, Lawrence IN PD, New York City NY PD, Mason OH PD, Marion
OH PD, Independence OH PD, Lake MetroParks OH Rangers, Mobile
AL PD, New York State Police NY, Union OH PD, Kettering OH PD,
Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake
County OH SO, Trenton OH PD, Canfield OH PD, University of Akron
OH PD, Swanton OH PD, Newark OH PD, Loveland OH PD, Portage
County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted
Township OH PD, Trotwood OH PD, Heath OH PD, West Chester OH
PD, Ontario OH PD, Rossford OH PD, Austintown Township OH PD,
Richmond Heights OH PD, Madeira OH PD, Galion OH PD, Medina
OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple
Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority
OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD,
Pierce Township OH PD, Medina County OH SO, Pataskala OH PD,
North Canton OH PD, Cuyahoga Emergency Communications Systems
OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton
OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH
PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH
PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH
PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Bazetta
Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington
OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist),
Lordstown OH PD, Cleveland State University OH PD, Preble County
OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick
Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking
County OH SO, Golf Manor OH PD, Warren County OH SO, Bryan
OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD,
Willoughby Hills OH PD, Evansville IN PD, Kirtland OH PD, Lodi OH
PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH
PD, East Cleveland OH PD, Richland County OH SO, OH - Chester
Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Miami
Township OH PD (Clermont), Monroe OH PD, Granville OH PD,
South Euclid OH PD, Madison Township OH PD, Wyandot County OH
SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit,

Sheet 2

New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Salem OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Miamisburg OH PD, Hardin County OH SO, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Union Township OH PD, Minerva Park OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, OH - Prairie Township (Franklin County), Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Bullitt County KY SO, Richfield OH PD, Ohio Township PA PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Denison University Campus OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Mt. Healthy OH PD, Obetz OH PD, Grove City OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Five Rivers MetroParks OH PD, Norwalk OH PD,

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Henry County OH SO, Middletown OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Monroe County GA SO, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Lawrence County IN SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wichita KS PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Orange Beach AL PD, Greene County OH SO, Mansfield OH PD, Arcanum OH PD, Fort Loramie OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Tipp City OH PD, Willowick OH PD |
| Hunting Valley OH PD | 30 | 27 | 15 | 10/12/2020 | Grandview Heights OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Brunswick OH PD, North Olmsted OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, Highland Heights OH PD, Lyndhurst OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Independence OH PD, New York State Police |

Sheet 2

NY, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Medina OH PD, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, Louisville Metro KY PD, New London OH PD, North Canton OH PD, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Moreland Hills OH PD, Conneaut OH PD, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Hinckley OH PD, Mentor OH PD, Lordstown OH PD, Cleveland State University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Lodi OH PD, Montville Township OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Ohio State University OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Groveport OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Woodmere OH PD, Highland Hills OH PD, Lakewood OH PD, Gates Mills Village OH PD,

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Chagrin Valley Dispatch, Northfield OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Troy OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Westerville OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Hamilton Township OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Brooklyn OH PD, Evendale OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Dept. of Natural Resources OH PD, Willowick OH PD |
| Kirtland OH PD | 30 | 0 | 12 | 5/20/2021 | |
| Lake County OH SO | 30 | 5 | 87 | 11/15/2022 | Mayfield Heights OH PD, Cleveland Heights OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Parma Heights OH PD, Brunswick OH PD, North Olmsted OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Lyndhurst OH PD, Broadview Heights OH PD, Cortland OH PD, Bay Village OH PD, Mentor on the Lake OH PD, Lawrence IN PD, Lake MetroParks OH Rangers, West Chester OH PD, Richmond Heights OH PD, Medina OH PD, Newburgh Heights OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Oakwood Village OH PD (Cuyahoga), Barberton OH PD, Moreland Hills OH PD, Warrensville Heights OH PD, Fairlawn OH PD, Hinckley OH PD, Mentor OH PD, London OH |

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PD, Ohio Bureau of Workers' Compensation (LE), Champaign County IL SO, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, East Cleveland OH PD, OH - Chester Township PD, Streetsboro OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, Ohio State University OH PD, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Niles OH PD, North Ridgeville OH PD, Eastlake OH PD, Twinsburg OH PD, Willoughby OH PD, Solon OH PD, Bedford OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Brook Park OH PD, Lakewood OH PD, Chagrin Valley Dispatch, Northfield OH PD, Bratenahl OH PD, Northeast Ohio Regional Fusion Center, Brecksville OH PD, Cuyahoga Heights OH PD, Euclid OH PD, South Bend IN PD, Geauga County OH SO, Chagrin Falls OH PD, Seven Hills OH PD, Parma OH PD, Akron OH PD, Avon Lake OH PD, Cleveland OH Division of Police, Westlake OH PD, Brooklyn OH PD, Mansfield OH PD, Stow OH PD, Mayfield Village OH PD, Willowick OH PD |
| Lakeland Community College OH PD | 30 | 0 | 11 | 6/15/2023 | |
| Lake MetroParks OH Rangers | 30 | 0 | 13 | 3/22/2021 | |
| Lodi OH PD | 30 | 6 | 8 | 8/25/2022 | Grandview Heights OH PD, Altoona IA PD, Madison TWP (Franklin CO) OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Seville OH PD, Brunswick OH PD, North Olmsted OH PD, Walton Hills OH PD, Lucas County OH SO, Buffalo County WI SO, Lorain OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Grafton OH PD, West Carrollton OH PD, Bay Village OH PD, Montgomery County OH SO, Lebanon OH PD, Wadsworth OH PD, Fulton County OH SO, Marion OH PD, Sheffield Village OH PD, Kettering OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Portage |

