Public Safety & Justice Services – Homeland Security Grant Program

# Cuyahoga County Emergency Services Advisory Board
# Investment/Project Request

### BACKGROUND INFORMATION

| Name of the Agency/Team | Cuyahoga County |
|---|---|
| Contact Information            Name | Brandy Carney |
| Phone | 216.443 |
| Email |  |
| Project Name/Amount Requested | Countywide Camera Project   $1 Million |
| Date Submitted | 3/28/16 |
| Funding Requested | FY2016 Urban Area Security Initiative |
| Functional Subcommittee | N/A  - Submitting on behalf of County/County EM |
| Discipline | PS/EM |

The following Investment Justification information is based on the details required for submission to FEMA.  It's critical you use the THIRA, Urban Area Security Strategy (UASS) and State Preparedness Report (SPR) to support your project.  *The grant guidance is clear that projects must demonstrate how they will prepare for, prevent, protect against or respond to acts of terrorism.*
When referencing the THIRA, UASS or SPR, you must specify section number or page.

### BASELINE

1. List any previous funding sources the project has received (**Source and dollar amount**)

| |
|---|
| This is a new project. |

### SCOPE OF WORK

2. Detail the purpose and objectives of the project, identification of what is being protected, and identification of core capability addressed and specify the core capability from the State Preparedness Report/UASS/THIRA.  (**Not to exceed 1000 words**)

| |
|---|
| This project proposes a countywide terrorism surveillance plan, supporting suburban communities and other high-value areas with fixed and mobile cameras.  The cameras will be monitored by the county regional dispatch center (CCECOMS) and Sheriff's Office staff.  This is a 24/7/365 operation.  This project will enhance the current surveillance projects in place by some community partners (Cleveland, Lakewood, Cleveland Heights, etc) to provide a robust security picture throughout the county.  The locations of cameras will be determined by a partnership between the county and municipal partners.  High threat and high crime areas that may include terrorism activity will be monitored with targeted camera placements.  The ability to detect terrorism while also assisting with area crime by immediately responding for regional protection is the anticipated outcome of this project. |

**DEFENDANT'S EXHIBIT 2** 1:22-cr-00615

UAHSS: Goal 2: Strengthen interoperable communications.Objective 2.1: Implement an interoperable communication system through a phased approach. [Ongoing]
Step 2.1.1: Evaluate and assess existing interoperable communications capabilities.
Step 2.1.3: Procure, install and conduct functional testing on interoperable communications system.
UAHSS: Goal 5: Strengthen community preparedness and participation. Objective 5.2: Create a strategic plan based on identified hazards, risks, and population demographics that incorporates governmental and non-governmental resources.
UAHSS: Goal 7: Strengthen information sharing and collaboration capabilities.
Objective 7.1: Develop and implement a centralized, regional information sharing and collaboration. strategy for public and private sector. [Ongoing]
 Objective 7.2: Acquire and maintain information sharing equipment and technology. [Ongoing]
Objective 7.5: Develop and implement emergency communications network serving all communities served by mass transit. [Ongoing]
Step 7.5.1: Assess the current communications capabilities including video, audio, and data.
NPG: Prevention - Capability, Forensics and Attribution -  Conduct forensic analysis and attribute terrorist acts (including the means and methods of terrorism) to their source, to include forensic analysis as well as attribution for an attack and for the preparation for an attack in an effort to prevent initial or follow-on acts and/or swiftly develop counter-options. - Mission target, Prioritize biometric collection and analysis to assist in preventing initial or follow-on terrorist acts. - Prioritize digital media and network exploitation to assist in preventing initial or follow-on terrorist acts.
NPG: Prevention - Screening, Search, & Detection - Capability description, Identify, discover, or locate threats and/or hazards through active and passive surveillance and search procedures. This may include the use of systematic examinations and assessments, sensor technologies, or physical investigation and intelligence. - Target, Maximize the screening of targeted cargo, conveyances, mail, baggage, and people associated with an imminent terrorist threat or act using technical, non-technical, intrusive, or non-intrusive means.
NPG: Protection (Mission area) - Public Information and Warning (Capability) - Description, Deliver coordinated, prompt, reliable, and actionable information to the whole community through the use of clear, consistent, accessible, and culturally and linguistically appropriate methods to effectively relay information regarding any threat or hazard and, as appropriate, the actions being taken and the assistance being made available. Target,  Use effective and accessible indication and warning systems to communicate significant hazards to involved operators, security officials, and the public (including alerts, detection capabilities, and other necessary and appropriate assets).
NPG: Protection (Mission area) - Operational Coordination (Capability) - (Description) Establish and maintain a unified and coordinated operational structure and process that appropriately integrates all critical stakeholders and supports the execution of core capabilities. (Target) Establish and maintain partnership structures among Protection elements to support networking, planning, and coordination.
NPG: Protection (area) - Physical Protective Measures (Capability) - (Description) Reduce or mitigate risks, including actions targeted at threats, vulnerabilities, and/or consequences, by controlling movement and protecting borders, critical infrastructure, and the homeland. (Target) Implement and maintain risk-informed physical protections, countermeasures, and policies protecting people, structures, materials, products, and systems associated with key operational activities and critical infrastructure sectors.

