Beachwood-Fuchs Mizrachi School-Shaker Blvd

Beachwood-Green Rd-Synagogue

Beachwood-Maltz Museum-Richmond Rd

Beachwood-Mandel Jewish-S Woodland

Beachwood-Suburban Temple-Chagrin Blvd

Beachwood-Temple Tifereth Israel-Shaker Blvd

Beachwood-Temple Tifereth Isreal-Shaker Blvd #2

Beachwood-Yavne High-S Green RD

Cleveland Heights-Heights Jewish Ctr-Cedar Rd

Cleveland Heights-Jewish Education Center- S Taylor Rd

Hebrew Academy Oakwood

Pepper Pike-B'nai Jeshurun-Fairmount Blvd-E1

Pepper Pike-B'nai Jeshurun-Fairmount Blvd-E2

South Taylor @ Euclid Heights

Bay Village-Clague-Clague

Bay Village-Wolf-Clague-WB-SB

Beachwood-Cedar-Richmond-EB-SB

Beachwood-Cedar-Richmond-WB-NB

Brook Park-Snow-W130TH-EB-SB

Brook Park-Snow-W130TH-WB-NB

Clev Edgewater-Clev Mem Pkwy

Cleveland Heights-Lee-Cedar

Cleveland-E55TH-NB-SB

Cleveland-Ontario NB

Cleveland-Ontario SB

Cleveland-W25TH-Clark-NB-EB

Cleveland-W25TH-Clark-SB-WB

Cleveland-Woodland-Kinsman-EB

**DEFENDANT'S EXHIBIT**

**5**

1:22-cr-00615

Cleveland-Woodland-WB

East Cleveland-Euclid-Shaw-EB-NB

East Cleveland-Euclid-WB

Euclid-E222ND-Lakeshore-NB-WB

Euclid-E222ND-Lakeshore-SB-EB

Euclid-Euclid-222ND

Fairview Park-Lorain-Story

Garfield Heights-Broadway-E131ST

Garfield Heights-Turney-Granger

Independence-Rockside-Brecksville

Lakewood-W117TH-Madison-NB-EB

Lakewood-W117TH-Madison-SB-WB

Lyndhurst-Mayfield-Richmond

Maple Heights-Warrensville-Libby

Mayfield Heights-Cedar-Landerbrook

Mayfield Heights-Lander-Ridgebury

Mayfield Heights-Mayfield-Goldengate

Mayfield Heights-Mayfield-Iroquois

Mayfield Heights-Mayfield-Walmart

Mayfield Heights-SOM-Marsol

Mayfield Heights-SOM-Ridgebury

Mayfield Village-Wilson Mills-Worton Park

N.Olmsted-GrtNorthern-I480-NB

N.Olmsted-GrtNorthern-I480-SB

Olmsted Township-Bagley

Olmsted Township-Stearns-Cook

Orange Village-Harvard-Orange

Parma Heights-Pearl-Stumph-WB-NB

Parma Heights-Pearl-York-EB-SB

Parma-Broadview-TuXedo

Parma-Pearl-Ridge

Parma-State-Tuxedo

Rocky River-Hilliard-Lakeview-EB-SB

Rocky River-Hilliard-Lakeview-WB-NB

Shaker Heights-Warrensville-Chagrin

Solon-Harper-Bainbridge-NB-EB

Solon-Harper-SB

Solon-SOM-Solon

South Euclid-Mayfield-Belvoir

Strongsville-Pearl-Sprague

Strongsville-Royalton-I71-EB

Strongsville-Royalton-I71-WB

University Circle-Euclid-Ford

Westlake-Crocker-Detroit-NB-WB

Westlake-Crocker-SB

Westlake-Detroit-EB

Woodmere-Chargin-Brainard