N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-CR-00615 |
| Plaintiff, | ) ) ) | JUDGE J. PHILIP CALABRESE |
| v. | ) ) ) | **DEFENDANT'S MOTION TO SUPPRESS** |
| LAWRENCE STURDIVANT, | ) ) ) | **ALL EVIDENCE STEMMING FROM THE WARRANTLESS SEARCH OF HIS** |
| Defendant. | ) ) ) | **LOCATION DATA** |

**Exhibit 6 – RFP No. 89**

By agreement of the parties, and in accordance with the Court's Protective Orders (Doc #: 17 and 79), the information is this document is fully redacted from the public docket in this case.

A complete copy of Exhibit 6 was filed with the Court under seal at Doc # 92-6.

**DEFENDANT'S EXHIBIT**
**6**
1:22-cr-00615