| Organization Name | Networks Shared With Me | Networks I'm Sharing |
|---|---|---|
| Hamilton County OH SO | Sycamore Township OH - Wing cameras,Hamilton County OH SO | |
| Peotone IL PD | Peotone IL PD | |
| Monroe GA PD | Monroe GA PD | |
| Titusville FL PD | Titusville FL PD | |
| Orange Beach AL PD | Orange Beach AL PD | |
| Avon IN PD | Avon IN PD | Brooklyn OH PD |
| Milton GA PD | Milton GA PD | Brooklyn OH PD |
| Fayette OH PD | Fayette OH PD | |
| Beavercreek OH PD | Beavercreek OH PD | Brooklyn OH PD |
| Mercer County OH SO | Mercer County OH SO | |
| Canfield OH PD | Canfield OH PD (CONDOR),Canfield OH PD | Brooklyn OH PD |
| Berea OH PD | Berea OH PD | Brooklyn OH PD |
| Tipp City OH PD | Tipp City OH PD | Brooklyn OH PD |
| New Bremen OH PD | New Bremen OH PD,New Bremen OH PD (FLEX) | Brooklyn OH PD |
| Rocky River OH PD | Rocky River OH PD | Brooklyn OH PD |
| Lodi OH PD | Lodi OH PD | Brooklyn OH PD |
| Bratenahl OH PD | Bratenahl OH PD | Brooklyn OH PD |
| North Ridgeville OH PD | North Ridgeville OH PD | Brooklyn OH PD |
| Cuyahoga Falls OH PD | Cuyahoga Falls OH PD (FLEX) ,Cuyahoga Falls OH PD | Brooklyn OH PD |
| Calhoun County AL SO | Calhoun County AL SO | |
| Orange County FL SO | Orange County FL SO | |
| Licking County OH SO | Licking County OH SO (FLEX),Licking County OH SO | Brooklyn OH PD |
| Westfield IN PD | Westfield IN PD | |
| Lucas County OH SO | Lucas County OH SO,Lucas County OH SO (Flex) | Brooklyn OH PD |
| Vandalia OH PD | Vandalia OH PD | Brooklyn OH PD |
| Lake County OH SO | Lake County OH SO | Brooklyn OH PD |
| Cuyahoga Heights OH PD | Cuyahoga Heights OH PD | Brooklyn OH PD |

DEFENDANT'S EXHIBIT 7 1:22-cr-00615

| | | |
|---|---|---|
| Northfield OH PD | Northfield OH PD | Brooklyn OH PD |
| Collier County FL SO | Collier County FL SO | |
| Miami County OH SO | Miami County OH SO | |
| Avon Lake OH PD | Avon Lake OH PD | Brooklyn OH PD |
| West Carrollton OH PD | West Carrollton OH PD | Brooklyn OH PD |
| Independence OH PD | Independence OH PD | Brooklyn OH PD |
| Akron OH PD | Akron OH (JCC Wing Cameras),Akron OH PD | Brooklyn OH PD |
| Loveland OH PD | Loveland OH PD | Brooklyn OH PD |
| Adrian MI PD | Adrian MI PD | Brooklyn OH PD |
| Evendale OH PD | Evendale OH PD (Flex),Evendale OH PD | Brooklyn OH PD |
| University of North Texas at Denton PD (TX) | University of North Texas at Denton PD | |
| Springport Twp MI PD | Springport Twp MI PD | |
| Indian Hill OH PD | Indian Hill OH PD | Brooklyn OH PD |
| Brooklyn City School District (OH) | Brooklyn City School District (OH) | |
| Barberton OH PD | Barberton OH PD | Brooklyn OH PD |
| Troy OH PD | Troy OH PD | Brooklyn OH PD |
| Liberty Township OH PD | Liberty Township OH PD (Flex),Liberty Township OH PD | Brooklyn OH PD |
| Fort Loramie OH PD | Fort Loramie OH PD | |
| Sarasota County FL SO | Sarasota County FL SO | |
| Houston Metro Transit Authority (TX) | Houston Metro Transit Authority (TX) | Brooklyn OH PD |
| Springfield Township OH (Hamilton Co) PD | Springfield Township OH (Hamilton Co) PD | Brooklyn OH PD |
| Upper Arlington OH PD | Upper Arlington OH PD | Brooklyn OH PD |
| Maple Heights OH PD | Maple Heights OH PD | Brooklyn OH PD |
| Oakwood Village OH PD (Cuyahoga) | Oakwood Village OH PD | Brooklyn OH PD |
| Baldwin County GA SO | Baldwin County GA SO - RedSpeed,Baldwin County GA SO | |
| Moraine OH PD | Moraine OH PD | Brooklyn OH PD |

