# Devices - Newburgh Heights OH PD

**Name**
Adrian MI PD (4 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Akron OH (JCC Wing Cameras) (49 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Akron OH PD (145 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Alcoa TN PD (12 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Amherst OH PD (12 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Anderson PD IN (39 cameras)
**Relationship**
Access
**Search**

DEFENDANT'S EXHIBIT

9

1:22-cr-00615

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Arcanum OH PD (5 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Aurora OH PD (7 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Avon IN PD (6 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Avon Lake OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Bainbridge Township OH PD (2 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Baldwin County GA SO (40 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Baldwin County GA SO – RedSpeed (6 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Barberton OH PD (17 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Bay Village OH PD (8 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Baytown TX PD (58 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Bedford OH PD (16 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**
Belpre OH PD (3 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Berea OH PD (7 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Bloomfield NM PD (5 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Blue Ash OH PD (36 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Bratenahl OH PD (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Brecksville OH PD (20 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**

Enabled

**Name**
Broadview Heights OH PD (8 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Brooklyn Heights OH PD (8 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Brooklyn OH PD (17 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Brunswick OH PD (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Bullitt County KY SO (4 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Butler Township OH PD (4 cameras)
**Relationship**
Access
**Search**
Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Calhoun County AL SO (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Centerville OH PD (13 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Clearwater FL PD (21 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Cleveland Heights OH PD (20 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Cleveland OH Division of Police (100 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Clinton Township OH PD (12 cameras)

**Relationship**

Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled

Name
Cobb County GA PD (130 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled

Name
Collier County FL SO (25 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled

Name
Cuyahoga Falls OH PD (25 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Enabled

Name
Cuyahoga Falls OH PD (FLEX) (1 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Enabled

Name
Cuyahoga Heights OH PD (13 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled

**Name**
Delhi Twp OH PD (16 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
East Cleveland OH PD (25 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled


**Name**
East Lancaster PID (8 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled


**Name**
Eastlake OH PD (11 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
Euclid OH PD (21 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
Evendale OH PD (19 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**

Disabled

**Name**
Fairfield OH PD (44 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Fairview Park OH PD (5 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Forest Park OH PD (35 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Fort Worth TX PD (71 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Fort Worth TX PD PID #11 (4 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Fort Worth TX PD Wing Cameras (117 cameras)
**Relationship**
Access
**Search**
Enabled

**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled


**Name**
Franklin OH PD (12 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled


**Name**
Gallia County OH SO (17 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
Garfield Heights OH PD (19 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
Garfield Heights OH PD (FLEX) (1 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
Gates Mills Village OH PD (5 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
German Township (Clark Co) OH PD (5 cameras)
**Relationship**

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Goshen IN PD (18 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Great Parks of Hamilton County OH PD (9 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Green Township OH PD (32 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Grove City OH PD (31 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Groveport OH PD (10 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Enabled

Name

Hamilton County OH SO (37 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Hamilton OH PD (25 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Harrison OH PD (3 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Hazel Park MI PD (7 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Heath OH PD (10 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Enabled

Hotlist Tool

Enabled


Name

Highland Heights OH PD (6 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Enabled

**Name**
Holland OH PD (3 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Houston PD (TX) (435 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Houston PD (TX) – Flex Cams (22 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Hunting Valley OH PD (27 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Huron OH PD (5 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Independence OH PD (31 cameras)
**Relationship**
Access
**Search**
Enabled

**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Indian Hill OH PD (25 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Jasper County IN SO (2 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Justice IL PD (9 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Kokomo IN PD (3 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Lake County OH SO (6 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Lakewood OH PD (50 cameras)
**Relationship**

Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Enabled


Name
Lawrenceville GA PD (25 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled


Name
Lexington OH PD (5 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled


Name
Licking County OH SO (0 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled


Name
Lodi OH PD (6 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Enabled


Name
London OH PD (7 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled

**Name**
Lorain OH PD (40 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
Loveland OH PD (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled


**Name**
Lyndhurst OH PD (7 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
Macedonia OH PD (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
Maple Heights OH PD (32 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled


