**Michelle Gable**

| | |
|---|---|
| **From:** | Shana Samson <ssamson@mhglegal.com> |
| **Sent:** | Wednesday, August 7, 2024 3:14 PM |
| **To:** | Susan Jacobsen |
| **Cc:** | Ben Reese |
| **Subject:** | RE: Chagrin Valley Dispatch |

Here you go. Hopefully you can withdraw your motion.
Shana

1.  Akron OH (JCC Wing Cameras) (0 cameras)
2.  Akron OH PD (146 cameras)
3.  Aurora OH PD (7 cameras)
4.  Bainbridge Township OH PD (2 cameras)
5.  Barberton OH PD (17 cameras)
6.  Bedford OH PD (16 cameras)
7.  Berea OH PD (7 cameras)
8.  Brecksville OH PD (22 cameras)
9.  Broadview Heights OH PD (8 cameras)
10. Brooklyn Heights OH PD (CONDOR) (2 cameras)
11. Brooklyn OH PD (17 cameras)
12. Brunswick OH PD (10 cameras)
13. Cleveland Heights OH PD (20 cameras)
14. Cleveland OH Division of Police (100 cameras)
15. Cuyahoga Falls OH PD (25 cameras)
16. Cuyahoga Heights OH PD (13 cameras)
17. East Cleveland OH PD (25 cameras)
18. Eastlake OH PD (11 cameras)
19. Euclid OH PD (29 cameras)
20. Fairview Park OH PD (5 cameras)
21. Garfield Heights OH PD (19 cameras)
22. Garfield Heights OH PD (FLEX) (1 camera)
23. Gates Mills Village OH PD (5 cameras)
24. Glenwillow OH PD (3 cameras)
25. Hamilton County OH SO (52 cameras)
26. Highland Heights OH PD (6 cameras)
27. Hunting Valley OH PD (27 cameras)
28. Independence OH PD (31 cameras)
29. Lake County OH SO (7 cameras)
30. Lakewood OH PD (50 cameras)
31. Lyndhurst OH PD (7 cameras)
32. Maple Heights OH PD (32 cameras)
33. Maple Heights OH PD (Raven) (90 cameras)
34. Marysville OH PD (14 cameras)
35. Mentor OH PD (29 cameras)
36. Mentor on the Lake OH PD (3 cameras)

DEFENDANT'S
EXHIBIT

**10**

1:22-cr-00615

37. Middleburg Heights OH PD (20 cameras)
38. Montgomery County OH SO (40 cameras)
39. Moreland Hills OH PD (6 cameras)
40. Newburgh Heights OH PD (12 cameras)
41. North Ridgeville OH PD (22 cameras)
42. North Royalton OH PD (10 cameras)
43. Northfield OH PD (2 cameras)
44. Oakwood Village OH PD (6 cameras)
45. Orange Village OH PD (9 cameras)
46. Pepper Pike OH PD (10 cameras)
47. Richmond Heights OH PD (8 cameras)
48. Shaker Heights OH PD (7 cameras)
49. Signature of Solon (OH) (8 cameras)
50. Solon OH PD (14 cameras)
51. South Euclid OH PD (18 cameras)
52. South Russell OH PD (12 cameras)
53. Thornbury (OH) (4 cameras)
54. Wadsworth OH PD (12 cameras)
55. Warrensville Heights OH PD (23 cameras)
56. Willoughby Hills OH PD (8 cameras)
57. Willoughby OH PD (10 cameras)

Shana A. Samson
Matty, Henrikson & Greve
1001 Lakeside Ave., Suite 1410
Cleveland, Ohio 44114
(216) 621-6570, ext. 108
Fax (216) 621-1127
ssamson@mhglegal.com

The information contained in this communication may be confidential and may be subject to the attorney-client privilege.  This email is for the use of the intended recipient(s) only.  If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.

**From:** Susan Jacobsen [mailto:sjacobsen@flannerygeorgalis.com]
**Sent:** Tuesday, August 06, 2024 3:19 PM
**To:** Shana Samson <ssamson@mhglegal.com>
**Cc:** Ben Reese <breese@flannerygeorgalis.com>
**Subject:** RE: Chagrin Valley Dispatch

Ok, thank you. I understand that. Just so we're all on the same page, are you telling me that you have sent me the data for all the agencies CVD does have access to? If so, that's great, I just need your confirmation that in that case CVD has access to 32 agencies and not 57 as previously stated.

