N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-CR-00615 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT'S MOTION TO SUPPRESS** |
| LAWRENCE STURDIVANT, | ) | **ALL EVIDENCE STEMMING FROM THE** |
| | ) | **WARRANTLESS SEARCH OF HIS** |
| Defendant. | ) | **LOCATION DATA** |
| | ) | |
| | ) | |

### Exhibit 13 – Willoughby OH PD Flock Audit

By agreement of the parties, and in accordance with the Court's Protective Orders (Doc #: 17 and 79), the information is this document is fully redacted from the public docket in this case.

A complete copy of Exhibit 13 was filed with the Court under seal at Doc # 92-13.

**DEFENDANT'S EXHIBIT 13**
1:22-cr-00615