N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:22-CR-00615 |
| Plaintiff, | ) JUDGE J. PHILIP CALABRESE |
| v. | ) |
| LAWRENCE STURDIVANT, | ) **DEFENDANT'S MOTION TO SUPPRESS ALL EVIDENCE STEMMING FROM THE WARRANTLESS SEARCH OF HIS LOCATION DATA** |
| Defendant. | ) |

**Exhibit 14 – Search Warrant Affidavit – Mr. Sturdivant's Vehicle**

By agreement of the parties, and in accordance with the Court's Protective Orders (Doc #: 17 and 79), the information is this document is fully redacted from the public docket in this case.

A complete copy of Exhibit 14 was filed with the Court under seal at Doc # 92-14.

**DEFENDANT'S EXHIBIT 14 1:22-cr-00615**