

ID: c918e6a4-79dc-4889-a5b0-c6ca0d6f9f32                    rs151935   1/13/2022 1:48:12 PM UTC-05:00

## License Plate Number:          N472040





| Nearest Address | Clark Avenue, Cleveland, Cuyahoga County, Ohio, 44102 |
|---|---|
| Nearest Cross Street | Twinkie Lane |

### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 12/26/2021 11:42:33 AM UTC-05:00 |
| GPS | (41.469935, -81.699450) Error Radius: 0.00m |
| Speed | mph |
| Reader | Cleveland-W25TH-Clark-NB-EB |
| Reader Notes | |
| User | |
| Camera | CLARK AVE-EB |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

**DEFENDANT'S EXHIBIT**

**17**

**1:22-cr-00615**

USAO_000870



ID: c918e6a4-79dc-4889-a5b0-c6ca0d6f9f32                    rs151935   1/13/2022 1:48:12 PM UTC-05:00

**License Plate Number:**        **N472040**





USAO_000871



ID: 42a88ef2-078a-46e4-9dbc-22bbb64578a8                    rs151935   1/13/2022 1:48:17 PM UTC-05:00

## License Plate Number:          N472040







| Nearest Address | Worton Park Drive, Mayfield, Cuyahoga County, Ohio, 44143 |
|---|---|
| Nearest Cross Street | Wilson Mills Road |

### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 12/17/2021 3:19:13 PM UTC-05:00 |
| GPS | (41.538898, -81.453857) Error Radius: 0.00m |
| Speed | mph |
| Reader | Mayfield Village-Wilson Mills-Worton Park |
| Reader Notes | |
| User | |
| Camera | WILSON MILLS-WB Lane 1 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

USAO_000872



ID: 42a88ef2-078a-46e4-9dbc-22bbb64578a8                    rs151935   1/13/2022 1:48:17 PM UTC-05:00

**License Plate Number:**          **N472040**







ID: 9eb3872c-0ae9-4e20-b21c-488a936cdd28                    rs151935   1/13/2022 1:48:18 PM UTC-05:00

## License Plate Number:          N472040







| Nearest Address | Cedar Road, Beachwood, Cuyahoga County, Ohio, 44040 |
|---|---|
| Nearest Cross Street | Richmond Road |

### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 12/17/2021 2:56:42 PM UTC-05:00 |
| GPS | (41.501264, -81.497694) Error Radius: 0.00m |
| Speed | mph |
| Reader | Beachwood-Cedar-Richmond-EB-SB |
| Reader Notes | |
| User | |
| Camera | CEDAR RD-EB Lane 1 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

USAO_000874



ID: 9eb3872c-0ae9-4e20-b21c-488a936cdd28                    rs151935   1/13/2022 1:48:18 PM UTC-05:00

**License Plate Number:**          **N472040**



USAO_000875



ID: 4be6410d-d46d-4329-bc34-e6c1ff4d4ec2                    rs151935    1/13/2022 1:48:20 PM UTC-05:00

## License Plate Number:    N472040





| Nearest Address | West 117th Street, Lakewood, Cuyahoga County, Ohio, 44111 |
|---|---|
| Nearest Cross Street | Madison Avenue |

### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 12/16/2021 6:56:53 AM UTC-05:00 |
| GPS | (41.476915, -81.768797)<br>Error Radius: 0.00m |
| Speed | mph |
| Reader | Lakewood-W117TH-Madison-SB-WB |
| Reader Notes | |
| User | |
| Camera | W117TH ST-SB Lane 1 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

USAO_000876



ID: 4be6410d-d46d-4329-bc34-e6c1ff4d4ec2                    rs151935  1/13/2022 1:48:20 PM UTC-05:00

## License Plate Number:          N472040







ID: a132da02-00d8-4b60-a00b-705209fbe7ae                rs151935   1/13/2022 1:48:21 PM UTC-05:00

## License Plate Number:          N472040



| Nearest Address | Worton Park Drive, Mayfield, Cuyahoga County, Ohio, 44143 |
| Nearest Cross Street | Wilson Mills Road |




### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 12/13/2021 3:10:49 PM UTC-05:00 |
| GPS | (41.538898, -81.453857) Error Radius: 0.00m |
| Speed | mph |
| Reader | Mayfield Village-Wilson Mills-Worton Park |
| Reader Notes | |
| User | |
| Camera | WILSON MILLS-WB Lane 1 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |



ID: a132da02-00d8-4b60-a00b-705209fbe7ae                          rs151935   1/13/2022 1:48:21 PM UTC-05:00

