IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:22-CR-615 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE STURDIVANT, | ) | RESPONSE IN OPPOSITION TO |
| | ) | DEFENDANT'S MOTION TO SUPPRESS |
| Defendant. | ) | |

## A – Timeline with CDRs

By agreement of the parties, and in accordance with the Court's Protective Orders (R. 17 and 79), the information in this document is fully redacted from the public docket in this case.

An unredacted complete copy of Exhibit A was filed with the Court under seal as R. 97-1.

GOVERNMENT
EXHIBIT

A

1:22-CR-615