

May 5, 2025

VIA CM/ECF
The Honorable J. Philip Calabrese
United States District Court for the Northern District of Ohio
801 West Superior Avenue, Courtroom 16B
Cleveland, Ohio 44113

    Re:    <u>United States v. Lawrence Sturdivant</u>, Case No. 1:22-cr-00615
            Additional Discovery Materials

Dear Judge Calabrese:

    In advance of this week's hearing in the above-referenced case, we wanted to make the Court aware of several exhibits we will seek to introduce at that hearing, in addition to those attached to our Motion to Suppress. These additional exhibits include two documents produced to the defense on April 21, 2025 (after the Motion to Suppress deadlines had expired), in response to requests we made to the Government.

    A copy of the two proposed exhibits are attached here as **Exhibits A** and **B**. We thank the Court for your time and attention to this matter

                                        Respectfully,

                                        Paul M. Flannery
                                        o (216) 466-0162
                                        c (216) 702-4463
                                        paul@flannerygeorgalis.com

flannerygeorgalis.com

CLEVELAND
One Cleveland Center
1375 East Ninth Street
Floor 30
Ohio 44114
216.367.2120

CHARLOTTE, NC
CHARLESTON, WV
COLUMBUS, OH
DETROIT, MI

MARTINSBURG, WV
MORGANTOWN, WV
PITTSBURGH, PA