U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: Lawrence STURDIVANT (Hobbs Act Robberies) | Investigation Number: 773105-22-0020 | Report Number: 23 |
|---|---|---|

## SUMMARY OF EVENT:

<u>DEBRIEF OF CPD OFFICER</u>: On March 24, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Nathan Schwartz spoke with Cleveland Police Department (CPD) Officer Ashley Santa in regard to her attempted traffic stop of a black Chevrolet Camaro in Cleveland, OH, on December 26, 2021.

## NARRATIVE:

1. On March 24, 2025, ATF SA Nathan Schwartz spoke with CPD Office Ashley Santa in regard to her attempted traffic stop of a black Chevrolet Camaro in Cleveland, OH, on December 26, 2021.

2. Officer Santa recalled CPD radio put out a broadcast which stated a black Chevrolet Camaro was utilized in a string of armed robberies throughout the Cleveland, OH area. Officer Santa recalled she most likely had a partner but was unsure who her partner was. Officer Santa did not remember if the broadcast put out by CPD radio included a specific license plate number, or just a black Chevrolet Camaro with a temporary license plate. Officer Santa recalled driving down Fleet Avenue in the area of East 55th or East 56th Street when she observed a black Chevrolet Camaro, coming off of a side street. Officer Santa recalled turning her cruiser around in an attempt to get behind the black Chevrolet Camaro. Officer Santa recalled the black Chevrolet Camaro took off immediately and that the vehicle was so fast she was not able to catch up to it. Officer Santa stated at the time, CPD cruisers were not equipped with in-cruiser dash cameras. Officer Santa recalled marking with CPD radio and advising they observed a black Chevrolet Camaro in the area. Officer Santa could not recall if they turned on the emergency lights of the cruiser. Officer Santa advised that for attempted traffic stops that do not actually happen, per policy they are not required to complete a report documenting anything.

3. SA Schwartz obtained a copy of the radio traffic from that day which was entered into ATF evidence and is transcribed below:

    a. Officer Santa: *"Unintelligible to radio"*
    b. CPD Dispatcher: *"Go ahead"*
    c. Officer Santa: *"Um, we have eyes on that uh, Camaro that's wanted for multiple Agg Rob's if you want to let a detective know"*
    d. CPD Dispatcher: *"Where are you?"*
    e. CPD Dispatcher: *"We did not attempt to stop it. It took off at a high rate of speed down Fleet from, uh, from 55th, eastbound on Fleet. We didn't even get a chance to flip around on it, it just took off."*
    f. CPD Dispatcher: *"East 55 and Fleet?"*

| Prepared by: Nathan E. Schwartz Jr | Title: Special Agent, Cleveland IV Field Office | Signature: NATHAN SCHWARTZ (Digitally signed by NATHAN SCHWARTZ Date: 2025.04.14 15:23:52 -04'00') | Date: |
|---|---|---|---|
| Authorized by: Adam T. Lane | Title: Acting Resident Agent in Charge, Cleveland IV Field Office | Signature: | Date: 04-15-25 |
| Second level reviewer (optional): Jason T. Stankiewicz | Title: Acting Special Agent in Charge, Columbus Field Division | Signature: | Date: |

Page 1 of 2

**DEFENDANT'S EXHIBIT B** 1:22-cr-00615-JPC

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: <br> Lawrence STURDIVANT (Hobbs Act Robberies) | Investigation Number: <br> 773105-22-0020 | Report Number: <br> 23 |
|---|---|---|

    g. Officer Santa: *"Yep, going eastbound on Fleet, flying through traffic."*
    h. CPD Dispatcher: *"Copy at 16:21."*

4. On Friday, April 4, 2025, SA Schwartz contacted ATF SA Mark Sonnendecker and requested if he could analyze the previously obtained cell phone location information for STURDIVANT, to see if he was in the area of Fleet Avenue and East 53rd Street at approximately 4:20 PM, on December 26, 2021. SA Sonnendecker advised that the phone was in the area, but connected to several different sites/sectors between 4:15 PM and 4:25 PM. SA Sonnendecker provided the below photograph displaying the data:

    a.

