IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-CR-00615 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| LAWRENCE STURDIVANT, | ) | **CONTINUE STATUS CONFERENCE** |
| | ) | **AND STATUS REPORT** |
| Defendant. | ) | |

Now comes Defendant Lawrence Sturdivant, by and through his undersigned counsel of record, to respectfully provide the Court with this status report and request a continuance of the Status Conference schedule for August 22, 2025.

On October 27, 2022, a Grand Jury in this district returned a fourteen count Indictment charging Mr. Sturdivant with robbery, attempted robbery, and brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 922(g), 18 U.S.C. § 924(c), and 18 U.S.C. § 1951(a). (ECF No. 20). On September 30, 2025, Mr. Sturdivant filed a Motion to Suppress all evidence stemming from warrantless searches of his location data using automatic license plate reader databases. (ECF Nos. 92 and 93). After extensive briefing, the Court issued its Opinion and Order on June 9, 2025, denying Mr. Sturdivant's Motion. (ECF No. 103).

On June 20, 2025, the Court held a conference with counsel for both the United States and Mr. Sturdivant regarding the status of the matter, including the potential need for additional investigatory subpoenas and plea and trial options. To allow time for defense counsel to review and confer with Mr. Sturdivant, the Court continued the conference to August 22, 2025.

Since that date, counsel has met with Mr. Sturdivant to further review this matter and, as the Court is aware, has taken steps to secure additional investigatory resources through the CJA,

18 U.S.C. § 3066A, process to allow Mr. Sturdivant and counsel to fully evaluate the defense's next steps in this matter. To allow Mr. Sturdivant and counsel to utilize these additional investigatory services and further confer about their results in consideration of plea and trial options, Mr. Sturdivant respectfully requests a 60-day extension of the August 22nd conference until at least October 21, 2025.

    Undersigned counsel has conferred with counsel for the government in this matter who advised that the United States does not oppose this motion. The Defendant, recognizing and having been fully advised of his Speedy Trial rights, requests this extension for the reasons set forth herein.

    Respectfully submitted,

/s/ *Paul M. Flannery*
Paul M. Flannery (OH: 0091480)
W. Benjamin Reese (OH: 0096108)
Flannery | Georgalis, LLC
1621 Euclid Avenue, Floor 20
Cleveland, Ohio 44115
T: (216) 466-0162 (Paul)
T: (216) 200-8530 (Ben)
F: (614) 526-0601
paul@flannerygeorgalis.com
breese@flannerygeorgalis.com

*Attorneys for Defendant Lawrence Sturdivant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, a copy of the foregoing was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the represented parties by operation of the Court's electronic filing system.

/s/ *Paul M. Flannery*
Paul M. Flannery (OH: 0091480)

*Attorney for Defendant Lawrence Sturdivant*