# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cr-00615 |
| v. | ) | |
| | ) | JUDGE J. PHILIP CALABRESE |
| LAWRENCE STURDIVANT, | ) | |
| | ) | MAGISTRATE JUDGE |
| Defendant. | ) | JONATHAN D. GREENBERG |

## JOINT NOTICE OF CONSENT OF CUYAHOGA COUNTY AND LEONARDO US CYBER AND SECURITY SOLUTIONS, LLC TO MAGISTRATE JUDGE'S EXERCISE OF JURISDICTION

Pursuant to this Honorable Court's Order (Doc. 122) filed January 6, 2026, non-parties Cuyahoga County Department of Public Safety and Justice Services ("County") and Leonardo US Cyber and Security Solutions, LLC f/k/a Selex ES, LLC ("Leonardo"), by and through their undersigned counsel, hereby consent to the Magistrate Judge's exercise of jurisdiction over the County's and Leonardo's Objections (Doc. 112).

Respectfully submitted this the 15th day of January, 2026.

MICHAEL C. O'MALLEY, Prosecuting
Attorney of Cuyahoga County, Ohio

*/s/  Matthew T. Fitzsimmons IV*

Matthew T. Fitzsimmons IV (0093787)
Assistant Prosecuting Attorney – Civil
Division
8th Floor, Justice Center
1200 Ontario Street, Courts Tower
Cleveland, Ohio 44113
Phone: (216) 443-8071
mfitzsimmons@prosecutor.cuyahogacounty.us

***Attorney for Cuyahoga County Department of Public Safety and Justice Services***

WOMBLE BOND DICKINSON (US) LLP

 */s/  James E. Connelly*
James E. Connelly (GA Bar No 181808)
*Admitted Pro Hac Vice*
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Phone: (404) 888-7496
James.Connelly@wbd-us.com

Derek Edwards
WOMBLE BOND DICKINSON (US) LLP
1222 Demonbreun
Suite 1201
Nashville, TN  37203
Phone: (629) 312-1810
Derek.Edwards@wbd-us.com

***Attorneys for Leonardo US Cyber and Security Solutions, LLC***

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing JOINT NOTICE was electronically filed this 15th day of January 2026 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Paul Flannery, Esq.
Flannery Georgalis, LLC
1375 E. 9th Street
Cleveland, OH 44114
paul@flannerygeorgalis.com

Adam J. Joines, Esq.
Henry F. DeBaggis, II, Esq.
Margaret A. Kane, Esq.
Office of the U.S. Attorney, Cleveland
Northern District of Ohio
801 Superior Avenue, W
Suite 400
Cleveland, OH 44113
adam.joines@usdoj.gov
henry.debaggis@usdoj.gov
margaret.kane@usdoj.gov


 */s/  Matthew T. Fitzsimmons IV*
Matthew T. Fitzsimmons IV (0093787)

***Attorney for Cuyahoga County Department of Public Safety and Justice Services***