**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:22-CR-615** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE J. PHILLIP CALABRESE** |
| | ) | |
| **v.** | ) | |
| | ) | **DEFENDANT'S NOTICE OF** |
| **LAWRENCE STURDIVANT,** | ) | **CONSENT TO MAGISTRATE JUDGE'S** |
| | ) | **EXERCISE OF JURISDICTION** |
| **Defendant.** | ) | |

Pursuant to the Court's January 6, 2026, Order (ECF No. 122), Defendant Lawrence Sturdivant, by and through his counsel of record, hereby notifies the Court that he consents to the assigned Magistrate Judge's exercise of jurisdiction over Non-Parties Cuyahoga County Department of Public Safety and Justice Services and Leonardo US Cyber and Security Solutions, LLC f/k/a Selex ES, LLC's Objections (ECF No. 112).

Respectfully submitted,

*/s/ Christopher J. Joyce*
Christopher J. Joyce (OH: 0086576)
Paul M. Flannery (OH: 0091480)
Flannery | Georgalis, LLC
1621 Euclid Avenue, Floor 20
Cleveland, Ohio 44115
T: (216) 466-0416 (Chris)
T: (216) 466-0162 (Paul)
F: (614) 526-0601
cjoyce@flannerygeorgalis.com
paul@flannerygeorgalis.com

*Attorneys for Defendant Lawrence Sturdivant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

*/s/ Christopher J. Joyce*
Christopher J. Joyce (OH: 0086576)

*Attorneys for Defendant Lawrence Sturdivant*

2