Sheet 2

County OH SO, Mahoning County OH SO, West Chester OH PD,
Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Kalamazoo
County MI SO, Medina OH PD, Newburgh Heights OH PD, Maple
Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA),
Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH
PD, Medina County OH SO, New London OH PD, Oakwood Village
OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Conneaut
OH PD, Gallia County OH SO, Amherst OH PD, 18th Judicial District
DA's Office- LA PD, Perrysburg OH PD, Fairlawn OH PD, Amberley
Village OH PD, Alliance OH PD, Hinckley OH PD, Mentor OH PD,
New Lexington OH PD, Cleveland State University OH PD, London
OH PD, Hebron OH PD, Brunswick Hills OH PD, Bryan OH PD,
Middleburg Heights OH PD, Willoughby Hills OH PD, Dublin OH PD,
Montville Township OH PD, East Cleveland OH PD, Richland County
OH SO, South Euclid OH PD, Cuyahoga Falls OH PD, Worthington
OH PD, Macedonia OH PD, Springdale OH PD, US Postal Inspection
Service, North Royalton OH PD, University Circle OH PD, Vermilion
OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro
Parks PD, Garfield Heights OH PD, Creston OH PD, Niles OH PD,
Groveport OH PD, Sidney OH PD, Union City OH PD, North
Ridgeville OH PD, Eastlake OH PD, Twinsburg OH PD, Willoughby
OH PD, Bath Township OH PD, Solon OH PD, Bedford OH PD,
Jackson Township OH PD (Stark County), Ohio Drug TF (HIDTA /
Moreland Hills OH PD), Vandalia OH PD, Kalamazoo MI PD, Brook
Park OH PD, Lakewood OH PD, Richfield OH PD, Henry County IN
SO, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO,
Northeast Ohio Regional Fusion Center, Mercer County OH SO,
Brecksville OH PD, Marion County OH SO, Bellville OH PD, Brigham
City UT PD, Troy OH PD, Wyoming OH PD, Euclid OH PD, Oberlin
OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Springfield
OH PD, Westerville OH PD, Springfield Township OH (Hamilton Co)
PD, Toledo OH PD, Onondaga County NY SO, Fairfield OH PD,
Norwood OH PD, Akron OH PD, Delhi Twp OH PD, Avon Lake OH
PD, Xenia OH PD, Cleveland OH Division of Police, Muskingum
County OH SO, Columbus OH PD, Wellington OH PD, Westlake OH
PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD,

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Brooklyn OH PD, Evendale OH PD, Mansfield OH PD, Blendon Township OH PD, Fairfield Township OH PD, Tipp City OH PD |
| Lorain OH PD | 30 | 40 | 110 | 2/27/2023 | Grandview Heights OH PD, Howland Township OH PD, Altoona IA PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Moraine OH PD, Butler Township OH PD, North Olmsted OH PD, Portage MI PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Elkhart County IN SO, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Montgomery County OH SO, Lebanon OH PD, Wadsworth OH PD, Fulton County OH SO, Marion OH PD, Independence OH PD, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Portage County OH SO, Mahoning County OH SO, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Medina OH PD, Newburgh Heights OH PD, Maple Heights OH PD, Hamilton OH PD, Wickliffe OH PD, Medina County OH SO, New London OH PD, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Conneaut OH PD, Gallia County OH SO, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Amberley Village OH PD, Alliance OH PD, Mentor OH PD, New Lexington OH PD, Cleveland State University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Bryan OH PD, Middleburg Heights OH PD, Willoughby Hills OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Richland County OH SO, Tuscarawas County OH SO, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, US Postal Inspection Service, North Royalton OH PD, University Circle OH PD, Vermilion OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, |

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Fairview Park OH PD, Niles OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Cuyahoga County OH SO, Eastlake OH PD, Adrian MI PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Vandalia OH PD, Brook Park OH PD, Lakewood OH PD, Huber Heights OH PD, Richfield OH PD, Henry County IN SO, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Troy OH PD, Wyoming OH PD, Cuyahoga Heights OH PD, Grant County IN SO, Euclid OH PD, Oberlin OH PD, New Bremen OH PD, Wabash County IN SO, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Springfield OH PD, Westerville OH PD, Windham OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Toledo OH PD, Fairfield OH PD, Norwood OH PD, Akron PD, Delhi Twp OH PD, Avon Lake OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Wabash IN PD, Mansfield OH PD, Blendon Township OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD |
| Madison Township OH PD | 30 | 0 | 15 | 3/23/2021 | |
| Madison Village OH PD | 30 | 0 | 1 | 2/26/2024 | |
| Medina County OH SO | 30 | 6 | 68 | 11/30/2021 | Grandview Heights OH PD, Salem Township PA PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Sterling Heights MI PD, Franklin Township OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH |

Sheet 2

SO, Parma Heights OH PD, Woodville OH PD, Cleveland Clinic OH PD, Struthers PD OH, Seville OH PD, Moraine OH PD, Brunswick PD, Cumberland Metro IN PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Coral Springs FL PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Scarborough ME PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, Paulding County OH SO, Jefferson County MO SO, University of Toledo OH PD, Butler Village OH PD, Nash County NC SO, Oregon OH PD, Vacaville CA PD, Fairfield County OH SO, St. Francois County MO SO, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, St. Clairsville OH PD, Oklahoma State Bureau of Investigations, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Riverside OH PD, Clayton County GA PD, Rochester IL PD, York County VA SO, Mason OH PD, Branson MO PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Kettering OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Carmel IN PD, Lake County OH SO, Trenton OH PD, Canfield OH PD, Avon CO PD, University of Akron OH PD, Swanton OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Pickaway County OH SO, Austintown Township OH PD, Richmond Heights OH PD, Madeira OH PD, Galion OH PD, Cleveland OH Metropolitan Schools Dept. of

Sheet 2

Safety and Security, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Promedica OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Fort Worth TX PD, Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Fulton County GA SO, Warrensville Heights OH PD, Elizabethtown KY PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Trumbull County OH 911 Center, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Villa Rica GA PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Poland Township OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Prescott AZ PD, Cleveland State University OH PD, Jasper AL PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Chesterton IN PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Bellbrook OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Sturthers OH PD, Monroe OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Scottsdale AZ PD, South Central OH Major Crimes Unit, Worthington OH PD, Wichita Falls TX PD, Elmore OH PD, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Salem OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Miami County OH

Sheet 2

SO, Marysville OH PD, Springfield MO PD, Tarpon Springs FL PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Sarasota FL PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Bowling Green OH PD, Ottawa Hills OH PD, Union City OH PD, North Ridgeville OH PD, Richmond KY PD, Oxford OH PD, Chesterfield County VA PD, New Castle PA PD, Cuyahoga County OH SO, Miamisburg OH PD, Hardin County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Minerva Park OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Anna TX PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Fremont OH PD, Lima OH PD, Radcliff KY PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, AZ - Department of Public Safety, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Metro Police Authority of Genesee County MI, Vandalia OH PD, Woodmere OH PD, Garden City MI PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Niagara Frontier Transit Authority (NFTA) PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Ottawa IL PD, Coffeyville KS PD, Hunting Valley OH PD, Denison University Campus OH PD, North College Hill OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Pickerington OH PD, Mt. Healthy OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Grant County IN SO, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Suffolk County NY SO, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, Rock County WI SO, Westfield Center OH PD, Holyoke MA PD, Highland Heights KY PD, Buckeye Lake OH PD,

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | South Bend IN PD, Ottawa County OH SO, Sauk Prairie WI PD, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Five Rivers MetroParks OH PD, Norwalk OH PD, Henry County OH SO, Middletown OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Avon IN PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Pittsboro IN PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Sycamore Township OH, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Murfreesboro TN PD, Westlake OH PD, West Milton OH PD, German Township OH PD, Summit County OH SO, Scioto County OH SO, Blue Ash OH PD, Waukesha WI PD, Brooklyn OH PD, Evendale OH PD, O'Fallon MO PD, Greene County OH SO, Mansfield OH PD, Thornton CO PD, Arcanum OH PD, Richmond VA PD, Fort Loramie OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Medina OH PD | 30 | 10 | 49 | 2/28/2023 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Sterling Heights MI PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH |

Sheet 2

PD, Clearwater FL PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Anderson PD IN, Lawrence IN PD, Mason OH PD, Marion OH PD, Independence OH PD, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Madeira OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, Louisville Metro KY PD, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Collier County FL SO, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, New Lexington OH PD, Sumner County TN SO, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brookhaven

Sheet 2

GA PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Cobb County GA PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, Streetsboro OH PD, Tuscarawas County OH SO, Granville OH PD, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, FBI, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Sarasota FL PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Titusville FL PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Kalamazoo MI PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Huber Heights OH PD, Richfield OH PD, Henry County IN SO, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Denison University Campus OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Baldwin County GA SO, Cuyahoga Heights OH PD,

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, New Bremen OH PD, Matteson IL PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Bloomfield NM PD, Chagrin Falls OH PD, Springfield OH PD, Five Rivers MetroParks OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Kokomo IN PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Pittsboro IN PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, ATF Nashville TN, Delaware State Police, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Thornton CO PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Mentor OH PD | 30 | 29 | 94 | 12/23/2020 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH |

Sheet 2

PD, Broadview Heights OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Mason OH PD, Independence OH PD, Lake MetroParks OH Rangers, Sheffield Village OH PD, Union OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Miami Township OH PD (Clermont),

Sheet 2

Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Groveport OH PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Bellville OH PD, Grove City OH PD, Troy OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Norwalk OH PD, Westerville OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Mentor on the Lake OH PD | 30 | 3 | 25 | 9/4/2020 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Franklin Township OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Kettering OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County |