## STRATEGY

3. Explain how this investment/project will support and enhance the capabilities of the region and any regional partners involved.  Include the specific relationship of the project to the UASS and the SPR.

The County will work with all municipalities and public safety stakeholders in the county/region to identify and deploy cameras to the most vulnerable areas for crime/terrorism.  Having immediate, real-time video is critical for response as well as investigations.
UAHSS: Goal 2: Strengthen interoperable communications.Objective 2.1: Implement an interoperable communication system through a phased approach. [Ongoing]
Step 2.1.1: Evaluate and assess existing interoperable communications capabilities.
Step 2.1.3: Procure, install and conduct functional testing on interoperable communications system.
UAHSS: Goal 5: Strengthen community preparedness and participation. Objective 5.2: Create a strategic plan based on identified hazards, risks, and population demographics that incorporates governmental and non-governmental resources.
UAHSS: Goal 7: Strengthen information sharing and collaboration capabilities.
Objective 7.1: Develop and implement a centralized, regional information sharing and collaboration. strategy for public and private sector. [Ongoing]
 Objective 7.2: Acquire and maintain information sharing equipment and technology. [Ongoing]
Objective 7.5: Develop and implement emergency communications network serving all communities served by mass transit. [Ongoing]
Step 7.5.1: Assess the current communications capabilities including video, audio, and data.
NPG: Prevention - Capability, Forensics and Attribution -  Conduct forensic analysis and attribute terrorist acts (including the means and methods of terrorism) to their source, to include forensic analysis as well as attribution for an attack and for the preparation for an attack in an effort to prevent initial or follow-on acts and/or swiftly develop counter-options. - Mission target, Prioritize biometric collection and analysis to assist in preventing initial or follow-on terrorist acts. - Prioritize digital media and network exploitation to assist in preventing initial or follow-on terrorist acts.
NPG: Prevention - Screening, Search, & Detection - Capability description, Identify, discover, or locate threats and/or hazards through active and passive surveillance and search procedures. This may include the use of systematic examinations and assessments, sensor technologies, or physical investigation and intelligence. - Target, Maximize the screening of targeted cargo, conveyances, mail, baggage, and people associated with an imminent terrorist threat or act using technical, non-technical, intrusive, or non-intrusive means.
NPG: Protection (Mission area) - Public Information and Warning (Capability) - Description, Deliver coordinated, prompt, reliable, and actionable information to the whole community through the use of clear, consistent, accessible, and culturally and linguistically appropriate methods to effectively relay information regarding any threat or hazard and, as appropriate, the actions being taken and the assistance being made available. Target,  Use effective and accessible indication and warning systems to communicate significant hazards to involved operators, security officials, and the public (including alerts, detection capabilities, and other necessary and appropriate assets).
NPG: Protection (Mission area) - Operational Coordination (Capability) - (Description) Establish and maintain a unified and coordinated operational structure and process that appropriately integrates all critical stakeholders and supports the execution of core capabilities. (Target) Establish and maintain partnership structures among Protection elements to support networking, planning, and coordination.

NPG: Protection (area) - Physical Protective Measures (Capability) - (Description) Reduce or mitigate risks, including actions targeted at threats, vulnerabilities, and/or consequences, by controlling movement and protecting borders, critical infrastructure, and the homeland. (Target) Implement and maintain risk-informed physical protections, countermeasures, and policies protecting people, structures, materials, products, and systems associated with key operational activities and critical infrastructure sectors.