| | | |
|---|---|---|
| New Castle County DE PD | New Castle County DE PD | |
| Sumner County TN SO | Sumner County TN SO | Brooklyn OH PD |
| Dublin OH PD | Dublin OH PD (FLEX),Dublin OH PD | Brooklyn OH PD |
| South Sioux City NE PD | South Sioux City NE PD | |
| Fairmount IN PD | Fairmount IN PD | |
| Ohio Attorney General's Office - OOCIC | Ohio Attorney General's Office - OOCIC,Ohio Attorney General's Office - OOCIC (Flex) | Brooklyn OH PD |
| Middleburg Heights OH PD | Middleburg Heights OH PD,Middleburg Heights OH PD - Flex | Brooklyn OH PD |
| Baytown TX PD | Baytown TX PD | |
| Navajo County AZ SO | Navajo County AZ SO | |
| Lakewood OH PD | Lakewood OH PD | Brooklyn OH PD |
| Arcanum OH PD | Arcanum OH PD | |
| AirGarage Inc | OH - Wyndham - AirGarage | |
| Jasper County IN SO | Jasper County IN SO | |
| Geauga County OH SO | Geauga County OH SO,Geauga County OH SO (FLEX) | Brooklyn OH PD |
| Lexington SC PD | Lexington SC PD | |
| Amberley Village OH PD | Amberley Village OH PD | Brooklyn OH PD |
| West Milton OH PD | West Milton OH PD | Brooklyn OH PD |
| Zanesville OH PD | Muskingum County OH Falcons,Muskingum County OH FLEX | Brooklyn OH PD |
| Hardin County OH SO | Hardin County OH SO | Brooklyn OH PD |
| Pataskala OH PD | Pataskala OH PD | Brooklyn OH PD |
| Bloomfield NM PD | Bloomfield NM PD | Brooklyn OH PD |
| Glencoe AL PD | Glencoe AL PD | |
| Seville OH PD | Seville OH PD | Brooklyn OH PD |
| London OH PD | London OH PD | Brooklyn OH PD |
| Thornton CO PD | Thornton CO PD | |
| Lorain OH PD | Lorain OH PD | Brooklyn OH PD |
| Harrison OH PD | Harrison OH PD | Brooklyn OH PD |
| Middlefield OH PD | Middlefield OH PD | Brooklyn OH PD |