**Name**
Marysville OH PD (14 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**

Enabled

**Name**
Mayfield Village OH PD (4 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Medina County OH SO (6 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Medina OH PD (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Mentor OH PD (29 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Mentor on the Lake OH PD (3 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Miami County OH SO (8 cameras)
**Relationship**
Access
**Search**
Enabled

Device Mgmt
Disabled
**Hotlist Tool**
Disabled

**Name**
Miami County Park District OH Rangers (5 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Middleburg Heights OH PD (20 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Enabled
**Hotlist Tool**
Enabled

**Name**
Middleburg Heights OH PD - Flex (1 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Monroe County MI SO (4 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Monroe GA PD (25 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Montgomery County OH SO (42 cameras)
**Relationship**

Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Enabled


Name
Moreland Hills OH PD (6 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled


Name
Mt. Healthy OH PD (2 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled


Name
Muskingum County OH Falcons (9 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled


Name
Muskingum County OH FLEX (1 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled


Name
Newark OH PD (24 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled

**Name**
Newburgh Heights OH PD (8 cameras)
**Relationship**
Owner
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Niles OH PD (24 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
North Canton OH PD (5 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
North Olmsted OH PD (15 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
North Ridgeville OH PD (22 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
North Royalton OH PD (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**

Enabled

**Name**
Northfield OH PD (2 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Oakwood Village OH PD (6 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Oberlin OH PD (4 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Ohio Attorney General's Office - OOCIC (Flex) (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Olmsted Falls OH PD (3 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Orange Beach AL PD (5 cameras)
**Relationship**
Access
**Search**
Enabled

**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Orange County FL SO (25 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Orange Village OH PD (9 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Parma Heights OH PD (12 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Peotone IL PD (1 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Pepper Pike OH PD (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Pittsboro IN PD (7 cameras)
**Relationship**

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled

Name

Port Clinton OH PD (8 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled

Name

Richfield OH PD (6 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Enabled

Name

Richmond Heights OH PD (7 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled

Name

Rocky River OH PD (13 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Enabled

Name

Sagamore Hills Township OH PD (3 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled

**Name**
Sarasota FL PD (31 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled


**Name**
Seville OH PD (6 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
Shaker Heights OH PD (7 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
Sharonville OH PD (23 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled


**Name**
Sheffield Village OH PD (8 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled


**Name**
Solon OH PD (12 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**

Enabled

**Name**
South Bend IN PD (45 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
South Euclid OH PD (15 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
South Russell OH PD (12 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Springdale OH PD (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Springfield OH PD (36 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Springfield Township OH (Hamilton Co) PD (35 cameras)
**Relationship**
Access
**Search**
Enabled

**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Springport Twp MI PD (1 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Enabled
**Hotlist Tool**
Enabled

**Name**
Sumner County TN SO (8 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Thornton CO PD (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Tipp City OH PD (8 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Titusville FL PD (15 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Toledo OH PD (95 cameras)
**Relationship**

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Trotwood OH PD (14 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Troy OH PD (9 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Enabled


Name

Tuscarawas County OH SO (FLEX) (9 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled


Name

Twinsburg OH PD (12 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Enabled


Name

University of Toledo (30 cameras)

Relationship

Access

Search

Enabled

Device Mgmt

Disabled

Hotlist Tool

Disabled

Name
Vandalia OH PD (11 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled

Name
Wadsworth OH PD (12 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Enabled

Name
Warrensville Heights OH PD (23 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled

Name
West Milton OH PD (2 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled

Name
Westerville OH PD (21 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool
Disabled

Name
Westlake OH PD (24 cameras)
Relationship
Access
Search
Enabled
Device Mgmt
Disabled
Hotlist Tool

Disabled

**Name**
Whitehall OH PD (25 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Wichita Falls TX PD (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Wickliffe OH PD (4 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Willoughby Hills OH PD (8 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Willoughby OH PD (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Willowick OH PD (3 cameras)
**Relationship**
Access
**Search**
Enabled

Device mgmt

Disabled

Hotlist Tool

Enabled