If that's incorrect, then please provide me the data for the other 22 agencies that CVD does have access to (whatever agencies they may be – I understand they are not the ones on the list you provided). Because I only have data for 32 at this point.

Thank you,
Susan

Susan Jacobsen
Associate Attorney
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
(216) 666-2319 (Direct Dial)
(612) 759-0114 (Mobile)
sjacobsen@flannerygeorgalis.com
www.flannerygeorgalis.com
Charlotte | Cleveland | Columbus | Detroit | Pittsburgh

FLANNERY | GEORGALIS
LLC

The information contained in this email transmission and any attachments thereto is intended for use by only the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email and any attachments or other communication of contents is strictly prohibited.  If you have received this email in error, please immediately notify Christina Bidwell at (216) 273-0265 and permanently delete the original copy or printout.

**From:** Shana Samson <ssamson@mhglegal.com>
**Sent:** Tuesday, August 6, 2024 3:15 PM
**To:** Susan Jacobsen <sjacobsen@flannerygeorgalis.com>
**Subject:** RE: Chagrin Valley Dispatch

Susan,
CVD does not provide its employees with access to those agencies. That is why Nick does not have the number of cameras. They are not included in the search command thus he cannot see how many cameras they have.
Shana

Shana A. Samson
Matty, Henrikson & Greve
1001 Lakeside Ave., Suite 1410
Cleveland, Ohio 44114
(216) 621-6570, ext. 108
Fax (216) 621-1127
ssamson@mhglegal.com

The information contained in this communication may be confidential and may be subject to the attorney-client privilege.  This email is for the use of the intended recipient(s) only.  If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.

**From:** Susan Jacobsen [mailto:sjacobsen@flannerygeorgalis.com]
**Sent:** Tuesday, August 06, 2024 3:05 PM
**To:** Shana Samson <ssamson@mhglegal.com>
**Cc:** Ben Reese <breese@flannerygeorgalis.com>
**Subject:** RE: Chagrin Valley Dispatch

Shana:

Apologies for my belated response as I was out ill yesterday. In one of your previous emails, you stated, "CVD has 57 units that they give their staff access to." Subsequently, you emailed me a list of 32 agencies and the corresponding number of cameras. You also sent me a screenshot of 57 agencies and asked me to cross reference those, which I did. In your last email, you sent me three more agencies with their corresponding camera numbers (Newburgh Heights, Oakwood Village, and Richmond Heights), so now I have date for 35 of the 57 agencies CVD has access to.

I believe we are very close to being able to withdraw our motion to compel, and I do appreciate your work so far. However, we need the numbers of cameras for the remaining 22 agencies. I have to other information other than what you've sent me and am unable to determine what those 22 agencies are. I am hopeful you and Nick will be able to get us this last chunk of information. Please let me know. It might be easiest for Nick to simply download the full device list as I've previously mentioned, and he could indicate which ones CVD uses (or does not use). I think that would be much cleaner as well—one cohesive document instead of this back-and-forth piecemeal.  However, if you have a different way, that's fine with me. I'm just trying to get the information I need here so that I can finish my motion and we can hopefully put this to rest.

Thank you,
Susan

Susan Jacobsen
Associate Attorney
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
(216) 666-2319 (Direct Dial)
(612) 759-0114 (Mobile)
sjacobsen@flannerygeorgalis.com
www.flannerygeorgalis.com
Charlotte | Cleveland | Columbus | Detroit | Pittsburgh



The information contained in this email transmission and any attachments thereto is intended for use by only the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email and any attachments or other communication of contents is strictly prohibited.  If you have received this email in error, please immediately notify Christina Bidwell at (216) 273-0265 and permanently delete the original copy or printout.

**From:** Shana Samson <ssamson@mhglegal.com>
**Sent:** Monday, August 5, 2024 7:39 AM
**To:** Susan Jacobsen <sjacobsen@flannerygeorgalis.com>
**Subject:** RE: Chagrin Valley Dispatch

Susan,

See below.

There are agencies on the list that CVD does not permit staff access to because of their geographic distance. He is not aware how many cameras those agencies have because they are not on CVD's "access level".  CVD does access Brooklyn Hts, Glenwillow and Garfield.