**License Plate Number:**          **N472040**





USAO_000879



ID: 0a3a3e18-891d-4fd5-9a7d-4f8397f408b5                                    rs151935   1/13/2022 1:48:23 PM UTC-05:00

## License Plate Number:        N472040







### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 12/13/2021 2:15:51 PM UTC-05:00 |
| GPS | (41.429173, -81.592754)<br>Error Radius: 0.00m |
| Speed | mph |
| Reader | Garfield Heights-Broadway-E131ST |
| Reader Notes | |
| User | |
| Camera | BROADWAY AVE-EB Lane 1 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

| | |
|---|---|
| Nearest Address | Broadway Avenue, Garfield Heights, Cuyahoga County, Ohio, 44146 |
| Nearest Cross Street | |



ID: 0a3a3e18-891d-4fd5-9a7d-4f8397f408b5                                    rs151935   1/13/2022 1:48:23 PM UTC-05:00

**License Plate Number:**          **N472040**







ID: 4fb71e35-ac40-464f-a288-c31ba6a9c53b                    rs151935   1/13/2022 1:48:25 PM UTC-05:00

## License Plate Number:        N472040







| Nearest Address | Worton Park Drive, Mayfield, Cuyahoga County, Ohio, 44143 |
| Nearest Cross Street | Wilson Mills Road |

### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 12/8/2021 2:52:33 PM UTC-05:00 |
| GPS | (41.538898, -81.453857) Error Radius:  0.00m |
| Speed | mph |
| Reader | Mayfield Village-Wilson Mills-Worton Park |
| Reader Notes | |
| User | |
| Camera | WILSON MILLS-WB Lane 1 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

USAO_000882



ID: 4fb71e35-ac40-464f-a288-c31ba6a9c53b                    rs151935   1/13/2022 1:48:25 PM UTC-05:00

**License Plate Number:**          **N472040**





USAO_000883



ID: e4edc51e-81d6-44cf-91e7-661c8aa5cec8                    rs151935   1/13/2022 1:48:26 PM UTC-05:00

## License Plate Number:          N472040



 

| Nearest Address | Worton Park Drive, Mayfield, Cuyahoga County, Ohio, 44143 |
| --- | --- |
| Nearest Cross Street | Wilson Mills Road |

### Read Info

| Plate | N472040 |
| --- | --- |
| Date/Time | 12/7/2021 2:51:14 PM UTC-05:00 |
| GPS | (41.538898, -81.453857) Error Radius: 0.00m |
| Speed | mph |
| Reader | Mayfield Village-Wilson Mills-Worton Park |
| Reader Notes | |
| User | |
| Camera | WILSON MILLS-WB Lane 1 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |



ID: e4edc51e-81d6-44cf-91e7-661c8aa5cec8                    rs151935   1/13/2022 1:48:26 PM UTC-05:00

**License Plate Number:**        **N472040**







ID: dc61f0e4-466d-466b-9e10-5f504f10a5d6          rs151935   1/13/2022 1:48:28 PM UTC-05:00

## License Plate Number:        N472040






| Nearest Address | Broadway Avenue, Garfield Heights, Cuyahoga County, Ohio, 44146 |
| --- | --- |
| Nearest Cross Street | |

### Read Info

| | |
| --- | --- |
| Plate | N472040 |
| Date/Time | 12/5/2021 5:02:08 PM UTC-05:00 |
| GPS | (41.429173, -81.592754) Error Radius: 0.00m |
| Speed | mph |
| Reader | Garfield Heights-Broadway-E131ST |
| Reader Notes | |
| User | |
| Camera | BROADWAY AVE-EB Lane 2 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

USAO_000886



ID: dc61f0e4-466d-466b-9e10-5f504f10a5d6                    rs151935   1/13/2022 1:48:28 PM UTC-05:00

**License Plate Number:         N472040**





USAO_000887



ID: 8cd64698-c33d-4150-b7d3-7347284297ca          rs151935   1/13/2022 1:48:29 PM UTC-05:00

## License Plate Number:          N472040





| Nearest Address | Broadway Avenue, Garfield Heights, Cuyahoga County, Ohio, 44146 |
|---|---|
| Nearest Cross Street | |

### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 11/26/2021 3:38:14 PM UTC-05:00 |
| GPS | (41.429173, -81.592754) Error Radius: 0.00m |
| Speed | mph |
| Reader | Garfield Heights-Broadway-E131ST |
| Reader Notes | |
| User | |
| Camera | BROADWAY AVE-EB Lane 1 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

USAO_000888



ID: 8cd64698-c33d-4150-b7d3-7347284297ca                    rs151935   1/13/2022 1:48:29 PM UTC-05:00

**License Plate Number:**          **N472040**





USAO_000889



ID: f99e455a-eb67-4e3c-9014-9423f40cc8a1     rs151935  1/13/2022 1:48:31 PM UTC-05:00