Sheet 2

OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Acworth GA PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, Louisville Metro KY PD, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Miami Township OH PD (Clermont), Monroe OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Groveport OH PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Sarasota

Sheet 2

County FL SO, Miamisburg OH PD, Hardin County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Zionsville IN PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Grove City OH PD, Troy OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Five Rivers MetroParks OH PD, Norwalk OH PD, Westerville OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Middlefield OH PD | 30 | 1 | 8 | 3/31/2022 | Grandview Heights OH PD, Howland Township OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, North Olmsted OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Grafton OH PD, Cortland OH PD, Bay Village OH PD, Copley Township OH PD, University of Toledo OH PD, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lexington OH PD, Wadsworth OH PD, Fulton County OH SO, Shelby OH PD, Independence OH PD, New York State Police NY, Sheffield Village OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Medina OH PD, Norton OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Hinckley OH PD, Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Licking County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Montville Township OH PD, Richland County OH SO, Streetsboro OH PD, Cuyahoga Falls OH PD, Hermitage PA PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, Union City OH PD, North Ridgeville OH PD, |

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Oxford OH PD, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Jackson Township OH PD (Stark County), Lima PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Highland Hills OH PD, Brook Park OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Troy OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Sunbury OH PD, Highland Heights KY PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Goshen TWP OH PD, Springfield Township OH (Hamilton Co) PD, WI Department of Justice, Onondaga County NY SO, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Brooklyn OH PD, Evendale OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Dept. of Natural Resources OH PD, Willowick OH PD |
| Montville Township OH PD | 30 | 3 | 17 | 10/12/2023 | Cleveland Heights OH PD, Rocky River OH PD, Ohio State Highway Patrol, Seville OH PD, Lucas County OH SO, Lorain OH PD, Perkins Township OH PD, Lyndhurst OH PD, Harrison OH PD, Indian Hill OH PD, Mount Vernon OH PD, Montgomery County OH SO, Wadsworth OH PD, Delaware County OH SO, Heath OH PD, West Chester OH PD, Rossford OH PD, Medina OH PD, Hamilton OH PD, Bainbridge Township OH PD, Medina County OH SO, Port Clinton OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Amberley Village OH PD, Preble County OH SO, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Middleburg Heights OH PD, Lodi OH PD, Tuscarawas County OH SO, South Euclid OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Butler County OH SO, Macedonia OH PD, US Postal Inspection Service, Marysville OH PD, Summit Metro Parks PD, Kent OH PD, Chesapeake VA PD, |

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Sidney OH PD, North Ridgeville OH PD, Twinsburg OH PD, Union Township OH PD, Bath Township OH PD, Ashland County OH SO, Huber Heights OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Northeast Ohio Regional Fusion Center, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Wyoming OH PD, New Bremen OH PD, Geauga County OH SO, Springfield OH PD, Windham OH PD, Belpre OH PD, Toledo OH PD, Fairfield OH PD, Norwood OH PD, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Westlake OH PD, German Township OH PD, Blue Ash OH PD |
| Moreland Hills OH PD | 30 | 6 | 16 | 6/3/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH |

Sheet 2

PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Madeira OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Bellbrook OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent

Sheet 2

OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD,

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| North Ridgeville OH PD | 30 | 22 | 48 | 10/26/2021 | Shelby County TN SO, Grandview Heights OH PD, Salem Township PA PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Sterling Heights MI PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Portage MI PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Kent County MI SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Coral Springs FL PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Scarborough ME PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Stevens Point WI PD, Blount County Commission (AL), Mount Vernon OH PD, Baytown TX PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Nash County NC SO, Oregon OH PD, Vacaville CA PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Anderson PD IN, Lawrence IN PD, Clayton County GA PD, Rochester IL PD, Floyd County IN SO, New York City NY PD, York County VA SO, Mason OH PD, Branson MO PD, Missouri State Highway Patrol, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, San Bernardino CA PD, New York State Police NY, Sheffield Village OH PD, Union OH PD, |

Sheet 2

Holland OH PD, Hudson OH PD, Delaware County OH SO, Carmel IN PD, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Trotwood OH PD, Heath OH PD, NESPIN - New England State Police, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Saint Croix Falls WI PD, Charlotte Mecklenburg NC PD, Richmond Heights OH PD, Madeira OH PD, Galion OH PD, Medina OH PD, Buncombe County NC SO, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hazel Park MI PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, Venice FL PD, New London OH PD, Pataskala OH PD, North Canton OH PD, Collier County FL SO, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Fulton County GA SO, Warrensville Heights OH PD, Elizabethtown KY PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Troy MI PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Plymouth MI PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Sumner County TN SO, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Prescott AZ PD, Tulsa County OK SO, Cleveland State University OH PD, Jasper AL PD, Case Western Reserve University OH PD, Oxford MS PD, Preble County OH SO, Berea OH PD, Perrysburg Twp OH PD, New Orleans LA PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Chesterton IN PD, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Cobb County GA PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, Streetsboro OH PD, Tuscarawas County OH SO, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, Scottsdale AZ PD,