4. Explain how this project relates to the sustainment or enhancement of capabilities, or addresses an identified gap as it relates to the THIRA Capability Targets Summary. (**Not to exceed 1000 words**)

This camera project can assist with several capability targets as it relates to an incident that occurs within the new cameras range. It can provide instant information related to the scene that can be given to the responders of the event. The following THIRA capabilites address the need for a camera system.
THIRA: Operational Communication
Mission Area: Response
Description: Ensure the capacity for timely communications in support of security, situational awareness, and operations by any and all means available, among and between affected communities in the impacted area and all response forces.
Scenario- Severe Thunderstorm
Desired Outcome(s)
• Ensure emergency responders are able to communicate through interoperable voice and data within affected areas.
• Ensure the capacity to communicate with both the emergency response communities and affected populations and establish interoperable voice and data communications between Federal, state, and local responders.

Capability Target(s)
• Within 24 hours of incident, complete communications damage assessment and establish interoperable communications in affected areas by restoring damaged communications towers and deploying mobile communications equipment to fill coverage gaps.
Situational Assessment
Mission Area: Response
Description: Provide all decision makers with decision-relevant information regarding the nature and extent of the hazard, any cascading effects, and the status of the response.
Scenario: Severe Thunderstorm
Desired Outcome(s)
• Gather and relay impacts and damage assessment information to inform decision-making.
• Conduct damage assessments in impacted areas
• Identify critical infrastructure affected by the incident.
• Identify critical unmet needs.
• Share situational assessment information in a common operating picture with all appropriate entities.

Capability Target(s)
• Within 30 minutes of incident onset, make initial notification to appropriate agencies. Within 4 hours of incident onset, ensure appropriate information (impacted population, impacted infrastructure, current state and local response and resource commitments) is shared in a common operating picture with ESF

agencies and other appropriate entities. Within 48 hours complete preliminary damage assessments in impacted areas and forward findings to Ohio EMA. Continue to update situational assessments throughout event based on new information and damage assessment findings.
Physical Protective Measures
Mission Area: Protection
Description: Reduce or mitigate risks, including actions targeted at threats, vulnerabilities, and/or consequences, by controlling movement and protecting borders, critical infrastructure, and the homeland.
Scenario: Non-scenario specific
Desired Outcome(s)
• Work with public and private sector agencies to ensure the proper protective systems are in place or available.
• Engage the private sector in awareness programs to educate about assessments and capabilities provided by the government to assist in protective measures.
• Assist with security plans to ensure public and private agencies are aware of each other's capabilities and how they may be able to complement each other.
• Promote training to both private and public sector critical infrastructure facilities and mass-gathering facilities.

Capability Target(s)
• Conduct 100% of assessments requested by critical infrastructure facilities and mass-gathering facilities. Provide options regarding appropriate physical protective measures to reduce or mitigate risks and vulnerabilities. Intelligence and Information Sharing
Mission Area: Prevention, Protection
Description: Provide timely, accurate, and actionable information resulting from the planning, direction, collection, exploitation, processing, analysis, production, dissemination, evaluation, and feedback of available information concerning threats to the United States, its people, property, or interests; the development, proliferation, or use of WMDs; or other matter bearing on U.S. national or homeland security by federal, state, local, and other stakeholders. Information sharing is the ability to exchange intelligence, information, data, or knowledge among federal, state, local, or private sector entities, as appropriate.
Scenario: Active Shooter
Desired Outcome(s)
• Provide background info/reasoning for shooting to law enforcement and public
• Gather tips, reports and leads from federal, state, and local agencies, as well as the public
• Analyze tips, reports, and leads submitted to the Ohio Fusion Center Network
• Disseminate reports and analysis to stakeholders

Capability Target(s)
• Analyze 100% of suspicious activity reports, tips, and leads submitted to the Ohio Fusion Center Network. Incorporate predictive analysis and disseminate to stakeholders.
 Forensics and Attribution
Mission Area: Prevention
Description: Conduct forensic analysis and attribute terrorist acts (including the means and methods of terrorism) to their source, to include forensic analysis as well as attribution for an attack and for the preparation for an attack in an effort to prevent initial or follow-on acts and/or swiftly develop counter-

options.
Scenario: Active Shooter
Desired Outcome(s)
• Establish perimeters around each incident.
• Collect all evidence associated with the incident.
• Identify of devices and attackers. Validate intelligence and the source of the attack.
• Support state and federal partners during incident.