| | | |
|---|---|---|
| Huber Heights OH PD | Huber Heights OH PD | Brooklyn OH PD |
| Ohio Bureau of Workers' Compensation (LE) | Ohio Bureau of Workers' Compensation | Brooklyn OH PD |
| Houston TX PD | Houston PD (TX),Houston PD (TX) â€" Southwest MgmtD | Brooklyn OH PD |
| Cleveland OH Division of Police | Cleveland OH Division of Police | Brooklyn OH PD |
| Whitehall OH PD | Whitehall OH PD | Brooklyn OH PD |
| Marion County OH SO | Marion County OH SO | Brooklyn OH PD |
| Holland OH PD | Holland OH PD | Brooklyn OH PD |
| Wickliffe OH PD | Wickliffe OH PD | Brooklyn OH PD |
| Greater Cleveland Regional Transit Authority OH PD | Greater Cleveland Regional Transit Authority OH PD | Brooklyn OH PD |
| Westlake OH PD | Westlake OH PD | Brooklyn OH PD |
| North Olmsted OH PD | North Olmsted OH PD | Brooklyn OH PD |
| Groveport OH PD | Groveport OH PD | Brooklyn OH PD |
| Mansfield OH PD | Mansfield OH PD,Mansfield OH PD (Flex) | Brooklyn OH PD |
| Wichita Falls TX PD | Wichita Falls TX PD | |
| Cobb County GA PD | Cobb County GA PD | |
| Chesapeake VA PD | Chesapeake VA PD ,Chesapeake VA PD (Flex),Chesapeake PD - Verra Mobility (VA) | Brooklyn OH PD |
| South Euclid OH PD | South Euclid OH PD | Brooklyn OH PD |
| Union City IN PD | Union City IN PD | |
| Butler Township OH PD | Butler Township OH PD | Brooklyn OH PD |
| Hillside IL PD | Hillside IL PD | |
| Clearwater FL PD | Clearwater FL PD | |
| Sugarcreek Township OH PD | Sugarcreek Township OH PD | |
| North Royalton OH PD | North Royalton OH PD | Brooklyn OH PD |
| Medina OH PD | Medina OH PD | Brooklyn OH PD |
| Riverside OH PD | Riverside OH PD | |
| Springfield OH PD | Springfield OH PD | Brooklyn OH PD |

| | | |
|---|---|---|
| Ogden Dunes IN PD | Ogden Dunes PD IN | Brooklyn OH PD |
| Orange Village OH PD | Orange Village OH PD | Brooklyn OH PD |
| Garfield Heights OH PD | Garfield Heights OH PD,Garfield Heights OH PD (FLEX) | Brooklyn OH PD |
| Ulysses KS PD | Ulysses KS PD | |
| Pepper Pike OH PD | Pepper Pike OH PD | Brooklyn OH PD |
| Delhi Twp OH PD | Delhi Twp OH PD | Brooklyn OH PD |
| Wadsworth OH PD | Wadsworth OH PD | Brooklyn OH PD |
| Perrysburg OH PD | Perrysburg OH PD | Brooklyn OH PD |
| Madeira OH PD | Madeira OH PD | |
| Grove City OH PD | Grove City OH PD | Brooklyn OH PD |
| Sheffield Village OH PD | Sheffield Village OH PD | Brooklyn OH PD |
| McHenry County Conservation District IL PD | McHenry County IL SO | |
| Alcoa TN PD | Alcoa TN PD | |
| Fairfield Township OH PD | Fairfield Township OH PD | Brooklyn OH PD |
| Port Clinton OH PD | Port Clinton OH PD | Brooklyn OH PD |
| Tifton GA PD | Tifton Police Department | |
| Amherst OH PD | Amherst OH PD | Brooklyn OH PD |
| Goshen IN PD | Goshen IN PD | |
| Gallia County OH SO | Gallia County OH SO | Brooklyn OH PD |
| Tuscarawas County OH SO | Tuscarawas County OH SO (FLEX) | Brooklyn OH PD |
| Richfield OH PD | Richfield OH PD | Brooklyn OH PD |
| German Township OH PD | German Township (Clark Co) OH PD | Brooklyn OH PD |
| Macedonia OH PD | Macedonia OH PD | Brooklyn OH PD |
| Fort Worth TX PD | Fort Worth TX PD PID #11,East Lancaster PID,Fort Worth TX PD Wing Cameras,Fort Worth TX PD | |
| Miami Township OH PD (Clermont) | Miami Township OH (Clermont) | |
| Irondale AL PD | Irondale AL PD | |
| Heath OH PD | Heath OH PD | Brooklyn OH PD |
| Dayton OH PD | Dayton OH PD | Brooklyn OH PD |