- Akron OH JCC Wing Cameras
- Barberton
- Berea
- Cuyahoga Falls
- Eastlake
- Fairview Park
- Garfield Heights
  - **Included in the original response**
- Hamilton County OH SO
- Lake County OH SO
- Lakewood
- Maple Heights
  - **Included in the original response**
- Marysville
- Mentor
- Mentor on the Lake
- Middleburg Heights
- Montgomery County OH SO
- Newburgh Heights

> Name
> Newburgh Heights OH PD (12 cameras)

- North Ridgeville

- North Royalton
- Northfield
- Oakwood Village

**Name**
Oakwood Village OH PD (6 cameras)

- Richmond Heights

**Name**
Richmond Heights OH PD (8 cameras)

- Wadsworth
- Willoughby
- Willoughby Hills

Shana A. Samson
Matty, Henrikson & Greve
1001 Lakeside Ave., Suite 1410
Cleveland, Ohio 44114
(216) 621-6570, ext. 108
Fax (216) 621-1127
ssamson@mhglegal.com

The information contained in this communication may be confidential and may be subject to the attorney-client privilege.  This email is for the use of the intended recipient(s) only.  If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.

**From:** Susan Jacobsen [mailto:sjacobsen@flannerygeorgalis.com]
**Sent:** Wednesday, July 31, 2024 2:55 PM
**To:** Shana Samson <ssamson@mhglegal.com>
**Cc:** Ben Reese <breese@flannerygeorgalis.com>
**Subject:** RE: Chagrin Valley Dispatch

Hi Shana,

Thanks. After cross-referencing the lists, it appears that we are missing data for the following agencies:

- Akron OH JCC Wing Cameras
- Barberton
- Berea
- Cuyahoha Falls
- Eastlake
- Fairview Park
- Garfield Heights
- Hamilton County OH SO
- Lake County OH SO
- Lakewood
- Maple Heights
- Marysville
- Mentor
- Mentor on the Lake
- Middleburg Heights
- Montgomery County OH SO
- Newburgh Heights
- North Ridgeville
- North Royalton
- Northfield
- Oakwood Village
- Richmond Heights
- Wadsworth
- Willoughby
- Willoughby Hills

All the above 25 agencies are on the first list of 57 you sent me but are not listed on the subsequent list of 32. With that being said, there are three agencies listed in the list of 32 (Brooklyn Heights, Glenwillow, and Warrensville Heights) that are not included in the original list of 57. Please confirm that CVD also searches/accesses the cameras of Brooklyn Heights, Glenwillow, and Warrensville Heights.

Thanks,
Susan

Susan Jacobsen
Associate Attorney
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
(216) 666-2319 (Direct Dial)
(612) 759-0114 (Mobile)
sjacobsen@flannerygeorgalis.com
www.flannerygeorgalis.com
Charlotte | Cleveland | Columbus | Detroit | Pittsburgh



The information contained in this email transmission and any attachments thereto is intended for use by only the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email and any attachments or other communication of contents is strictly prohibited.  If you have received this email in error, please immediately notify Christina Bidwell at (216) 273-0265 and permanently delete the original copy or printout.

**From:** Shana Samson <ssamson@mhglegal.com>
**Sent:** Wednesday, July 31, 2024 2:02 PM
**To:** Susan Jacobsen <sjacobsen@flannerygeorgalis.com>
**Subject:** RE: Chagrin Valley Dispatch

Susan,
As I said before, Nick took screen shots of the cameras that "sound familiar". I don't think he was going off the list of 57. If you want to check the list of cameras that I sent in the last message against the list of 57, I can see if he can check the remaining agencies for the amount of cameras.
Shana

Shana A. Samson
Matty, Henrikson & Greve
1001 Lakeside Ave., Suite 1410
Cleveland, Ohio 44114
(216) 621-6570, ext. 108
Fax (216) 621-1127
ssamson@mhglegal.com

The information contained in this communication may be confidential and may be subject to the attorney-client privilege.  This email is for the use of the intended recipient(s) only.  If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.

**From:** Susan Jacobsen [mailto:sjacobsen@flannerygeorgalis.com]
**Sent:** Wednesday, July 31, 2024 1:58 PM
**To:** Shana Samson <ssamson@mhglegal.com>
**Cc:** Ben Reese <breese@flannerygeorgalis.com>
**Subject:** RE: Chagrin Valley Dispatch

Hi Shana,

We appreciate your efforts here. I'm not trying to be difficult, but I'm only seeing 32 agencies on this list. I apologize if I'm missing something or not understanding, but I'm wondering where the other 25 agencies are since there are 57 total.