## License Plate Number:     N472040





| Nearest Address | Broadway Avenue, Garfield Heights, Cuyahoga County, Ohio, 44146 |
|---|---|
| Nearest Cross Street | |

### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 11/25/2021 11:08:03 AM UTC-05:00 |
| GPS | (41.429173, -81.592754) Error Radius: 0.00m |
| Speed | mph |
| Reader | Garfield Heights-Broadway-E131ST |
| Reader Notes | |
| User | |
| Camera | BROADWAY AVE-EB Lane 1 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |



ID: f99e455a-eb67-4e3c-9014-9423f40cc8a1 rs151935   1/13/2022 1:48:31 PM UTC-05:00

**License Plate Number:**          **N472040**





USAO_000891



ID:  15d6504a-9bde-4c2b-a170-7ec55850668d                    rs151935    1/13/2022 1:48:33 PM UTC-05:00

## License Plate Number:          N472040







| Nearest Address | Broadway Avenue, Garfield Heights, Cuyahoga County, Ohio, 44146 |
| --- | --- |
| Nearest Cross Street | |

### Read Info

| | |
| --- | --- |
| Plate | N472040 |
| Date/Time | 11/19/2021 4:58:50 PM UTC-05:00 |
| GPS | (41.429173, -81.592754) Error Radius: 0.00m |
| Speed | mph |
| Reader | Garfield Heights-Broadway-E131ST |
| Reader Notes | |
| User | |
| Camera | BROADWAY AVE-WB Lane 1 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

USAO_000892



ID: 15d6504a-9bde-4c2b-a170-7ec55850668d                    rs151935   1/13/2022 1:48:33 PM UTC-05:00

**License Plate Number:**          **N472040**





USAO_000893



ID: d41eaa20-4bbb-4131-a130-2a88f495c56e          rs151935   1/13/2022 1:48:34 PM UTC-05:00

## License Plate Number:     N472040







| Nearest Address | Broadway Avenue, Garfield Heights, Cuyahoga County, Ohio, 44146 |
|---|---|
| Nearest Cross Street | |

### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 11/18/2021 3:28:57 PM UTC-05:00 |
| GPS | (41.429173, -81.592754) Error Radius: 0.00m |
| Speed | mph |
| Reader | Garfield Heights-Broadway-E131ST |
| Reader Notes | |
| User | |
| Camera | BROADWAY AVE-EB Lane 1 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

USAO_000894



ID: d41eaa20-4bbb-4131-a130-2a88f495c56e                    rs151935   1/13/2022 1:48:34 PM UTC-05:00

**License Plate Number:**        **N472040**





USAO_000895



ID: e411356e-8450-44d3-8064-3021d6a31128          rs151935   1/13/2022 1:48:36 PM UTC-05:00

## License Plate Number:          N472040






| Nearest Address | Crocker Road, Westlake, Cuyahoga County, Ohio, 44145 |
|---|---|
| Nearest Cross Street | Detroit Road |

### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 11/13/2021 8:19:42 AM UTC-05:00 |
| GPS | (41.463677, -81.951057) Error Radius: 0.00m |
| Speed | mph |
| Reader | Westlake-Crocker-SB |
| Reader Notes | |
| User | |
| Camera | CROCKER RD-SB Lane 2 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

USAO_000896



ID: e411356e-8450-44d3-8064-3021d6a31128                    rs151935   1/13/2022 1:48:36 PM UTC-05:00

**License Plate Number:**        **N472040**







ID: 1ef55134-4b2c-49ce-95d2-d6c20942c686                    rs151935    1/13/2022 1:48:37 PM UTC-05:00

## License Plate Number:          N472040





| Nearest Address | Crocker Road, Westlake, Cuyahoga County, Ohio, 44145 |
|---|---|
| Nearest Cross Street | Detroit Road |

### Read Info

| | |
|---|---|
| Plate | N472040 |
| Date/Time | 11/13/2021 6:35:56 AM UTC-05:00 |
| GPS | (41.463677, -81.951057) Error Radius: 0.00m |
| Speed | mph |
| Reader | Westlake-Crocker-SB |
| Reader Notes | |
| User | |
| Camera | CROCKER RD-SB Lane 2 |
| Domain | Fixed Sites |
| Make | |
| Model | |
| Color | |
| Color 2 | |
| Type | |
| Tax Class | |
| MMC Plate | Plate not in MMC List |

USAO_000898



ID: 1ef55134-4b2c-49ce-95d2-d6c20942c686          rs151935   1/13/2022 1:48:37 PM UTC-05:00

**License Plate Number:          N472040**