Sheet 2

South Central OH Major Crimes Unit, Wichita Falls TX PD, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Franklin Township PA PD, Marysville OH PD, Tarpon Springs FL PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Sarasota FL PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Indiana State Police IN PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Milford MI PD, Union City OH PD, North Ridgeville OH PD, Calhoun County AL SO, Richmond KY PD, Oxford OH PD, Chesterfield County VA PD, New Castle PA PD, Chicago IL PD, Cuyahoga County OH SO, Hardin County OH SO, De Pere WI PD, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Marion IN PD, Willoughby OH PD, Fishers IN PD, Bath Township OH PD, Genoa Township OH PD, Anna TX PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Titusville FL PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Radcliff KY PD, Englewood OH PD, Miami County Park District OH Rangers, AZ - Department of Public Safety, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Metro Police Authority of Genesee County MI, Vandalia OH PD, Garden City MI PD, Highland Hills OH PD, Kalamazoo MI PD, Brook Park OH PD, Lakewood OH PD, Niagara Frontier Transit Authority (NFTA) PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Huber Heights OH PD, Bullitt County KY SO, Richfield OH PD, Henry County IN SO, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Ottawa IL PD, Coffeyville KS PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Heights OH PD, Grant County IN SO, Euclid OH PD, Clinton Township OH PD, Escambia County FL SO, Oberlin OH PD, Canton OH PD, Overland Park KS PD, Suffolk County NY SO, Sunbury OH PD, New Bremen OH PD, Houston Arson Bureau TX, Westfield Center OH PD, Wabash County IN SO, Highland Heights KY PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Sauk Prairie WI PD, Geauga County OH SO, Strongsville OH PD, Chagrin Falls OH PD, Odessa TX PD, Springfield OH PD, Norwalk OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Kokomo IN PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Avon IN PD, Fairfield OH PD, Parma OH PD, Louisville OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Pittsboro IN PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, Woodstock GA PD, Fulton County GA PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Wabash IN PD, Greene County OH SO, Mansfield OH PD, Gary IN PD, Thornton CO PD, Richmond VA PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| OH - Chester Township PD | 30 | 0 | 11 | 4/6/2021 | |
| Seville OH PD | 30 | 6 | 7 | 1/13/2022 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Franklin Township OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community |

Sheet 2

College OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Butler Village OH PD, Oregon OH PD, Fairfield County OH SO, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Riverside OH PD, Lawrence IN PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, Sheffield Village OH PD, Union OH PD, Kettering OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Swanton OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Trotwood OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Austintown Township OH PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Ashland KY

Sheet 2

PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Miami Township OH PD (Clermont), Monroe OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Salem OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, FBI, University Circle OH PD, Orange Village OH PD, Miami County OH SO, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Miamisburg OH PD, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Union Township OH PD, Minerva Park OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, OH - Prairie Township (Franklin County), Brook Park OH PD, Lakewood OH PD, Ashland

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | County OH SO, Gates Mills Village OH PD, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Henry County IN SO, Ohio Township PA PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Denison University Campus OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Mt. Healthy OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Five Rivers MetroParks OH PD, Norwalk OH PD, Henry County OH SO, Middletown OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Sycamore Township OH, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Scioto County OH SO, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Arcanum OH PD, Fort Loramie OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Sheffield Village OH PD | 30 | 8 | 23 | 3/28/2023 | Altoona IA PD, Rocky River OH PD, Aurora OH PD, Parma Heights OH PD, Seville OH PD, Moraine OH PD, Butler Township OH PD, |

Sheet 2

Portage MI PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Whitehall OH PD, Harrison OH PD, Indian Hill OH PD, West Carrollton OH PD, Bay Village OH PD, Montgomery County OH SO, Shelby OH PD, Marion OH PD, New York State Police NY, Holland OH PD, Delaware County OH SO, Lake County OH SO, Mahoning County OH SO, Heath OH PD, West Chester OH PD, Rossford OH PD, Medina OH PD, Newburgh Heights OH PD, Hamilton OH PD, Bainbridge Township OH PD, Medina County OH SO, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Gallia County OH SO, Amherst OH PD, Perrysburg OH PD, Amberley Village OH PD, Hinckley OH PD, New Lexington OH PD, Cleveland State University OH PD, Preble County OH SO, London OH PD, Hebron OH PD, Ohio Bureau of Workers' Compensation (LE), Middleburg Heights OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Streetsboro OH PD, South Euclid OH PD, Cuyahoga Falls OH PD, Springdale OH PD, US Postal Inspection Service, North Royalton OH PD, University Circle OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Fairview Park OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, North Ridgeville OH PD, Eastlake OH PD, Adrian MI PD, Twinsburg OH PD, Union Township OH PD, Willoughby OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Vandalia OH PD, Lakewood OH PD, Richfield OH PD, Henry County IN SO, Bratenahl OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Wyoming OH PD, Cuyahoga Heights OH PD, Grant County IN SO, New Bremen OH PD, Wabash County IN SO, Geauga County OH SO, Springfield OH PD, Westerville OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Toledo OH PD, Fairfield OH PD, Norwood OH PD, Akron OH PD, Delhi Twp OH PD, Cleveland OH Division of Police, Westlake OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Wabash IN PD, Fairfield Township OH PD, Tipp City OH PD