Capability Target(s)
• Collect and examine all (100%) evidence associated with an act of terrorism or an imminent terrorist attack and identify all (100%) of the terrorist actors, co-conspirators, and their sponsors by fusing all science-based forensic results and all-source intelligence information and products. Within 24 hours of an incident, collect all evidence from the scene. Within 72 hours, submit all evidence for testing. Within 2 weeks, disseminate results of testing to agencies with a need to know.
Interdiction and Disruption
Mission Areas: Prevention, Protection
Description: Delay, divert, intercept, halt, apprehend, or secure threats and/or hazards.
Scenario: Active Shooter
Desired Outcome(s)
• Identify any threats to large gathering places and analyze the credibility of threat.
• Establish and maintain at least one Terrorism Liaison Officer (TLO) with each department.
• Notify all government facilities in an identified area of any identified threats.
• Notify any first responder groups in an identified area of the threat, possible indicators, and response methods associated with threat.
• Utilize fusion center network to push information throughout the country of possible threats to events and facilities in the rest of the United States.
• Utilize Multiple-Assault Counter Terrorism Action Capability (MACTAC) training capability

Capability Target(s)
• Use threat information received by the Ohio Fusion Center Network to delay, divert, halt, apprehend, or secure 100% of threats and/or hazards. Utilize the Ohio Fusion Center Network to educate and inform public and private sector partners.
Screening, Search, and Detection
Mission area: Prevention, Protection
Description: Identify, discover, or locate threats and/or hazards through active and passive surveillance and search procedures. This may include the use of systematic examinations and assessments, sensor technologies, or physical investigation and intelligence.
Scenario: Non-scenario specific
Desired Outcome(s)
• Ensure public safety officials are properly trained in screening, search and detection.
• Utilize the Ohio Fusion Center Network to identify potential threats and notify public safety officials to ensure they are informed.
• Facilitate networking of transportation authorities with private sector partners to ensure compatibility of operations.
• Maintain constant explosive detection coverage

Capability Target(s)
• Support capabilities to screen 100% of specific conveyances, cargo, and persons associated with an imminent threat by using technical, non-technical, intrusive, and non-intrusive means.

## BUDGET WORKSHEET

5. Categorize spending and then provide a summary of the planned expenditure in each category with dollar costs associated with the items. (**Not to exceed 250 words**)

| Planning | $ |
|---|---|
| Equipment | $1000000.00 |
| Training | $ |
| Exercise | $ |
| M&A | $ 0.00 |
| **Total** | **$1,000,000.00** |

| | |
|---|---|
| **Planning** | |
| **Equipment** | Procurement of Cameras, Servers, Networking/Network equipment. |
| **Training** | |
| **Exercise** | |
| **M&A** | None |

## IMPLEMENTATION

6. Describe the management team and Point of Contacts (POC) that will be directly responsible for the implementation of this investment/project and identify any regional partners or capabilities that will be met with implementation. Include contact information for each. (**Not to exceed 500 words**)

Frank Bova 
George Taylor -
Brandy Carney -
Sheriff Cliff Pickney -
City of Cleveland Camera Project SMEs and POCs throughout the region in the municipalities which the cameras are installed.

## IMPACT

7. Describe the outcome of funding this investment/project. Is there a regional aspect to this investment/project that will be beneficial throughout Cleveland UASI?  How is the project capable of being deployed statewide and/or nationally?  (**Not to exceed 500 words**)

Yes, regional.  the Cameras will be spread throughout the entire County in identified areas that are vulnerable.  It will include both fixed and mobile units.  The mobile units can be deployed throughout the County or State if necessary.

8. What is the long-term approach to sustaining this investment/project?  Will this investment complete the project or will future requests be necessary to complete the project and close the identified capability gap?  (**Not to exceed 500 words**)

This project is a County priority.  The County will support all necessarys sustainment of the project.

**If you have any questions or concerns please contact to any of the following POC's:**

Larry Tafe, Program Officer III  
Homeland Security Grants Program  
Phone: (216) 698-2881  
Fax: (216) 443-2129  
ltafe@cuyahogacounty.us  

Linda Jones, Program Officer II  
Homeland Security Grants Program  
Phone: (216) 698-6463  
Fax: (216) 443-2129  
ldjones@cuyahogacounty.us