| | | |
|---|---|---|
| Belpre OH PD | Belpre OH PD | Brooklyn OH PD |
| Lyndhurst OH PD | Lyndhurst OH PD | Brooklyn OH PD |
| Franklin County OH SO | Franklin County OH SO - Flex,Prairie Township OH (FCSO Contract) | |
| Pittsboro IN PD | Pittsboro IN PD | |
| West Chester OH PD | West Chester OH PD | Brooklyn OH PD |
| Eastlake OH PD | Eastlake OH PD | Brooklyn OH PD |
| Hebron OH PD | Hebron OH PD | Brooklyn OH PD |
| Norwood OH PD | Norwood OH PD | Brooklyn OH PD |
| Blue Ash OH PD | Blue Ash OH PD | Brooklyn OH PD |
| Oberlin OH PD | Oberlin OH PD | Brooklyn OH PD |
| Aurora OH PD | Aurora OH PD | Brooklyn OH PD |
| Mentor OH PD | Mentor OH PD | Brooklyn OH PD |
| Euclid OH PD | Euclid OH PD | Brooklyn OH PD |
| Anderson PD IN | Anderson PD IN | |
| Hazel Park MI PD | Hazel Park MI PD | |
| Solon OH PD | Solon OH PD | Brooklyn OH PD |
| Westerville OH PD | Westerville OH PD | Brooklyn OH PD |
| Gates Mills Village OH PD | Gates Mills Village OH PD | Brooklyn OH PD |
| Moreland Hills OH PD | Moreland Hills OH PD | Brooklyn OH PD |
| Metro Police Authority of Genesee County MI | Metro Police Authority of Genesee County | |
| Ontario OH PD | Ontario OH PD | Brooklyn OH PD |
| Boulder CO PD | Boulder CO PD | |
| Sharonville OH PD | Sharonville OH PD | Brooklyn OH PD |
| Carpentersville IL PD | Carpentersville IL PD | |
| South Russell OH PD | South Russell OH PD | Brooklyn OH PD |
| Middlebury IN PD | Middlebury IN PD | |
| Fairview Park OH PD | Fairview Park OH PD | Brooklyn OH PD |
| ATF Nashville TN | ATF Nashville TN | |
| Medina County OH SO | Medina County OH SO | Brooklyn OH PD |

| | | |
|---|---|---|
| Twinsburg OH PD | Twinsburg OH PD | Brooklyn OH PD |
| Chase City VA PD | Chase City VA PD | |
| Willowick OH PD | Willowick OH PD | Brooklyn OH PD |
| Mayfield Village OH PD | Mayfield Village OH PD | Brooklyn OH PD |
| Kokomo IN PD | Kokomo IN PD | |
| Marysville OH PD | Marysville OH PD | Brooklyn OH PD |
| Hamilton OH PD | Hamilton OH PD | Brooklyn OH PD |
| Warrensville Heights OH PD | Warrensville Heights OH PD | Brooklyn OH PD |
| Bainbridge Township OH PD | Bainbridge Township OH PD | Brooklyn OH PD |
| East Cleveland OH PD | East Cleveland OH PD | Brooklyn OH PD |
| Sarasota FL PD | Sarasota FL PD | |
| Richland Co SC Sheriff's Department | Richland County SC SO | |
| Hunting Valley OH PD | Hunting Valley OH PD | Brooklyn OH PD |
| Bullitt County KY SO | Bullitt County KY SO | |
| Decatur GA PD | Decatur GA PD | |
| Helena AL PD | Helena AL PD | |
| Niles OH PD | Niles OH PD | Brooklyn OH PD |
| Willoughby OH PD | Willoughby OH PD | Brooklyn OH PD |
| Sedgwick KS PD | Sedgwick KS PD | |
| Parma Heights OH PD | Parma Heights OH PD | Brooklyn OH PD |
| Toledo OH PD | Toledo OH PD | Brooklyn OH PD |
| University of Toledo OH PD | University of Toledo | Brooklyn OH PD |
| Mahoning Twp PA PD | Mahoning Twp PA PD | |
| Bedford OH PD | Bedford OH PD | Brooklyn OH PD |
| Bay Village OH PD | Bay Village OH PD | Brooklyn OH PD |
| Jonesboro AR PD | Jonesboro AR PD | |
| Huron OH PD | Huron OH PD | Brooklyn OH PD |
| Jackson Township OH PD (Stark County) | Jackson Township OH PD | Brooklyn OH PD |