Thank you,
Susan

Susan Jacobsen
Associate Attorney
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
(216) 666-2319 (Direct Dial)
(612) 759-0114 (Mobile)
sjacobsen@flannerygeorgalis.com
www.flannerygeorgalis.com
Charlotte | Cleveland | Columbus | Detroit | Pittsburgh

FLANNERY | GEORGALIS
LLC

The information contained in this email transmission and any attachments thereto is intended for use by only the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email and any attachments or other communication of contents is strictly prohibited.  If you have received this email in error, please immediately notify Christina Bidwell at (216) 273-0265 and permanently delete the original copy or printout.

**From:** Shana Samson <ssamson@mhglegal.com>
**Sent:** Wednesday, July 31, 2024 1:47 PM
**To:** Susan Jacobsen <sjacobsen@flannerygeorgalis.com>
**Subject:** FW: Chagrin Valley Dispatch

This is the best he could do. He took screen shots of the cameras that sound familiar because he is not sure how many cameras there are. You can use this list and match up to the 57 CVD covers to try to get an approximate number of cameras.
Thanks, Shana

Shana A. Samson
Matty, Henrikson & Greve
1001 Lakeside Ave., Suite 1410
Cleveland, Ohio 44114
(216) 621-6570, ext. 108
Fax (216) 621-1127
ssamson@mhglegal.com

The information contained in this communication may be confidential and may be subject to the attorney-client privilege.  This email is for the use of the intended recipient(s) only.  If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.

| Name |
| --- |
| Aurora OH PD (7 cameras) |

**Name**
Bainbridge Township OH PD (2 cameras)

**Name**
Bedford OH PD (16 cameras)

**Name**
Broadview Heights OH PD (8 cameras)

**Name**
Brecksville OH PD (22 cameras)

**Name**
Brooklyn Heights OH PD (CONDOR) (2 cameras)

**Name**
Brooklyn OH PD (17 cameras)

**Name**
Cleveland Heights OH PD (20 cameras)

**Name**
Cleveland OH Division of Police (100 cameras)

**Name**
Cuyahoga Heights OH PD (13 cameras)

**Name**
East Cleveland OH PD (25 cameras)

**Name**
Euclid OH PD (29 cameras)

**Name**
Garfield Heights OH PD (19 cameras)

**Name**
Garfield Heights OH PD (FLEX) (1 cameras)

**Name**
Gates Mills Village OH PD (5 cameras)

**Name**
Glenwillow OH PD (3 cameras)

**Name**
Highland Heights OH PD (6 cameras)

**Name**
Hunting Valley OH PD (27 cameras)

**Name**
Independence OH PD (31 cameras)

**Name**

Lyndhurst OH PD (7 cameras)

**Name**
Maple Heights OH PD (32 cameras)

**Name**
Maple Heights OH PD (Raven) (90 cameras)

**Name**
Moreland Hills OH PD (6 cameras)

**Name**
Orange Village OH PD (9 cameras)

**Name**
Pepper Pike OH PD (10 cameras)

**Name**
Shaker Heights OH PD (7 cameras)

**Name**
Signature of Solon (OH) (8 cameras)

**Name**
Solon OH PD (14 cameras)

**Name**
South Euclid OH PD (18 cameras)

**Name**
South Russell OH PD (12 cameras)

**Name**
Thornbury (OH) (4 cameras)

**Name**
Warrensville Heights OH PD (23 cameras)

**From:** Shana Samson <ssamson@mhglegal.com>
**Sent:** Wednesday, July 31, 2024 11:23
**To:** Nick DiCicco <DiCiccoN@cvdispatch.com>
**Subject:** RE: Chagrin Valley Dispatch

[**!!WARNING!!:** This email originated outside of this email system. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.]

Are you able to get her the **number of cameras** that are included in those 57 units?

Thanks,
Shana

Shana A. Samson
Matty, Henrikson & Greve
1001 Lakeside Ave., Suite 1410
Cleveland, Ohio 44114
(216) 621-6570, ext. 108
Fax (216) 621-1127
ssamson@mhglegal.com

The information contained in this communication may be confidential and may be subject to the attorney-client privilege.  This email is for the use of the intended recipient(s) only.  If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.