Sheet 2

| Wadsworth OH PD | 30 | 12 | 38 | 3/30/2023 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, Franklin Township OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Tallmadge OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Mount Vernon OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Butler Village OH PD, Oregon OH PD, Fairfield County OH SO, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, St. Clairsville OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Riverside OH PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Union OH PD, Kettering OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Swanton OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted Township OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, Austintown Township OH PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro |
|---|---|---|---|---|---|

Sheet 2

Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Poland Township OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Tuscarawas County OH SO, Monroe OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Salem OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, Fayette OH PD, University Circle OH PD, Vermilion OH PD, Orange Village OH PD, Miami County OH SO, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Miamisburg OH PD, Hardin County OH SO, Eastlake OH PD, Adrian MI PD, Lancaster OH PD,

Sheet 2

Twinsburg OH PD, Union Township OH PD, Minerva Park OH PD, Willoughby OH PD, Bath Township OH PD, Genoa Township OH PD, Upper Arlington OH PD, Centerville OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Fairborn OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Ashland County OH SO, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Denison University Campus OH PD, North College Hill OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Mt. Healthy OH PD, Obetz OH PD, Grove City OH PD, Troy OH PD, Wyoming OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Madison Village OH PD, New Bremen OH PD, Westfield Center OH PD, Buckeye Lake OH PD, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Five Rivers MetroParks OH PD, Norwalk OH PD, Henry County OH SO, Middletown OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, North Hampton OH PD, Hilliard OH PD, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Sycamore Township OH, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Fairfax OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Great Parks of Hamilton County OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Summit County OH SO, Scioto County OH SO,

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Greene County OH SO, Mansfield OH PD, Arcanum OH PD, Fort Loramie OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Miami Township OH PD (Dayton), Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Waite Hill OH PD | 30 | 0 | 6 | 5/25/2021 | |
| Westfield Center OH PD | 30 | 0 | 2 | 7/21/2022 | |
| Wickliffe OH PD | 30 | 4 | 45 | 3/30/2022 | Grandview Heights OH PD, Howland Township OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Montgomery County OH SO, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Mason OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, Newark OH PD, Loveland OH PD, Portage County |

Sheet 2

OH SO, Mahoning County OH SO, Campbell OH PD, Olmsted
Township OH PD, Heath OH PD, West Chester OH PD, Ontario OH
PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD,
Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh
Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH
PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge
Township OH PD, Pierce Township OH PD, Medina County OH SO,
New London OH PD, North Canton OH PD, Cuyahoga Emergency
Communications Systems OH (CECOMS), Oakwood Village OH PD
(Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills
OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights
OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn
OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD,
Alliance OH PD, Hinckley OH PD, Mentor OH PD, New Lexington
OH PD, Waite Hill OH PD, Moreland Hills OH PD (Custom Hotlist),
Lordstown OH PD, Cleveland State University OH PD, Case Western
Reserve University OH PD, Preble County OH SO, Berea OH PD,
London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau
of Workers' Compensation (LE), Licking County OH SO, Warren
County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn
Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Dublin OH
PD, Montville Township OH PD, East Cleveland OH PD, Richland
County OH SO, OH - Chester Township PD, Streetsboro OH PD,
Tuscarawas County OH SO, Granville OH PD, South Euclid OH PD,
Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls
OH PD, South Central OH Major Crimes Unit, Southwest Emergency
Dispatch Center (OH), Ohio State University OH PD, Franklin OH PD,
Butler County OH SO, Macedonia OH PD, Springdale OH PD, Pepper
Pike OH PD, US Postal Inspection Service, North Royalton OH PD,
Chardon OH PD, FBI, University Circle OH PD, Orange Village OH
PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH
PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional
Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport
OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North
Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Eastlake
OH PD, Adrian MI PD, Lancaster OH PD, Twinsburg OH PD, Justice

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | IL PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Troy OH PD, Wyoming OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Madison Village OH PD, New Bremen OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Middletown OH PD, Westerville OH PD, Windham OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, Hilliard OH PD, WI Department of Justice, Onondaga County NY SO, Avon IN PD, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Willoughby Hills OH PD | 30 | 8 | 24 | 8/20/2021 | Grandview Heights OH PD, Ross Township OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Beavercreek OH PD, Aurora OH PD, Ohio |

Sheet 2

State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Moraine OH PD, Butler Township OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, MetroParks of Butler County OH PD, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Perry Township OH PD, Indian Hill OH PD, Ohio Bureau of Motor Vehicles (Ohio DPS), Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), New Albany OH PD, Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Liberty Township OH PD, Fulton County OH SO, Shelby OH PD, Mason OH PD, Independence OH PD, Lake MetroParks OH Rangers, Sheffield Village OH PD, Union OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Trenton OH PD, Canfield OH PD, University of Akron OH PD, Swanton OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Ontario OH PD, Broward County FL SO, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Galion OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Acworth GA PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Pataskala OH PD, North Canton OH PD, Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Reynoldsburg OH PD, Moreland Hills OH PD, Conneaut OH PD, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Dayton OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, Moreland Hills OH PD (Custom Hotlist), Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve

Sheet 2

University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Golf Manor OH PD, Lawrenceville GA PD, Bryan OH PD, Middleburg Heights OH PD, Evansville IN PD, Kirtland OH PD, Lodi OH PD, Montville Township OH PD, Jackson Center OH PD, East Cleveland OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Miami Township OH PD (Clermont), Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, New Vienna OH PD, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Ohio State University OH PD, Franklin OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, North Royalton OH PD, Chardon OH PD, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Creston OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Groveport OH PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Hardin County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Willoughby OH PD, Bath Township OH PD, Centerville OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Englewood OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Huber Heights OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Sugarcreek Township OH PD, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Grove City OH PD, Troy OH PD, Clayton OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Sunbury OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Norwalk OH PD, Westerville OH PD, Goshen

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Toledo OH PD, Hamilton Township OH PD, Hilliard OH PD, Parma OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Montgomery OH PD, Crestline OH PD, Muskingum County OH SO, Gahanna OH PD, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Orange Beach AL PD, Greene County OH SO, Mansfield OH PD, Gary IN PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Bellefontaine OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD, Willowick OH PD |
| Willoughby OH PD | 30 | 10 | 67 | 5/19/2021 | Grandview Heights OH PD, Howland Township OH PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Brunswick OH PD, North Olmsted OH PD, Lakeland Community College OH PD, Walton Hills OH PD, Lucas County OH SO, Lorain OH PD, WEB Drug Taskforce - OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Maumee OH PD, Medina Township OH PD, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Indian Hill OH PD, Greenhills OH Police Department, Grafton OH PD, Cortland OH PD, Bay Village OH PD, Copley Township OH PD, Brimfield Township OH PD, University of Toledo OH PD, Oregon OH PD, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Lexington OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Fulton County OH SO, Shelby OH PD, Lawrence IN PD, Oconee County SC SO, Mason OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Hudson OH PD, Delaware County OH SO, Lake County OH SO, |

Sheet 2

Trenton OH PD, Canfield OH PD, Newark OH PD, Loveland OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, West Chester OH PD, Ontario OH PD, Olmsted Falls OH PD, Rossford OH PD, West Des Moines IA PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, North Canton OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Warrensville Heights OH PD, Amherst OH PD, Perrysburg OH PD, Fairlawn OH PD, Enon OH PD, Amberley Village OH PD, Alliance OH PD, Bazetta Township OH PD, Hinckley OH PD, Mentor OH PD, Waite Hill OH PD, Lordstown OH PD, Cleveland State University OH PD, Case Western Reserve University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Warren County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Montville Township OH PD, Richland County OH SO, OH - Chester Township PD, Streetsboro OH PD, Granville OH PD, South Euclid OH PD, Madison Township OH PD, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Southwest Emergency Dispatch Center (OH), Delphos OH PD, Ohio State University OH PD, Butler County OH SO, Macedonia OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Groveport OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Eastlake OH PD, Lancaster OH PD, Twinsburg OH PD, Justice IL PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Miami County Park District OH Rangers, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Highland

Sheet 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Chagrin Valley Dispatch, Northfield OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Indianapolis Metro PD IN, Hunting Valley OH PD, Brecksville OH PD, Marion County OH SO, Ohio Attorney General's Office - OOCIC, Bellville OH PD, Troy OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Sunbury OH PD, Madison Village OH PD, Westfield Center OH PD, Buckeye Lake OH PD, South Bend IN PD, Ottawa County OH SO, Geauga County OH SO, Norwalk OH PD, Westerville OH PD, Goshen TWP OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Hamilton Township OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Columbus OH PD, Wichita KS PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, Brooklyn OH PD, Evendale OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Dept. of Natural Resources OH PD, Willowick OH PD |
| Willowick OH PD | 30 | 3 | 29 | 9/22/2022 | Grandview Heights OH PD, Altoona IA PD, Mayfield Heights OH PD, Cleveland Heights OH PD, Madison TWP (Franklin CO) OH PD, South Russell OH PD, Shaker Heights OH PD, Rocky River OH PD, Aurora OH PD, Ohio State Highway Patrol, Madison County OH SO, Parma Heights OH PD, Cleveland Clinic OH PD, Seville OH PD, Moraine OH PD, Brunswick OH PD, Butler Township OH PD, North Olmsted OH PD, Walton Hills OH PD, Lucas County OH SO, Houston TX PD, Lorain OH PD, SLED - South Carolina Law Enforcement Division, Highland Heights OH PD, Perkins Township OH PD, Lyndhurst OH PD, Medina Township OH PD, Franklin County OH SO, Whitehall OH PD, Sagamore Hills Township OH PD, Zanesville OH PD, Sylvania OH PD, Harrison OH PD, Broadview Heights OH PD, Grafton OH PD, Cortland OH PD, West Carrollton OH PD, Bay Village OH PD, Copley Township OH PD, University of Toledo OH PD, Montgomery County |