| | | |
|---|---|---|
| Sidney OH PD | Sidney OH PD | Brooklyn OH PD |
| Shaker Heights OH PD | Shaker Heights OH PD | Brooklyn OH PD |
| Highland Heights OH PD | Highland Heights OH PD | Brooklyn OH PD |
| Monroe County MI SO | Monroe County MI SO | |
| Five Rivers MetroParks OH PD | Five Rivers MetroParks OH PD | |
| Blackman/Leoni Public Safety MI | Blackman/Leoni Public Safety MI | Brooklyn OH PD |
| Brooklyn Heights OH PD | Brooklyn Heights OH PD (CONDOR),Brooklyn Heights OH PD | Brooklyn OH PD |
| Matteson IL PD | Matteson IL PD | |
| Pierce Township OH PD | Pierce Township OH PD | Brooklyn OH PD |
| Mentor on the Lake OH PD | Mentor on the Lake OH PD | Brooklyn OH PD |
| Montgomery County OH SO | Montgomery County OH SO | Brooklyn OH PD |
| Fulshear TX PD | Fulshear TX PD | Brooklyn OH PD |
| Green Township OH PD | Green Township OH PD | Brooklyn OH PD |
| Cleveland Heights OH PD | Cleveland Heights OH PD | Brooklyn OH PD |
| Brecksville OH PD | Brecksville OH PD | Brooklyn OH PD |
| Great Parks of Hamilton County OH PD | Great Parks of Hamilton County OH PD | |
| Richmond Heights OH PD | Richmond Heights OH PD | Brooklyn OH PD |
| Willoughby Hills OH PD | Willoughby Hills OH PD | Brooklyn OH PD |
| South Bend IN PD | South Bend IN PD | |
| Newburgh Heights OH PD | Newburgh Heights OH PD | Brooklyn OH PD |
| Reynoldsburg OH PD | Reynoldsburg OH PD | |
| Kettering OH PD | Kettering OH PD | |
| Lexington OH PD | Lexington OH PD | Brooklyn OH PD |
| Broadview Heights OH PD | Broadview Heights OH PD | Brooklyn OH PD |
| Brunswick OH PD | Brunswick OH PD | Brooklyn OH PD |
| Olmsted Falls OH PD | Olmsted Falls OH PD | Brooklyn OH PD |
| Springdale OH PD | Springdale OH PD | Brooklyn OH PD |
| Forest Park OH PD | Forest Park OH PD | Brooklyn OH PD |

| | | |
|---|---|---|
| North College Hill OH PD | North College Hill OH PD | |
| Lawrenceville GA PD | Lawrenceville GA PD | |
| Fairfield OH PD | Fairfield OH PD | Brooklyn OH PD |
| Olmsted Township OH PD | | Brooklyn OH PD |
| West Des Moines IA PD | | Brooklyn OH PD |
| McHenry County IL SO | | Brooklyn OH PD |
| WI Department of Justice | | Brooklyn OH PD |
| Cuyahoga County OH SO | | Brooklyn OH PD |
| Lawrence IN PD | | Brooklyn OH PD |
| Bryan OH PD | | Brooklyn OH PD |
| Bellville OH PD | | Brooklyn OH PD |
| Wichita KS PD | | Brooklyn OH PD |
| Trotwood OH PD | | Brooklyn OH PD |
| Brook Park OH PD | | Brooklyn OH PD |
| Centerville OH PD | | Brooklyn OH PD |
| SLED - South Carolina Law Enforcement Division | | Brooklyn OH PD |
| Ohio State Highway Patrol | | Brooklyn OH PD |
| Louisville Metro KY Arson Bureau | | Brooklyn OH PD |
| Louisville Metro KY PD | | Brooklyn OH PD |
| Canton OH PD | | Brooklyn OH PD |
| Cleveland Metro Parks OH PD | | Brooklyn OH PD |
| Brookhaven GA PD | | Brooklyn OH PD |
| New York State Police NY | | Brooklyn OH PD |
| Summit Metro Parks PD | | Brooklyn OH PD |
| Springboro OH PD | | Brooklyn OH PD |
| Altoona IA PD | | Brooklyn OH PD |
| Bazetta Township OH PD | | Brooklyn OH PD |
| Norton OH PD | | Brooklyn OH PD |
| Sunbury OH PD | | Brooklyn OH PD |
| Chardon OH PD | | Brooklyn OH PD |