**From:** Nick DiCicco [mailto:DiCiccoN@cvdispatch.com]
**Sent:** Tuesday, July 30, 2024 8:18 AM
**To:** Shana Samson <ssamson@mhglegal.com>; Dave Matty <dmatty@mhglegal.com>
**Subject:** RE: Chagrin Valley Dispatch

See attached.

135 agencies have shared their cameras with us.

It's senseless to have Michigan or Blue Ash, Ohio in our group.

We have 57 units in our group that we give our staff access to.  It's all o four member agencies as well as those that border us.

**Name**
CVD - 1
**Category:**
Unassigned

**User Mgmt**
Enabled

**Search**
Enabled

**Device Mgmt**
Disabled

---

**From:** Shana Samson <ssamson@mhglegal.com>
**Sent:** Tuesday, July 30, 2024 07:58
**To:** Nick DiCicco <DiCiccoN@cvdispatch.com>; Dave Matty <dmatty@mhglegal.com>
**Subject:** FW: Chagrin Valley Dispatch

[!!WARNING!!: This email originated outside of this email system. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.]


Nick,
Sorry to keep bugging you on this one, but please see Susan's email below and let me know if you are able to get this information for her.
Thanks, Shana


Shana A. Samson
Matty, Henrikson & Greve
1001 Lakeside Ave., Suite 1410
Cleveland, Ohio 44114
(216) 621-6570, ext. 108
Fax (216) 621-1127
ssamson@mhglegal.com


The information contained in this communication may be confidential and may be subject to the attorney-client privilege.  This email is for the use of the intended recipient(s) only.  If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.


---

**From:** Susan Jacobsen [mailto:sjacobsen@flannerygeorgalis.com]
**Sent:** Monday, July 29, 2024 4:52 PM
**To:** Shana Samson <ssamson@mhglegal.com>
**Cc:** Lambert Guinn <lguinn@flannerygeorgalis.com>; Ben Reese <breese@flannerygeorgalis.com>
**Subject:** RE: Chagrin Valley Dispatch

Hi Shana,

Thank you for this information. I do have a couple of follow up questions:

1. You stated "57 different agencies have shared their cameras with us **as well as every other agency in NE Ohio**." I am a bit confused by this—I assume that mean there are more than the 57 agencies sharing cameras with CVD? Are the 57 agencies just the ones in Cuyahoga County?
2. In the share lists I've received from other departments, it shows the number of cameras in each network. Please see the attached for an example of how the full report looks. We are hoping to get a copy of the full report, which CVD should be able to access by going to the Admin Tab and clicking on "Devices." The screenshot you sent appears to be from the Networks section.

We very much appreciate your cooperation, and I think we are getting close. Our desire is to withdraw the motion to compel. I am hoping you will be able to get us the full list of shared cameras that include the camera numbers—please let me know your thoughts or if you have any questions and would like to discuss further.

Thank you,
Susan

Susan Jacobsen
Associate Attorney
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
(216) 666-2319 (Direct Dial)
(612) 759-0114 (Mobile)
sjacobsen@flannerygeorgalis.com
www.flannerygeorgalis.com
Charlotte | Cleveland | Columbus | Detroit | Pittsburgh

FLANNERY | GEORGALIS LLC

The information contained in this email transmission and any attachments thereto is intended for use by only the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email and any attachments or other communication of contents is strictly prohibited.  If you have received this email in error, please immediately notify Christina Bidwell at (216) 273-0265 and permanently delete the original copy or printout.

**From:** Shana Samson <ssamson@mhglegal.com>
**Sent:** Monday, July 29, 2024 8:05 AM
**To:** Susan Jacobsen <sjacobsen@flannerygeorgalis.com>
**Cc:** Lambert Guinn <lguinn@flannerygeorgalis.com>; Ben Reese <breese@flannerygeorgalis.com>
**Subject:** RE: Chagrin Valley Dispatch

Susan,
Yes. I apologize for the delay. I had a huge motion due last week. Nick got me some information, see below. He is still trying to see if his IT team can pull up data from December 20, 2021.