Sheet 2

OH SO, Lake County Prosecutor's Office (OH), Napoleon OH PD, Lebanon OH PD, Mentor on the Lake OH PD, Bentleyville OH PD, Wadsworth OH PD, Fulton County OH SO, Shelby OH PD, Marion OH PD, Independence OH PD, Lake MetroParks OH Rangers, New York State Police NY, Sheffield Village OH PD, Holland OH PD, Delaware County OH SO, Lake County OH SO, Newark OH PD, Portage County OH SO, Mahoning County OH SO, Campbell OH PD, Heath OH PD, West Chester OH PD, Olmsted Falls OH PD, Rossford OH PD, Richmond Heights OH PD, Medina OH PD, Ohio DPS, Newburgh Heights OH PD, Norton OH PD, Maple Heights OH PD, Hamilton OH PD, Cuyahoga Metro Housing Authority OH PD (CMHA), Bainbridge Township OH PD, Wickliffe OH PD, Pierce Township OH PD, Medina County OH SO, New London OH PD, Cuyahoga Emergency Communications Systems OH (CECOMS), Oakwood Village OH PD (Cuyahoga), Port Clinton OH PD, Barberton OH PD, Moreland Hills OH PD, Conneaut OH PD, Gallia County OH SO, Warrensville Heights OH PD, Amherst OH PD, Powell OH PD, Perrysburg OH PD, Fairlawn OH PD, Amberley Village OH PD, Alliance OH PD, Hinckley OH PD, Mentor OH PD, New Lexington OH PD, Waite Hill OH PD, Lordstown OH PD, Cleveland State University OH PD, Preble County OH SO, Berea OH PD, London OH PD, Hebron OH PD, Brunswick Hills OH PD, Ohio Bureau of Workers' Compensation (LE), Licking County OH SO, Bryan OH PD, Middleburg Heights OH PD, Brooklyn Heights OH PD, Willoughby Hills OH PD, Kirtland OH PD, Lodi OH PD, Dublin OH PD, Montville Township OH PD, East Cleveland OH PD, OH - Chester Township PD, Streetsboro OH PD, South Euclid OH PD, Madison Township OH PD, Wyandot County OH SO, Cuyahoga Falls OH PD, South Central OH Major Crimes Unit, Franklin OH PD, Macedonia OH PD, Springdale OH PD, Pepper Pike OH PD, US Postal Inspection Service, North Royalton OH PD, Chardon OH PD, FBI, University Circle OH PD, Orange Village OH PD, Marysville OH PD, Summit Metro Parks PD, Garfield Heights OH PD, Fairview Park OH PD, Niles OH PD, Greater Cleveland Regional Transit Authority OH PD, Springboro OH PD, Kent OH PD, Groveport OH PD, Chesapeake VA PD, Sidney OH PD, Union City OH PD, North Ridgeville OH PD, Oxford OH PD, Cuyahoga County OH SO, Eastlake OH PD, Adrian MI

Sheet 2

PD, Twinsburg OH PD, Justice IL PD, Union Township OH PD, Willoughby OH PD, Bath Township OH PD, Solon OH PD, Green Township OH PD, Bedford OH PD, Jackson Township OH PD (Stark County), Lima OH PD, Ohio Drug TF (HIDTA / Moreland Hills OH PD), Hubbard OH PD, Vandalia OH PD, Woodmere OH PD, Highland Hills OH PD, Brook Park OH PD, Lakewood OH PD, Gates Mills Village OH PD, Northfield OH PD, Richfield OH PD, Bratenahl OH PD, Huron OH PD, Hamilton County OH SO, Ohio Bureau of Criminal Investigation, Mahoning Valley Law Enforcement TF (OH), Northeast Ohio Regional Fusion Center, Hunting Valley OH PD, Mercer County OH SO, Brecksville OH PD, Marion County OH SO, Troy OH PD, Wyoming OH PD, Cuyahoga Heights OH PD, Euclid OH PD, Clinton Township OH PD, Oberlin OH PD, Canton OH PD, Madison Village OH PD, New Bremen OH PD, Buckeye Lake OH PD, Ottawa County OH SO, Geauga County OH SO, Chagrin Falls OH PD, Springfield OH PD, Westerville OH PD, Belpre OH PD, Springfield Township OH (Hamilton Co) PD, Seven Hills OH PD, Toledo OH PD, Hamilton Township OH PD, WI Department of Justice, Onondaga County NY SO, Fairfield OH PD, Parma OH PD, Cleveland Metro Parks OH PD, Norwood OH PD, Sharonville OH PD, Trumbull County OH SO, Akron OH PD, Delhi Twp OH PD, Avon Lake OH PD, Forest Park OH PD, Xenia OH PD, Cleveland OH Division of Police, Muskingum County OH SO, Columbus OH PD, Wellington OH PD, Jackson Township OH PD (Mahoning County), Westlake OH PD, West Milton OH PD, German Township OH PD, Blue Ash OH PD, Brooklyn OH PD, Evendale OH PD, Mansfield OH PD, Blendon Township OH PD, Stow OH PD, Fairfield Township OH PD, Mayfield Village OH PD, Middlefield OH PD, Dept. of Natural Resources OH PD, Tipp City OH PD