| | |
|---|---|
| Westfield Center OH PD | Brooklyn OH PD |
| Hudson OH PD | Brooklyn OH PD |
| Case Western Reserve University OH PD | Brooklyn OH PD |
| Perrysburg Twp OH PD | Brooklyn OH PD |
| Marion OH PD | Brooklyn OH PD |
| Sylvania OH PD | Brooklyn OH PD |
| Woodmere OH PD | Brooklyn OH PD |
| Enon OH PD | Brooklyn OH PD |
| Montgomery OH PD | Brooklyn OH PD |
| Trumbull County OH SO | Brooklyn OH PD |
| Hubbard OH PD | Brooklyn OH PD |
| North Canton OH PD | Brooklyn OH PD |
| Ohio Drug TF (HIDTA / Moreland Hills OH PD) | Brooklyn OH PD |
| Dept. of Natural Resources OH PD | Brooklyn OH PD |
| Stow OH PD | Brooklyn OH PD |
| Xenia OH PD | Brooklyn OH PD |
| Windham OH PD | Brooklyn OH PD |
| Fairlawn OH PD | Brooklyn OH PD |
| Clinton Township OH PD | Brooklyn OH PD |
| Campbell OH PD | Brooklyn OH PD |
| Maumee OH PD | Brooklyn OH PD |
| Muskingum County OH SO | Brooklyn OH PD |
| New London OH PD | Brooklyn OH PD |
| Southwest Emergency Dispatch Center (OH) | Brooklyn OH PD |
| Miami County Park District OH Rangers | Brooklyn OH PD |
| Trenton OH PD | Brooklyn OH PD |
| FBI | Brooklyn OH PD |
| Lake MetroParks OH Rangers | Brooklyn OH PD |
| Butler County OH SO | Brooklyn OH PD |
| Cuyahoga Metro Housing Authority OH PD (CMHA) | Brooklyn OH PD |

| | |
|---|---|
| Ross Township OH PD | Brooklyn OH PD |
| Mahoning County OH SO | Brooklyn OH PD |
| Walton Hills OH PD | Brooklyn OH PD |
| Warren County OH SO | Brooklyn OH PD |
| Cleveland State University OH PD | Brooklyn OH PD |
| Jackson Center OH PD | Brooklyn OH PD |
| Rossford OH PD | Brooklyn OH PD |
| Howland Township OH PD | Brooklyn OH PD |
| Union City OH PD | Brooklyn OH PD |
| US Postal Inspection Service | Brooklyn OH PD |
| Waite Hill OH PD | Brooklyn OH PD |
| Parma OH PD | Brooklyn OH PD |
| Chagrin Valley Dispatch | Brooklyn OH PD |
| Kent OH PD | Brooklyn OH PD |
| Chagrin Falls OH PD | Brooklyn OH PD |
| Blendon Township OH PD | Brooklyn OH PD |
| New Lexington OH PD | Brooklyn OH PD |
| Copley Township OH PD | Brooklyn OH PD |
| Portage County OH SO | Brooklyn OH PD |
| Richland County OH SO | Brooklyn OH PD |
| Columbus OH PD | Brooklyn OH PD |
| Ashland County OH SO | Brooklyn OH PD |
| Newark OH PD | Brooklyn OH PD |
| Golf Manor OH PD | Brooklyn OH PD |
| University of Akron OH PD | Brooklyn OH PD |
| Preble County OH SO | Brooklyn OH PD |
| Shelby OH PD | Brooklyn OH PD |
| Ohio Bureau of Motor Vehicles (Ohio DPS) | Brooklyn OH PD |
| Conneaut OH PD | Brooklyn OH PD |
| Englewood OH PD | Brooklyn OH PD |