CVD does not have any specific policies on who can search Flock. He said that the agencies that have Flock cameras simply share their cameras with CVD and they run searches based on requests from officers in the field. All dispatchers can run the searches. He said that there is a field to enter a reason for the search, but it is not mandatory to enter data into that field in order to run the search.

- **57 different agencies have shared their cameras with us as well as every other agency in NE Ohio**

## Networks

Garfield Heights OH PD  ✕  Bainbridge Township OH PD  ✕

North Royalton OH PD  ✕  Gates Mills Village OH PD  ✕

Brecksville OH PD  ✕  Mentor OH PD  ✕  Lyndhurst OH PD  ✕

Cleveland OH Division of Police  ✕  Oakwood Village OH PD  ✕

Willoughby OH PD  ✕  Mentor on the Lake OH PD  ✕  Euclid OH PD  ✕

Independence OH PD  ✕  Aurora OH PD  ✕  Northfield OH PD  ✕

North Ridgeville OH PD  ✕  Cuyahoga Falls OH PD  ✕

Brooklyn OH PD  ✕  Barberton OH PD  ✕

Garfield Heights OH PD (FLEX)  ✕  Eastlake OH PD  ✕

Moreland Hills OH PD  ✕  Cleveland Heights OH PD  ✕

Shaker Heights OH PD  ✕  East Cleveland OH PD  ✕

Middleburg Heights OH PD  ✕  Marysville OH PD  ✕

South Russell OH PD  ✕  Willoughby Hills OH PD  ✕

Wadsworth OH PD  ✕  Orange Village OH PD  ✕

Richmond Heights OH PD  ✕  Solon OH PD  ✕

Montgomery County OH SO  ✕  Berea OH PD  ✕

Cuyahoga Heights OH PD  ✕  Broadview Heights OH PD  ✕

Pepper Pike OH PD  ✕  Newburgh Heights OH PD  ✕

Hunting Valley OH PD  ✕  South Euclid OH PD  ✕  Bedford OH PD  ✕

Lake County OH SO  ✕  Thornbury (OH)  ✕  Brunswick OH PD  ✕

Lakewood OH PD  ✕  Highland Heights OH PD  ✕

Fairview Park OH PD  ✕  Maple Heights OH PD  ✕

Akron OH (JCC Wing Cameras)  ✕  Hamilton County OH SO  ✕

Signature of Solon (OH)  ✕  Maple Heights OH PD (Raven)  ✕

✕

- **He can only do 30-day reports and he is trying to see if his IT department can do a search for the 30 day period including December 20, 2021.**

Let me know your thoughts.
Thanks, Shana

Shana A. Samson
Matty, Henrikson & Greve
1001 Lakeside Ave., Suite 1410
Cleveland, Ohio 44114
(216) 621-6570, ext. 108
Fax (216) 621-1127
ssamson@mhglegal.com

The information contained in this communication may be confidential and may be subject to the attorney-client privilege.  This email is for the use of the intended recipient(s) only.  If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message.  We cannot accept liability for any loss or damage caused by software viruses.

---

**From:** Susan Jacobsen [mailto:sjacobsen@flannerygeorgalis.com]
**Sent:** Friday, July 26, 2024 4:20 PM
**To:** Shana Samson <ssamson@mhglegal.com>
**Cc:** Lambert Guinn <lguinn@flannerygeorgalis.com>; Ben Reese <breese@flannerygeorgalis.com>
**Subject:** Chagrin Valley Dispatch

Hi Shana,

I wanted to follow up with you to see if you'd had a chance to have any further discussions with your client about documents responsive to the subpoena. Specifically, I know you and I had discussed the device sharing list, which can be access in the Flock system by going to the Admin Tab and clicking on "Devices." That list can then be exported to either PDF or Excel. Please let me know if you are planning to produce that or any other documents, and if you have any further questions for us.

Thank you,
Susan

Susan Jacobsen
Associate Attorney
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114

(216) 666-2319 (Direct Dial)
(612) 759-0114 (Mobile)
sjacobsen@flannerygeorgalis.com
www.flannerygeorgalis.com
Charlotte | Cleveland | Columbus | Detroit | Pittsburgh

**FLANNERY | GEORGALIS** LLC

The information contained in this email transmission and any attachments thereto is intended for use by only the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email and any attachments or other communication of contents is strictly prohibited.  If you have received this email in error, please immediately notify Christina Bidwell at (216) 273-0265 and permanently delete the original copy or printout.