| | |
|---|---|
| Wyandot County OH SO | Brooklyn OH PD |
| Oregon OH PD | Brooklyn OH PD |
| University Circle OH PD | Brooklyn OH PD |
| Seven Hills OH PD | Brooklyn OH PD |
| Cortland OH PD | Brooklyn OH PD |
| Delaware County OH SO | Brooklyn OH PD |
| Bath Township OH PD | Brooklyn OH PD |
| Madison County OH SO | Brooklyn OH PD |
| Mount Vernon OH PD | Brooklyn OH PD |
| Northeast Ohio Regional Fusion Center | Brooklyn OH PD |
| Brimfield Township OH PD | Brooklyn OH PD |
| South Central OH Major Crimes Unit | Brooklyn OH PD |
| Fulton County OH SO | Brooklyn OH PD |
| Obetz OH PD | Brooklyn OH PD |
| Bellefontaine OH PD | Brooklyn OH PD |
| Napoleon OH PD | Brooklyn OH PD |
| Montville Township OH PD | Brooklyn OH PD |
| Powell OH PD | Brooklyn OH PD |
| Mason OH PD | Brooklyn OH PD |
| Oxford OH PD | Brooklyn OH PD |
| Ottawa County OH SO | Brooklyn OH PD |
| Goshen TWP OH PD | Brooklyn OH PD |
| Streetsboro OH PD | Brooklyn OH PD |
| Lima OH PD | Brooklyn OH PD |
| Lordstown OH PD | Brooklyn OH PD |
| Poland Village OH PD | Brooklyn OH PD |
| Hinckley OH PD | Brooklyn OH PD |
| Lebanon OH PD | Brooklyn OH PD |
| Kirtland OH PD | Brooklyn OH PD |
| Ohio DPS | Brooklyn OH PD |

| | |
|---|---|
| Alliance OH PD | Brooklyn OH PD |
| Sagamore Hills Township OH PD | Brooklyn OH PD |
| WEB Drug Taskforce - OH PD | Brooklyn OH PD |
| Medina Township OH PD | Brooklyn OH PD |
| Bentleyville OH PD | Brooklyn OH PD |
| Brunswick Hills OH PD | Brooklyn OH PD |
| Highland Hills OH PD | Brooklyn OH PD |
| Creston OH PD | Brooklyn OH PD |
| Cuyahoga Emergency Communications Systems OH (CECOMS) | Brooklyn OH PD |
| Grafton OH PD | Brooklyn OH PD |
| Grandview Heights OH PD | Brooklyn OH PD |
| Jackson Township OH PD (Mahoning County) | Brooklyn OH PD |
| Strongsville OH PD | Brooklyn OH PD |
| Buckeye Lake OH PD | Brooklyn OH PD |
| Lancaster OH PD | Brooklyn OH PD |
| Cleveland Clinic OH PD | Brooklyn OH PD |
| Delphos OH PD | Brooklyn OH PD |
| Mahoning Valley Law Enforcement TF (OH) | Brooklyn OH PD |
| Wellington OH PD | Brooklyn OH PD |
| Madison TWP (Franklin CO) OH PD | Brooklyn OH PD |
| Ohio Bureau of Criminal Investigation | Brooklyn OH PD |
| Clayton OH PD | Brooklyn OH PD |
| Perkins Township OH PD | Brooklyn OH PD |
| Granville OH PD | Brooklyn OH PD |
| Perry Township OH PD | Brooklyn OH PD |
| Norwalk OH PD | Brooklyn OH PD |
| Wyoming OH PD | Brooklyn OH PD |
| Ohio State University OH PD | Brooklyn OH PD |
| Louisville OH PD | Brooklyn OH PD |
| Lakeland Community College OH PD | Brooklyn OH PD |

| | |
|---|---|
| Lake County Prosecutor's Office (OH) | Brooklyn OH PD |
| Mayfield Heights OH PD | Brooklyn OH PD |
| Union Township OH PD | Brooklyn OH PD |
| Moreland Hills OH PD (Custom Hotlist) | Brooklyn OH PD |